McKENNA, S.
PART I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DIANE MAROLDA, Individually and On
Behalf Of All Others Similarly Situated,

                Plaintiffs,

- against -

JAMES FREY and RANDOM HOUSE, INC.,

                Defendants.
------------------------------------X

06 CV 1167 (LAP)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/06

    WHEREAS, the above-captioned action is one of twelve actions pending in federal courts across the country that arises out of the publishing and marketing of the book "A Million Little Pieces" (the "Book"), written by defendant James Frey (the "AMLP Actions") and that on February 23, 2006 defendant Random House, Inc. ("Random House") filed with the Judicial Panel on Multidistrict Litigation ("JPML") a motion to transfer and consolidate the AMLP Actions for coordinated pretrial proceedings (the "MDL Motion");

Marolda et al v. Frey et al

Doc. 3

Dockets.Justia.com

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that in light of the MDL Motion and in order to preserve the resources of the Court and litigants and avoid inconsistent pretrial rulings in the AMLP Actions, all proceedings in the above-captioned action shall be stayed pending a final determination of the MDL Motion.

Dated: New York, New York
       February 27, 2006

LAW OFFICES OF THOMAS M. MULLANEY

By: _____
Thomas M. Mullaney (TM 4274)
708 Third Avenue, Suite 2500
New York, New York 10017
(212) 223-0800
Attorneys for Plaintiffs
Diane Marolda, et al.

MCDERMOTT WILL EMERY LLP

By: _____
Ann E. Schofield ( AS-6832 )
340 Madison Avenue
New York, New York 10017
(212) 547-5400
Attorneys for Defendant James Frey

DAVIS WRIGHT TREMAINE LLP

By: _____
Elizabeth A. McNamara (EAM1987)
1633 Broadway
New York, New York 10019
(212) 489-8230
Attorneys for Defendant
Random House, Inc.

IT IS SO ORDERED:

_____        _____ M. __ 3/2/06
Date                            United States District Judge
                                  PARTE