```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE "A MILLION LITTLE PIECES"        06 MD 1771 (RJH)
LITIGATION                              ALL CASES

**ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The initial pre-trial conference currently scheduled in this multidistrict litigation for August 2, 2006 at 2:30 p.m. is hereby adjourned to August 23, 2006 at 10:00 a.m., in Courtroom 17B, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated: New York, New York
       July 26, 2006

                                        _____
                                        Richard J. Holwell
                                        United States District Judge

1