# SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

mblocker@sidley.com
(312-853-6097)

BEIJING  GENEVA  SAN FRANCISCO
BRUSSELS  HONG KONG  SHANGHAI
CHICAGO  LONDON  SINGAPORE
DALLAS  LOS ANGELES  TOKYO
FRANKFURT  NEW YORK  WASHINGTON, DC

FOUNDED 1866

August 22, 2006

BY FAX 212-805-7948

Honorable Richard J. Holwell
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

AUG 24 2006

06 cv 669

Re: In re "A Million Little Pieces" Litigation, No. 06-MDL-1771

Dear Judge Holwell:

I am lead counsel for defendants Random House, Inc. and Doubleday, Inc., the publisher of the book at issue in the above matter. The Court has scheduled an initial hearing in this case for September 13 at 10:00 a.m. I am writing to request that the Court move the hearing from the morning to the afternoon that same day in order to permit my attendance at the hearing. The reason for my request is that I recently received notice from the New Jersey Appellate Court setting oral argument for that same day and time in Trenton in Paretti v. Citimortgage, No. A-006261-04T1 (N.J. App.), a case in which I represent all defendants. I have already asked for and received permission from the New Jersey appellate court to move the Paretti case to first on the call so I can attend the hearing in the above matter as expeditiously as possible.

I recognize that scheduling this hearing has been difficult, given the need to accommodate the schedules of numerous lawyers. However, I have spoken either directly or indirectly with plaintiffs' counsel in 10 of the 12 consolidated cases, as well as counsel for defendant James Frey, and none of them has any objection to this request. I appreciate your honor's consideration of my request.

Application Granted
Conference adjourned
to 2:30 p.m.
on September 13, 2006
SO ORDERED

Sincerely,

Mark B. Blocker

MBB:st
attachment

cc: Larry Drury (by e-mail)
Evan Smith (by e-mail)
Derek Meyer (by e-mail)
Chris Taylor (by fax)
Mitch Kalcheim (by fax)
All other counsel on attached certificate of service (by regular mail)

U.S. DISTRICT COURT FILED
AUG 30 2006
S.D. OF N.Y.

USDJ
8/25/06

MICROFILM AUG 30 2006 -3:00 PM

COPY MAILED/FAXED TO:
COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: ___
DFT. PRO SE: ___
DATE: 8/29/06
BY: mse

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/06