Shalov Stone & Bonner LLP
James P. Bonner (JB-0629)
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
(212) 239-4310 (fax)

Counsel for Plaintiff Sara Rubinstein

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                )
IN RE "A MILLION LITTLE PIECES                  )    06 MD 1771 (RJH)
LITIGATION"                                     )
                                                )
                                                )
-----------------------------------------------------------------x

**PLAINTIFF SARA RUBENSTEIN'S NOTICE OF MOTION
FOR APPOINTMENT AS INTERIM COUNSEL**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiff Sara Rubinstein's Motion for Appointment of Interim Counsel and the Declarations of James P. Bonner and Mitch Kalcheim in support of that motion, Plaintiff Sara Rubinstein will move this Court, before the Hon. Richard J. Holwell, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 17B, New York, New York 10007, at a time to be established by the Court, for an order, pursuant to Fed. R. Civ. P. 23, appointing the law firms of Shalov Stone & Bonner LLP and Kalcheim Salah as interim counsel for the putative class in this action.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the procedures ordered by the Court, papers opposing this motion must be served no later than October 4, 2006.

Dated: September 22, 2006          **SHALOV STONE & BONNER LLP**

By: /s/ James P. Bonner
     James P. Bonner (JB-0629)
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
(212) 239-4310 (fax)

**KALCHEIM SALAH**
Mitch Kalcheim
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
(310) 461-1200
(310) 461-1201 (fax)

**Counsel for Plaintiff Sara Rubinstein**