## CERTIFICATE OF SERVICE

I, Sara Rosenberg, hereby certify that I filed Plaintiff Sara Rubenstein's Notice of Motion for Appointment of Interim Counsel, the Declaration of James P. Bonner in Support of Plaintiff Sara Rubenstein's Motion for Appointment of Interim Counsel, the Declaration of Mitch Kalcheim in Support of Plaintiff Sara Rubenstein's Motion for Appointment of Interim Counsel, and Plaintiff Sara Rubenstein's Memorandum of Law in Support of Her Motion for Appointment of Interim Counsel via the ECF system of the Southern District of New York and served copies of the foregoing papers upon the following counsel by U.S. mail this 22nd day of September 2006:

ATTORNEY FOR PLAINTIFF MICHELE SNOW:

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, NY 11501
Tel: 516-741-4977
Fax: 610-667-9029

ATTORNEY FOR PLAINTIFF PILAR MORE:

Thomas E. Pakenas
Dale & Pakenas
641 West Lake Street, Suite 400
Chicago, IL 60661
Tel: 312-258-1800
Fax: 312-258-1804

ATTORNEY FOR PLAINTIFF JIMMY FLOYD and KAREN FUTRERNICK:

Alan S. Ripka
Ripka, Rottre & King, LLP
275 Madison Avenue
New York, NY 10016
Tel: 212-685-8888 ex. 8653
Fax: 212-532-0176
aripka@ripkalaw.com

ATTORNEY FOR PLAINTIFF ANN MARIE ATRACK:

Thomas A. Zimmerman, Jr.
Zimmerman & Associates, P.C.
100 West Monroe, Suite 1300
Chicago, IL 60603
Tel: 312-440-0020
Fax: 312-440-4180

ATTORNEY FOR PLAINTIFFS JENNIFER COHN & DIANE MAROLDA:

Thomas M. Mullaney
Law Offices of Thomas M. Mullaney
708 Third Avenue, Suite 2500
New York, NY 10017
Tel: 212-223-0800
Fax: 212-661-9860

ATTORNEYS FOR PLAINTIFFS GARRETT HAUENSTEIN & JEAN TAYLOR:

Christopher W. Taylor
Gancedo & Nieves, LLP
144 West Colorado Boulevard
Pasadena, CA 91105
Tel: 626-685-9800
Fax: 626-685-9808

ATTORNEY FOR SHERA PAGLINAWAN & WENDY SHAW:

>Michael David Myers
>Myers & Company, PLLC
>1809 Seventh Avenue, Suite 700
>Seattle, WA 98101
>Tel: 206-398-1188

ATTORNEYS FOR PLAINTIFF JILL GILES:

>Scott C. Frost
>Statman, Harris, Siegel & Eyrich, LLC
>333 West Wacker Drive, Suite 1710
>Chicago, IL 60606
>Tel: 312-263-1070
>Fax: 312-263-1201
>
>Alan J. Statman
>Statman, Harris, Siegel & Eyrich, LLC
>2900 Chemed Center
>255 E. Fifth Street
>Cincinnati, OH 45202
>Tel: 513-621-2666

ATTORNEYS FOR PLAINTIFF MARCIA VEDRAL:

>John H. Alexander
>John H. Alexander & Associates, LLC
>100 West Monroe, 21st Floor
>Chicago, IL 60602
>
>Larry Drury
>Larry D. Drury, Ltd.
>205 W. Randolph Street, Suite 1430
>Chicago, IL 60606
>Tel: 312-346-7950
>Fax: 312-346-5777

ATTORNEYS FOR PLAINTIFF GREGORY RIVARD:

>Mark S. Baumkel
>Provizer & Phillips, P.C.
>30200 Telegraph Road, Suite 200
>Bingham Farms, MI 48025
>Tel: 248-642-0444
>Fax: 248-642-6661
>
>E. Powell Miller
>Miller Shea, P.C.
>950 West University Drive, Suite 300
>Rochester, MI 48301

ATTORNEYS FOR DEFENDANTS RANDOM HOUSE AND DOUBLEDAY:

>Mark B. Blocker
>Sidley Austin, LLP
>One South Dearborn Street
>Chicago, IL 60603
>Tel: 312-853-6097
>Fax: 312-853-7036
>
>Rebecca Green Goldstein
>Sidley Austin, LLP
>555 West Fifth Street, Suite 4000
>Los Angeles, CA 90013
>Tel: 213-896-6000
>
>Elizabeth McNamara
>Davis Wright Tremaine, LLP
>1633 Broadway
>New York, NY 10019
>Tel: 212-489-8230
>Fax: 212-489-8340

ATTORNEYS FOR DEFENDANT JAMES FREY:

    Derek J. Meyer
    McDermott Will & Emery
    227 West Monroe Street, Suite 4400
    Chicago, IL 60606-5096
    Tel: 312-372-2000
    Fax: 312-984-7700

ATTORNEYS FOR DEFENDANT and DEFENDANT BIG JIM INDUSTRIES, INC.

    Matthew X. Oster
    McDermott Will & Emery
    2049 Century Park East, 34th Floor
    Los Angeles, CA 90067
    Tel: 310-277-4110
    Fax: 312-984-7700

ATTORNEYS FOR DEFENDANT ANCHOR BOOKS:

    Fred B. Burnside
    Davis Wright Tremaine LLP
    1501 4th Ave, Sutie 2600
    Seattle, WA 98101
    Tel: 206-622-3150
    Fax: 206-628-7699

ATTORNEY FOR DEFENDANT BARNES & NOBLE:

    Brad Feuer, General Counsel
    Barnes & Noble, Inc.
    122 Fifth Avenue
    New York, NY 10011
    Tel: 212-633-3300
    Fax: 212-463-5683

ATTORNEY FOR DEFENDANT SEAN MCDONALD:

    Alex Giganle, General Counsel
    Penguin Group (USA) Inc.
    375 Hudson Street
    New York, NY 10014
    Tel: 212-366-2000
    Fax: 212-366-2687

ATTORNEYS FOR DEFENDANT RANDOM HOUSE, V.G. INC:

    Matthew C. Blickensderfer
    Frost Brown Todd LLC
    201 East 5th Street
    Cincinnati, OH 45202
    Tel: 513-651-6800
    Fax: 513-651-6981

ATTORNEY FOR DEFENDANT:

    Kassie Evashevski
    Brillstein Grey
    9150 Wilshire Blvd.
    Beverly Hills, CA 90212

LEAD COUNSEL FOR RANDOM HOUSE:

    Robert D. Balin
    Linda Steinman
    Davis Wright Tremaine, L.L.P.
    1633 Broadway
    New York, NY 10019
    Tel: 212-489-8230
    Fax: 212-489-8340

ATTORNEY FOR DEFENDANT SARA
BRACKENRICH:

Brian C. Witter
DiTommaso Lubin
17 West 220
22nd Street
Oakbrook Terrace, IL 60181
Tel: 630-333-0000
Fax: 630-333-0333

*[signature]*

Sara Rosenberg