# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In Re "A Million Little Pieces Litigation" | : : : : | MDL Docket No. 1771 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : : | |

## PROOF OF MAILING

    I, Evan J. Smith, Esquire, am over the age of eighteen and on this 22nd day of September, 2006, I certify that I have filed the attached Notice of Motion to consolidate and appoint interim counsel, Memorandum of Law, Declaration of Evan J. Smith, Esquire, Declaration of Scott Frost, Esquire and Proposed Order with all attachments via SDNY ecf filing in the above captioned action. A true and correct copy of the motion was also served upon the following people via first class regular mail:

Christopher W. Taylor, Esquire
Gancedo & Nieves, LLP
144 West Colorado Boulevard
Pasadena, CA 91105

**Attorneys for Plaintiffs Garrett Hauenstein and Jean Taylor**

Mitch Kalcheim, Esquire
KALCHEIM SALAH
2049 Century Park East, Suite 2150
Los Angeles, CA 90067

**Attorney for Plaintiff Sara Rubenstein**

Ralph Stone, Esquire
Shalov, Stone & Bonner, LLP
485 Sebenth Avenue, Suite 1000
New York, NY 10018

**Attorney for Plaintiff Sara Rubenstein**

Mark B. Blocker, Esquire
Sidley Austin, LLP
One South Dearbon Street
Chicago, IL 60603

**Attorneys for Defendants Random House, Inc. and Doubleday**

Elizabeth McNamara, Esquire
Davis Wright Tremaine, LLP
1633 Broadway
New York, New York 10019

**Attorneys for Defendants Random House, Inc. and Doubleday**

Derek J. Meyer, Esquire
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**Attorneys for Defendant James Frey**

Brad Feuer, General Counsel
Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

**Attorneys for Defendant Barnes & Noble, Inc.**

Alex Gigante, General Counsel
Penguin Group (USA), Inc.
375 Hudson Street
New York, NY 10014

**Attorneys for Defendant Sean McDonald**

Kassie Evashevski, Esquire
Brillstein Grey
9150 Wilshire Blvd.
Beverly Hills, CA 90212

**Defendant**


Dated: September 22, 2006         */s/ Evan J. Smith, Esquire (ES3254)*
                                   Evan J. Smith, Esquire (ES3254)