# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re "A Million Little Pieces Litigation" | MDL Docket No. 1771 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF EVAN J. SMITH, ESQUIRE REGARDING INCOMPLETE UPLOADING OF EXHIBITS.

I, Evan J. Smith, Esquire hereby declares:

1.  I am an attorney, duly licensed and admitted to practice law in the State of New York and in this Court. I am a partner in the law firm of Brodsky & Smith, LLC, counsel for Plaintiff Michele Snow in these coordinated proceedings. I have personal knowledge of the facts set forth in this Declaration. If called upon and sworn as a witness, I could and would competently testify to these facts.

2.  I have been trying to upload the Exhibits to this document for the past 2 hours and I am unable to accomplish this for unknown reasons. Due to the late hour on this Friday September 22, 2003 of a religious holiday, I am unable to upload and e-file the Exhibits to my declaration. I will attempt to do so again either over the weekend after the religious holiday, or first thing on Monday September 25, 2006 with help from the ECF desk.

3.  I certify that I have mailed all counsel all of the Exhibits in the mail today per my proof of service.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2006        */s/ Evan J. Smith, Esquire (ES3254)*
                                  Evan J. Smith, Esquire (ES3254)