

Dockets.Justia.com

**1:06-md-01771-RJH** In Re: "A Million Little Pieces" Litigation
Richard J. Holwell, presiding
**Date filed:** 06/16/2006 **Date of last filing:** 09/26/2006

# Attorneys

**Michael C. Andolina**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US                                              representing      **Doubleday & Company, Inc.**
(312) 853-7000                                                   *(Defendant)*
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                                                                 **Random House Inc.**
                                                                 *(Defendant)*


**Matthew C. Blickensderfer**
Frost Brown Todd L.L.C.
201 East 5th Street
Cincinnati, OH 45202
US                                              representing      **Random House, V.G. Inc.**
(513) 651-6800                                                   *(Defendant)*
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Mark Bruce Blocker**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
US                                              representing      **Doubleday & Company, Inc.**
(312)-853-6097                                                   *(Defendant)*
(312)-853-7036 (fax)
mblocker@sidley.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                                                                 **Random House Inc.**
                                                                 *(Defendant)*

**James Patrick Bonner**
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340                              representing    **Sara Rubenstein**
(212) 239-4310 (fax)                                        *(Plaintiff)*
jbonner@lawssb.com
*Assigned: 09/22/2006*
*ATTORNEY TO BE NOTICED*

**Amy M. Boomhouwer**
Gancedo & Nieves
144 West Colorado Boulevard
Pasadena, CA 91105
US                                          representing    **Garrett Hauenstein**
(626) 685-9800                                              *(Plaintiff)*
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                           **Jean Taylor**
                                                           *(Plaintiff)*

**Fred B. Burnside**
Davis Wright Tremaine, L.L.P.
1501 4th Avenue
Suite 2600
Seattle, WA 98101
US                                          representing    **Anchor Books**
(206) 622-3150                                              *(Defendant)*
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                           **Nan A. Talese/Doubleday**
                                                           *(Defendant)*

**Ilan J. Chorowsky**
Larry D. Drury, Ltd.
205 West Randolph
Suite 1430
Chicago, IL 60606                           representing    **Marcia Vedral**
US                                                          *(Plaintiff)*
(312) 346-7950
*Assigned: 06/16/2006*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Contopulos**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US                                    representing    **Doubleday & Company, Inc.**
(213) 896-6000                                        *(Defendant)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                      **Random House Inc.**
                                                      *(Defendant)*

**Larry Daniel Drury**
205 West Randolph
Suite 1430
Chicago, IL 60606
US                                    representing    **Marcia Vedral**
(312) 346-7950                                        *(Plaintiff)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Stuart R. Dunwoody**
Davis Wright Tremaine, L.L.P.
1501 4th Avenue
Suite 2600
Seattle, WA 98101
US                                    representing    **Anchor Books**
(206) 622-3150                                        *(Defendant)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                      **Nan A. Talese/Doubleday**
                                                      *(Defendant)*

**Jocelyn D. Francoeur**
McDermott, Will & Emery
227 West Monroe Street

Suite 4400
Chicago, IL 60606
US
(312) 372-2000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**James Frey**
*(Defendant)*

**Scott Carter Frost**
Statman, Harris, Siegel & Eyrich,
L.L.C.
333 West Wacker Drive
Suite 1710
Chicago, IL 60606
(312) 263-1070
sfrost@shsechicago.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Jill Giles**
*(Plaintiff)*

**Hector G.. Gancedo**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
(626)-685-9800
(626)-685-9808 (fax)
hgancedo@gancedonieves.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Garrett Hauenstein**
*(Plaintiff)*

**Jean Taylor**
*(Plaintiff)*

**Rebecca Green Goldstein**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US
(213) 896-6000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Doubleday & Company, Inc.**
*(Defendant)*

|  |  | **Random House Inc.**<br>*(Defendant)* |
|---|---|---|
| **Amber S. Healy**<br>Kalcheim Salah<br>2049 Century Park East<br>Suite 2150<br>Los Angeles, CA 90067<br>US<br>(310) 461-1200<br> *Assigned: 06/16/2006*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Sara Rubenstein**<br>*(Plaintiff)* |
| **Colleen Marie Hegge**<br>Statman, Harris, Siegel & Eyrich,<br>L.L.C.<br>2900 Chemed Center<br>255 E. Fifth Street<br>Cincinnati, OH 45202<br>US<br>(513) 621-2666<br> *Assigned: 06/16/2006*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Jill Giles**<br>*(Plaintiff)* |
| **Mitch H. Kalcheim**<br>Kalcheim Salah<br>2049 Century Park East<br>Suite 2150<br>Los Angeles, CA 90067<br>US<br>(310) 461-1200<br> *Assigned: 06/16/2006*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Sara Rubenstein**<br>*(Plaintiff)* |
| **Elizabeth A. McNamara**<br>Davis Wright Tremaine LLP (NYC)<br>1633 Broadway<br>New York, NY 10019<br>(212) 489-8230<br>(212) 489-8340 (fax)<br>lizmcnamara@dwt.com<br> *Assigned: 06/16/2006*<br> *LEAD ATTORNEY* | representing | **Random House Inc.**<br>*(Defendant)* |

*ATTORNEY TO BE NOTICED*

**Derek J. Meyer**
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606
US
(312) 372-2000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**James Frey**
*(Defendant)*

**Thomas M. Mullaney**
(212) 223-0800
(212) 661-9860 (fax)
Mulllaw@msn.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Diane Marolda**
*(Plaintiff)*

**Michael David Myers**
Myers & Company
1809 7th Avenue
Suite 700
Seattle, WA 98101
US
(206) 398-1188
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Shera Paglinawan**
*(Plaintiff)*

**Wendy Shaw**
*(Plaintiff)*

**Matthew X. Oster**
McDermott, Will & Emery
2049 Century Park East
34th Floor
Los Angeles, CA 90067
US
(310) 277-4110
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Big Jim Industries Inc.**
*(Defendant)*

**James Frey**
*(Defendant)*

**Thomas E. Pakenas**
Dale & Pakenas
641 West Lake Street
Suite 400
Chicago, IL 60661
US
(312) 258-1800
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Pilar More**
*(Plaintiff)*

**Jennifer A. Ratner**
Sidley Austin
555 West 5th Street
Suite 4000
Los Angeles. CA 90013
US
(213) 896-6000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Doubleday & Company, Inc.**
*(Defendant)*

**Random House Inc.**
*(Defendant)*

**Marissa J. Reich**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
(312) 853-7000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Doubleday & Company, Inc.**
*(Defendant)*

**Random House Inc.**
*(Defendant)*

**Alan Seth Ripka**
Ripka, Rotter & King, L.L.P.
275 Madison Avenue

New York, NY 10016
US
(212) 685-8888 x8653
(212) 532-0176 (fax)                    representing        **Jimmy Floyd**
aripka@ripkalaw.com                                        *(Plaintiff)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                            **Karen Futernick**
                                                            *(Plaintiff)*


**Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977                          representing        **Michele Snow**
esmith@brodsky-smith.com                                   *(Plaintiff)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                            **"A Million Little Pieces" Plaintiffs'**
                                                            **Group**
                                                            *(Movant)*


**Alan J. Statman**
Statman, Harris, Siegel & Eyrich,
L.L.C.
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202                    representing        **Jill Giles**
US                                                          *(Plaintiff)*
(513) 621-2666
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Christopher Wren Taylor**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105                      representing        **Garrett Hauenstein**
(626)-685-9800                                             *(Plaintiff)*
(626)-685-9808 (fax)
chris@gancedonieves.com

*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Taylor**
*(Plaintiff)*

**Thomas A. Zimmerman, Jr.**
Zimmerman & Associates
100 West Monroe
Suite 1300
Chicago, IL 60603
US                          representing        **Ann Marie Strack**
(312) 440-0020                                   *(Plaintiff)*
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/03/2006 16:05:03 | | |
| **PACER Login:** bs0589 | **Client Code:** | |
| **Description:** | Attorney List **Search Criteria:** | 1:06-md-01771-RJH |
| **Billable Pages:** 3 | **Cost:** | 0.24 |