# EXHIBIT "F"

Dockets.Justia.com

ECF, MDL, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-04642-RJH

Rubenstein v. Frey
Assigned to: Judge Richard J. Holwell
Lead case: 1:06-md-01771-RJH   (View Member Cases)
Related Case: 1:06-md-01771-RJH
Case in other court: USDC-CDCA, 2:06cv01029
Cause: 28:1331 Fed. Question: Other

Date Filed: 06/13/2006
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**
**Sara Rubenstein**                    represented by **Amber S. Healy**
                                                       Kalcheim Salah
                                                       2049 Century Park East
                                                       Suite 2150
                                                       Los Angeles, CA 90067
                                                       US
                                                       (310) 461-1200
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Mitch H. Kalcheim**
                                                       Kalcheim Salah
                                                       2049 Century Park East
                                                       Suite 2150
                                                       Los Angeles, CA 90067
                                                       US
                                                       (310) 461-1200
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**
**James Frey**

**Defendant**
**Random House, Inc.**                 represented by **Jennifer A. Ratner**
                                                       Sidley Austin
                                                       555 West 5th Street
                                                       Suite 4000
                                                       Los Angeles, CA 90013
                                                       US
                                                       (213) 896-6000
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Marissa J. Reich**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
(312) 853-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Bruce Blocker**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
US
(312)-853-6097
Fax: (312)-853-7036
Email: mblocker@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Andolina**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
(312) 853-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Green Goldstein**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US
(213) 896-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Contopulos**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US
(213) 896-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Does
1-300

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2006 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL; transferring this action from the United States District Court - Central District of California, Case Number: 2:06cv1029, MDL Number: 06md1771. (Signed by the MDL Panel on 6/14/2006) (kco, ) Additional attachment(s) added on 6/21/2006 (kco, ). (Entered: 06/21/2006) |
| 06/16/2006 | | Magistrate Judge Michael H. Dolinger is so designated. (kco, ) (Entered: 06/21/2006) |
| 06/16/2006 | | CASE ACCEPTED AS RELATED TO 06md1771. (kco, ) (Entered: 06/21/2006) |
| 06/16/2006 | | CONSOLIDATED MDL CASE: Case consolidated with 06md1771. (kco, ) (Entered: 06/21/2006) |
| 06/16/2006 | | Case Assignment Clerk mailed letter to the United States District Court - Central District of California requesting their entire file and a certified copy of their docket entries. (kco, ) (Entered: 06/21/2006) |
| 06/16/2006 | | Case Designated ECF. (kco, ) (Entered: 06/21/2006) |
| 06/29/2006 | 2 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 1-14 from the United States District Court - Central District of California. Case Number: 06cv1029 (RSWL), MDL Number: 06md1771, (jeh, ) Additional attachment(s) added on 6/30/2006 (jeh, ). (Entered: 06/30/2006) |
| 06/29/2006 | | Mailed letter to the United States District Court - Central District of California acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (jeh, ) (Entered: 06/30/2006) |
| 06/29/2006 | | Mailed notice to the attorney(s) of record. (jeh, ) (Entered: 06/30/2006) |
| 07/27/2006 | 3 | ORDER. The initial pretrial conference currently scheduled in this multidistrict litigation for 8/2/06, 2:30pm is adjourned. Pretrial Conference set for 8/23/2006 10:00 AM before Judge Richard J. Holwell. (Signed by Judge Richard J. Holwell on 7/26/06) Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(rjm, ) (Entered: 07/28/2006) |
| 09/05/2006 | 4 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Mark B. Blocker dated 8/22/06 re: application granted, the 9/13/06 conference |

| | | |
|---|---|---|
| | | is adjourned to 2:30 pm on 9/13/06. Conference set for 9/13/2006 02:30 PM before Judge Richard J. Holwell. (Signed by Judge Richard J. Holwell on 8/25/06) Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH. Also entered as Doc. #14 in 06cv669.(rjm, ). (Entered: 09/12/2006) |
| 09/14/2006 | 5 | CASE MANAGEMENT ORDER NO. 1: All attorneys who have been admitted to this Court, either for all purposes or pro hac vice for purposes of this case, shall complete & file a CM/ECF attorney registration form (which can be found on the court's website at www.nysd.uscourts.gov.); All attorneys who wish to be admitted for purposes of this case shall send a motion to be admitted pro hac vice to John Sacco at the United States District Court for the Southern District of New York, 500 Pearl Street, Room 249, New York, NY 10007. In addition to the documentation required by the Local Rules for the Southern & Eastern Districts of NY, Civil Rule 1.3, attorneys wishing to appear pro hac vice must also include w/their motion a check for $25.00 payable to the Clerk of the Court & a completed CM/ECF attorney registration form; All documents filed in the MDL case & the underlying civil cases shall be filed electronically on the court's ECF system via the Internet at ecf.nysd.uscourts.gov; Amended complaints & supplemental pleadings shall provide a list of the additional parties & indicate the action or actions to which they are being added. Similarly, a filing removing parties shall indicate the parties being removed and the action or actions from which they are being removed. A filing which adds a party or parties who has not been named in any of the consolidated actions shall provide a separate listing of such parties, indicating that they have not yet been named. (Signed by Judge Richard J. Holwell on 9/14/06) Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(rjm, ) (Entered: 09/14/2006) |
| 09/22/2006 | 6 | MOTION to Appoint Counsel *Shalov Stone & Bonner LLP and Kalcheim Salah as interim counsel*. Document filed by Sara Rubenstein. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Bonner, James) (Entered: 09/22/2006) |
| 09/22/2006 | 7 | MEMORANDUM OF LAW in Support re: 9 MOTION to Appoint Counsel *Shalov Stone & Bonner LLP and Kalcheim Salah as interim counsel*.. Document filed by Sara Rubenstein. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Bonner, James) (Entered: 09/22/2006) |

| | | |
|---|---|---|
| 09/22/2006 | 8 | DECLARATION of James P. Bonner in Support re: 9 MOTION to Appoint Counsel *Shalov Stone & Bonner LLP and Kalcheim Salah as interim counsel..* Document filed by Sara Rubenstein. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Bonner, James) (Entered: 09/22/2006) |
| 09/22/2006 | 9 | DECLARATION of Mitch Kalcheim in Support re: 9 MOTION to Appoint Counsel *Shalov Stone & Bonner LLP and Kalcheim Salah as interim counsel..* Document filed by Sara Rubenstein. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Bonner, James) (Entered: 09/22/2006) |
| 09/22/2006 | 10 | CERTIFICATE OF SERVICE of Notice of Motion for Appointment of Shalov Stone & Bonner LLP and Kalcheim Salah as Interim Counsel and Supporting Documents on September 22, 2006. Document filed by Sara Rubenstein. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Bonner, James) (Entered: 09/22/2006) |
| 09/22/2006 | 11 | MOTION to Consolidate Cases 06-0669, 06-0693, 06-1167, 06-4642, 06-4643, 06-4644, 06-4645, 06-4646, 06-4647, 06-4648, 06-5402, *and Appoint Co-Interim Class Counsel.* Document filed by "A Million Little Pieces" Plaintiffs' Group. (Attachments: # 1 Exhibit A - Proposed Order) Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |
| 09/22/2006 | 12 | MEMORANDUM OF LAW in Support re: 14 MOTION to Consolidate Cases 06-0669, 06-0693, 06-1167, 06-4642, 06-4643, 06-4644, 06-4645, 06-4646, 06-4647, 06-4648, 06-5402, *and Appoint Co-Interim Class Counsel..* Document filed by "A Million Little Pieces" Plaintiffs' Group. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |
| 09/22/2006 | 13 | DECLARATION of Scott Frost, Esquire in Support re: 14 MOTION to Consolidate Cases 06-0669, 06-0693, 06-1167, 06-4642, 06-4643, 06-4644, 06-4645, 06-4646, 06-4647, 06-4648, 06-5402, *and Appoint Co-Interim Class Counsel..* Document filed by "A Million Little Pieces" Plaintiffs' Group. Filed In Associated Cases: 1:06-md-01771-RJH,1:06- |

| | | |
|---|---|---|
| | | cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |
| 09/22/2006 | 14 | DECLARATION of Evan J. Smith, Esquire in Support re: 14 MOTION to Consolidate Cases 06-0669, 06-0693, 06-1167, 06-4642, 06-4643, 06-4644, 06-4645, 06-4646, 06-4647, 06-4648, 06-5402, *and Appoint Co-Interim Class Counsel*.. Document filed by "A Million Little Pieces" Plaintiffs' Group. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |
| 09/22/2006 | 15 | DECLARATION of Evan J. Smith, Esquire in Support re: 14 MOTION to Consolidate Cases 06-0669, 06-0693, 06-1167, 06-4642, 06-4643, 06-4644, 06-4645, 06-4646, 06-4647, 06-4648, 06-5402, *and Appoint Co-Interim Class Counsel*.. Document filed by "A Million Little Pieces" Plaintiffs' Group. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |
| 09/22/2006 | 16 | CERTIFICATE OF SERVICE. Service was made by MAIL and ECF. Document filed by "A Million Little Pieces" Plaintiffs' Group. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |
| 09/22/2006 | 17 | DECLARATION of Evan J. Smith, Esquire in Support re: 14 MOTION to Consolidate Cases 06-0669, 06-0693, 06-1167, 06-4642, 06-4643, 06-4644, 06-4645, 06-4646, 06-4647, 06-4648, 06-5402, *and Appoint Co-Interim Class Counsel*.. Document filed by "A Million Little Pieces" Plaintiffs' Group. Filed In Associated Cases: 1:06-md-01771-RJH,1:06-cv-00669-RJH,1:06-cv-00693-RJH,1:06-cv-01167-RJH,1:06-cv-04642-RJH,1:06-cv-04643-RJH,1:06-cv-04644-RJH,1:06-cv-04645-RJH,1:06-cv-04646-RJH,1:06-cv-04647-RJH,1:06-cv-04648-RJH,1:06-cv-05402-RJH(Smith, Evan) (Entered: 09/22/2006) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/03/2006 16:04:02 |
| PACER Login: bs0589 | Client Code: |

| Description: | Docket Report | Search Criteria: | 1:06-cv-04642-RJH |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.32 |