# EXHIBIT "G"

Dockets.Justia.com

**1:06-cv-04642-RJH** Rubenstein v. Frey
Richard J. Holwell, presiding
**Date filed:** 06/13/2006 **Date of last filing:** 09/22/2006

# Attorneys

**Michael C. Andolina**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
(312) 853-7000
 *Assigned: 06/29/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Random House, Inc.**

*(Defendant)*

**Mark Bruce Blocker**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
US
(312)-853-6097
(312)-853-7036 (fax)
mblocker@sidley.com
 *Assigned: 06/29/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Random House, Inc.**

*(Defendant)*

**Stephen G. Contopulos**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US
(213) 896-6000
 *Assigned: 06/29/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Random House, Inc.**

*(Defendant)*

**Rebecca Green Goldstein**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US
(213) 896-6000

representing

**Random House, Inc.**

*(Defendant)*

Assigned: 06/29/2006
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Amber S. Healy**
Kalcheim Salah
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
US
(310) 461-1200
Assigned: 06/29/2006
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

representing

**Sara Rubenstein**
(Plaintiff)

**Mitch H. Kalcheim**
Kalcheim Salah
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
US
(310) 461-1200
Assigned: 06/29/2006
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

representing

**Sara Rubenstein**
(Plaintiff)

**Jennifer A. Ratner**
Sidley Austin
555 West 5th Street
Suite 4000
Los Angeles, CA 90013
US
(213) 896-6000
Assigned: 06/29/2006
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

representing

**Random House, Inc.**
(Defendant)

**Marissa J. Reich**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
(312) 853-7000
Assigned: 06/29/2006
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

representing

**Random House, Inc.**
(Defendant)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2006 16:49:37 | | | |
| PACER Login: | bs0589 | Client Code: | |
| Description: | Attorney List | Search Criteria: | 1:06-cv-04642-RJH |
| Billable Pages: | 1 | Cost: | 0.08 |