EXHIBIT "H"

Dockets.Justia.com

(JTLx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

## U.S. District Court
### CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:06-cv-01029-RSWL-JTL

Sara Rubenstein v. James Frey et al
Assigned to: Judge Ronald S.W. Lew
Referred to: Magistrate Judge Jennifer T. Lum
Related Case: 2:06-cv-01030-RSWL-JTL
Case in other court: Los Angeles County Superior Court, BC345856
Cause: 28:1446 Notice of Removal

Date Filed: 02/21/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Sara Rubenstein**
*individually and on Behalf of All Others Similarly Situated*

represented by **Amber S Healy**
Kalcheim Salah
2049 Century Park East, Suite 2150
Los Angeles, CA 90067
310-461-1200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitch H Kalcheim**
Kalcheim Salah
2049 Century Park East, Suite 2150
Los Angeles, CA 90067
310-461-1200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Frey**

**Defendant**

**Random House Inc**

represented by **Jennifer A Ratner**
Sidley Austin
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Email: jratner@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa J Reich**
Sidley Austin

One South Dearborn Street
Chicago, IL 60603
US
312-853-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B Blocker**
Sidley Austin Brown & Wood
One South Dearborn Street
Chicago, IL 60603
312-853-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C Andolina**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
312-853-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Green Goldstein**
Sidley Austin Brown and Wood
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
US
213-896-6000
Email: rgoldstein@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G Contopulos**
Sidley Austin
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Email: scontopulos@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Does**
*1-300*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 02/21/2006 | 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, Central District of California, case number BC345856 with copy of summons and complaint. Case assigned to Judge Ronald S.W. Lew and referred to Discovery Jennifer T. Lum. (Filing fee $ 250 PAID), filed by defendant Random House Inc. (jp, ) (Entered: 02/27/2006) |
| 02/21/2006 | 2 | CERTIFICATION AS to Interested Parties filed by Defendant Random House Inc. (jp, ) (Entered: 02/27/2006) |
| 02/21/2006 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(jp, ) (Entered: 02/27/2006) |
| 02/21/2006 | | FAX number for Attorneys Amber S Healy, Mitch H Kalcheim is 310-461-1201. (jp, ) (Entered: 02/27/2006) |
| 02/21/2006 | | FAX number for Attorneys Stephen G Contopulos, Rebecca Green Goldstein, Jennifer A Ratner is 213-896-6600. (jp, ) (Entered: 02/27/2006) |
| 02/21/2006 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorneys Michael C Andolina, Mark B Blocker, Marissa J Reich for Defendant Random House Inc. (jp, ) (Entered: 02/27/2006) |
| 02/21/2006 | 4 | PROOF OF SERVICE to Adverse Party of Removal to Federal Court [1], was served on 2/21/2006 filed by defendant Random House Inc. (jp, ) (Entered: 02/27/2006) |
| 02/23/2006 | 5 | PROOF OF MAIL SERVICE re clerks office services, notice to counsel, optical scanning enrollment, civility and professional guidelines, Notice to Parties of Adr Pilot Program (ADR-8)3 and notice of assignment was served on 2/22/06 filed by defendant Random House Inc. (lc, ) (Entered: 02/27/2006) |
| 02/28/2006 | 6 | NOTICE OF MOTION AND MOTION to Stay Proceedings pending a Decision by the Judicial Panel on Multidistrict Litigation or alternatively for an Extension of Time for Responding to the Complaint; Memorandum of Points and Authorities; Declaration of Jennifer A. Ratner filed by defendant Random House Inc. Motion set for hearing on 3/27/2006 at 09:00 AM before Judge Ronald S.W. Lew. (jp, ) (Entered: 03/08/2006) |
| 02/28/2006 | 7 | NOTICE of Related Case(s) filed by Defendant Random House Inc. Related Case(s): CV 06-1030 MMM (SSx) (rn, ) (Entered: 03/10/2006) |
| 03/15/2006 | 8 | NOTICE OF DISCREPANCY AND ORDER: by Judge Ronald S.W. Lew, ORDERING affidavit of service submitted by Plaintiff Sara Rubenstein received on 3/14/06 is not to be filed but instead rejected. Denial based on: proof of service has no case number.(bp, ) (Entered: 03/20/2006) |
| 03/17/2006 | 10 | DECLARATION of AMBER S HEALY REGARDING PLAINTIFFS NON OPPOSITION TO DEFENDANT Random House Inc's MOTION to Stay Case pending a Decision by the Judicial Panel on Multidistrict Litigation MOTION for Extension of Time to File MOTION for |

| | | |
|---|---|---|
| | | Extension of Time to File[6] filed by plaintiff Sara Rubenstein. (pj, ) (Entered: 03/23/2006) |
| 03/22/2006 | 9 | ORDER by Judge Ronald S.W. Lew : Upon Random Houses MOTION to Stay Case pending a Decision by the Judicial Panel on Multidistrict Litigation or in alternative Extension of Time to File response to complaint[6]: Entire action is Stayed as to all partise and claims until notice from the parties regarding decison of the Judicial Panel on Multidistrict Ligitgation on MDL Moitoin ; 3/27/06 on Random House motion for stay is taken off calendar.(lc, ) (Entered: 03/23/2006) |
| 05/26/2006 | 11 | NOTICE TO COURT OF THE STATUS IF MDL filed by Defendant Random House Inc. (lc, ) (Entered: 05/30/2006) |
| 06/05/2006 | 12 | ORDER that case was stayed pending decision by the Judicial Panel on Multi-district Litigation; action is removed from active caseload until further application by parties or order of this court; plaintiff file semi-annual Status Report commencing 9/1/2006; all pending calendar dates vacated by Judge Ronald S.W. Lew (Made JS-6. Case Terminated.)(lc, ) (Entered: 06/06/2006) |
| 06/21/2006 | 13 | NOTICE of MDL Ruling re MDL Docket 1771 In re A Million Little Pieces Litigation to be transferred to USDC Southern New York filed by defendant Random House Inc. (lc, ) (Entered: 06/22/2006) |
| 06/23/2006 | 14 | TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation MDL 1771 regarding A Milion Little Pieces Litigation transferrring case to US District Court Southern District of New York assigned to Judge Richard J Holwell. Original file certified copy of the transfer order and docket sheet sent (lc, ) (Entered: 06/26/2006) |
| 06/26/2006 | | Transfer Out Transmittal Letter. A certified copy of the docket sheet and cc transfer order, original case file, letter of transfer sent toC USDC Southern New York at New York, New York on 6/26/06. (lc, ) (Entered: 06/26/2006) |
| 07/07/2006 | 15 | RECEIPT: TRANSFER OUT TRANSMITTAL LETTER acknowledged by USDC SOUTHERN DISTRICT; State: New York; City: New York; Case No: 06CV4642 RJH (lc, ) (Entered: 07/11/2006) |
| 09/01/2006 | 16 | SEMI-ANNUAL STATUS REPORT regarding status of MDL action filed by Plaintiff Sara Rubenstein. (lc, ) (Entered: 09/05/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2006 13:25:22 | | | |
| PACER Login: | bs0589 | Client Code: | |
| Description: | Docket | Search | 2:06-cv-01029-RSWL- |

|  | Report | Criteria: | JTL |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.24 |