

Dockets.Justia.com

LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.:  (212) 223-0800
Fax:  (212) 661-9860

September 21, 2006

James P. Bonner, Esq.
Shalov Stone & Bonner LLP
485 Seventh Ave., Suite 1000
New York, New York 10018

Dear Mr. Bonner:

Thank you for your letter, faxed to my office the evening of September 19, 2006. Please allow me to correct a couple misapprehensions in that letter. First, I do not believe that Judge Holwell ordered the provision of the Memorandum of Understanding to any party. Second, I do not have any co-counsel in this matter.

As far as the informal discovery documents of defendants, the defendants are still drafting the confidentiality agreement and proposed order to which I believe you refer in the second paragraph of your letter. Once that is completed, which is expected to be today or tomorrow, any and all documents that have been or will be produced by defendants will be provided to any firm, including yours, that executes the agreement.

Feel free to give me a call with any further questions.

Sincerely,

Tom

Thomas M. Mullaney

LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.:    (212) 223-0800
Fax:    (212) 661-9860


TELEFAX COVER SHEET


To:            James P. Bonner
               Shalov Stone & Bonner LLP

From:          THOMAS M. MULLANEY

Date:          September 21, 2006

Re:            AMLP Litigation

No. of Pages:  _____

Recipient's Telefax No: (212) 239-4310

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If any part of this fax is illegible, please call 212-223-0800.

This fax transmission is legally privileged and confidential. The information contained herein is intended solely for the use of the individuals named above. If the recipient of this fax is not the intended recipient or his/her duly designated agent, you are hereby notified that you have received this transmission in error and that any review, dissemination, distribution or copying of this fax is strictly prohibited. If you received this fax in error, please notify the sender by telephone and destroy it.

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2000 |
| CONNECTION TEL | 912122394310 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 09/21 16:14 |
| USAGE T | 00'14 |
| PGS. SENT | 1 |
| RESULT | OK |

Shalov Stone & Bonner LLP

From: THOMAS M. MULLANEY

Date: September 21, 2006

Re: AMLP Litigation

No. of Pages:

Recipient's Telefax No: (212) 239-4310

---

If any part of this fax is illegible, please call 212-223-0800.

This fax transmission is legally privileged and confidential. The information contained herein is intended solely for the use of the individuals named above. If the recipient of this fax is not the intended recipient or his/her duly designated agent, you are hereby notified that you have received this transmission in error and that any review, dissemination, distribution or copying of this fax is strictly prohibited. If you received this fax in error, please notify the sender by telephone and destroy it.