# EXHIBIT "I"

**2:06-cv-01029-RSWL-JTL** Sara Rubenstein v. James Frey et al
Ronald S.W. Lew, presiding
Jennifer T. Lum, referral
**Date filed:** 02/21/2006
**Date terminated:** 06/05/2006 **Date of last filing:** 09/01/2006

## Attorneys

| | | |
|---|---|---|
| **Michael C Andolina**<br>Sidley Austin<br>One South Dearborn Street<br>Chicago, IL 60603<br>US<br>312-853-7000<br>*Assigned: 02/21/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Random House Inc**<br><br>*(Defendant)* |
| **Mark B Blocker**<br>Sidley Austin Brown & Wood<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>*Assigned: 02/21/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Random House Inc**<br><br>*(Defendant)* |
| **Stephen G Contopulos**<br>Sidley Austin<br>555 West 5th Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>213-896-6000<br>scontopulos@sidley.com<br>*Assigned: 02/21/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Random House Inc**<br><br>*(Defendant)* |
| **Rebecca Green Goldstein**<br>Sidley Austin Brown and Wood<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>US<br>213-896-6000<br>rgoldstein@sidley.com<br>*Assigned: 02/21/2006*<br>*LEAD ATTORNEY* | representing | **Random House Inc**<br><br>*(Defendant)* |

ATTORNEY TO BE NOTICED

**Amber S Healy**
Kalcheim Salah
2049 Century Park East, Suite 2150

Los Angeles, CA 90067
310-461-1200
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Sara Rubenstein**
*(Plaintiff)*

**Mitch H Kalcheim**
Kalcheim Salah
2049 Century Park East, Suite 2150

Los Angeles, CA 90067
310-461-1200
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Sara Rubenstein**
*(Plaintiff)*

**Jennifer A Ratner**
Sidley Austin
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
jratner@sidley.com
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Random House Inc**
*(Defendant)*

**Marissa J Reich**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
312-853-7000
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Random House Inc**
*(Defendant)*

| PACER Service Center |
|---|
| Transaction Receipt |

| | 10/03/2006 13:24:53 | | |
|---|---|---|---|
| PACER Login: | bs0589 | Client Code: | |
| Description: | Attorney List | Search Criteria: | 2:06-cv-01029-RSWL-JTL |
| Billable Pages: | 1 | Cost: | 0.08 |