

EXHIBIT "J"

Dockets.Justia.com

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 10, 2006

TO ALL INVOLVED COUNSEL

Re: MDL-1771 -- In re "A Million Little Pieces" Litigation

Panel Attorney Service List

Dear Counsel:

Pursuant to Rule 5.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), I am enclosing a copy of the Panel Attorney Service List in the above-referenced litigation. This list has been prepared on the basis of the appearances received. If you have any corrections or changes, please notify us immediately in writing and distribute copies of your notification to all counsel and/or parties appearing on the Panel Attorney Service List.

In the future, copies of opinions, order, notices, etc., distributed by this office will be sent only to attorneys appearing on this list. **Rule 5.2(a) requires that a copy of this list be <u>attached</u> to your proof of service for the distribution of future materials directed to the Panel and is to be supplemented in the proof of service in the event of the presence of additional parties or successor counsel.** If the Panel determines that Section 1407 transfer is appropriate in this litigation, a copy of this list will be directed to the designated transferee court for their reference.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Dana F. Stewart_
    Deputy Clerk

Enclosure

JPML Form 24

Docket: 1771 - In re "A Million Little Pieces" Litigation

Status: Pending on / /

Transferee District:            Judge:                                              Printed on 03/10/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Andolina, Michael C.<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Random House VG, Inc. |
| Blocker, Mark B.<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Alfred A. Knopf, Inc. dba Anchor Books*; Anchor Books (division of Random House, Inc.)*; Bantam Doubleday Dell Publishing Group*; Doubleday & Co., Inc.*; Doubleday (division of Random House, Inc.)*; Knopf Publishing Group, Inc.*; Nan A. Talese/Doubleday (division of Random House, Inc.)*; Random House, Inc.*; Talese, Nan A.*; Vintage Anchor Publishing, Inc.* |
| Drury, Larry D.<br>Larry D. Drury, Ltd.<br>205 West Randolph Street<br>Suite 1430<br>Chicago, IL 60606 | => Vedral, Marcia* |
| Evashevski, Kassie<br>Brillstein Grey<br>9150 Wilshire Boulevard<br>Beverly Hills, CA 90212 | => Evashevski, Kassie |
| Feuer, Brad<br>Barnes & Noble<br>122 Fifth Avenue<br>New York, NY 10011 | => Barnes & Noble Booksellers, Inc.; Barnes & Noble Publishing, Inc.; Barnes & Noble, Inc. |
| Frost, Scott C.<br>Stateman, Harris, Siegel & Eyrich, LLC<br>333 West Wacker Drive<br>Suite 1710<br>Chicago, IL 60606 | => Giles, Jill* |
| Gigante, Alex<br>Penguin Group (USA) Inc.<br>375 Hudson Street<br>New York, NY 10014 | => McDonald, Sean |
| Kalcheim, Mitch H.<br>Kalcheim Salah<br>2049 Century Park East<br>Suite 2150<br>Los Angeles, CA 90067 | => Rubenstein, Sara* |
| Meyer, Derek J.<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606 | => Big Jim Industries, Inc.; Frey, James; Frey, Jane Doe |
| Miller, E. Powell<br>Miller Shea, P.C.<br>Miller Shea Building<br>950 West University Drive<br>Suite 300<br>Rochester, MI 48307 | => Rivard, Gregory R. |
| Mullaney, Thomas M.<br>Law Offices of Thomas M. Mullaney | => Cohn, Jennifer; Marolda, Diane* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

708 Third Avenue
Suite 2500
New York, NY 10017

Myers, Michael David => Paglinawan, Shera*; Shaw, Wendy*
Myers & Co., P.L.L.C.
1809 Seventh Avenue
Suite 700
Seattle, WA 98101

Pakenas, Thomas E. => More, Pilar
Dale & Pakenas
641 Lake Street
Suite 400
Chicago, IL 60661

Reich, Marissa J. => Borders Group, Inc.
Sidley Austin Brown & Wood LLP
One S Dearborn St
Chicago, IL 60603

Ripka, Alan S. => Floyd, Jimmy
Ripka, Rotter & King, LLP
275 Madison Avenue
New York, NY 10016

Smith, Evan J. => Snow, Michele*
Brodsky & Smith, LLC
Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004

Taylor, Christopher W. => Hauenstein, Garrett*; Taylor, Jean*
Gancedo & Nieves, LLP
144 West Colorado Blvd.
2nd Floor
Pasadena, CA 91105

Witter, Brian C. => Brackenrich, Sara
DiTommaso Lubin
17 West 220
22nd Street
Oakbrook Terrace, IL 60181

Zimmerman, Jr., Thomas A. => Strack, Ann Marie*
Zimmerman & Associates, P.C.
100 West Monroe
Suite 1300
Chicago, IL 60603

Note: Please refer to the report title page for complete report scope and key.