# EXHIBIT "D"

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, ATTACHMENTS |
| EFFECTED (1) BY ME: | PAUL SANTANGELO |
| TITLE: | PROCESS SERVER |
| DATE: | 02/08/2006 02:25PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DOUBLEDAY

Place where served:

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VICKI MODIANO

Relationship to defendant: ASS. TO KATHERINE TRACER, GENERAL COUNSEL

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02 / 08 / 2006

SIGNATURE OF PAUL SANTANGELO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

02/08/06

PATRICIA LONGSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 8, 2008

| | |
|---|---|
| ATTORNEY: | EVAN J. SMITH, ESQ. |
| PLAINTIFF: | MICHELE SNOW |
| DEFENDANT: | DOUBLEDAY, ET AL |
| VENUE: | DISTRIC OF NY |
| DOCKET: | 06 CV 669 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SP

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS IN A CIVIL CASE, COMPLAINT, ATTACHMENTS
EFFECTED (1) BY ME: PAUL SANTANGELO
TITLE: PROCESS SERVER        DATE: 02/08/2006 02:25PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

RANDOM HOUSE, INC.

Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VICKI MODIANO

Relationship to defendant: ASS. TO KATHERINE TRACER, GENERAL COUNSEL

Description of person accepting service:

SEX: F    AGE: 51-65    HEIGHT: 5'0"-5'3"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___    SERVICES $ ___.___    TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/08/2006        _____ L.S.
SIGNATURE OF PAUL SANTANGELO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: EVAN J. SMITH, ESQ.
PLAINTIFF: MICHELE SNOW
DEFENDANT: DOUBLEDAY, ET AL
VENUE: DISTRIC OF NY
DOCKET: 06 CV 669

02/08/06

PATRICIA LONGSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 8, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SP

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS IN A CIVIL CASE, COMPLAINT, ATTACHMENTS
EFFECTED (1) BY ME: PAUL SANTANGELO
TITLE: PROCESS SERVER       DATE: 02/08/2006 02:25PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ANCHOR BOOKS, A DIVISION OF RANDOM HOUSE, INC.

Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VICKI MODIANO

Relationship to defendant: ASS. TO KATHERINE TRACER, GENERAL COUNSEL

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____       SERVICES $ ____.____       TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/08/2006   _____ L.S.
SIGNATURE OF PAUL SANTANGELO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   EVAN J. SMITH, ESQ.
PLAINTIFF:  MICHELE SNOW
DEFENDANT:  DOUBLEDAY, ET AL
VENUE:      DISTRIC OF NY
DOCKET:     06 CV 669

02/08/06

PATRICIA LONGSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 8, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SP

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS IN A CIVIL CASE, COMPLAINT, ATTACHMENTS
EFFECTED (1) BY ME: PAUL SANTANGELO
TITLE: PROCESS SERVER          DATE: 02/08/2006 02:25PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

BANTAM DOUBLEDAY DELL PUBLISHING GROUP

Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VICKI MODIANO

Relationship to defendant: ASS. TO KATHERINE TRACER, GENERAL COUNSEL

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/08/2006
SIGNATURE OF PAUL SANTANGELO          L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: EVAN J. SMITH, ESQ.
PLAINTIFF: MICHELE SNOW
DEFENDANT: DOUBLEDAY, ET AL
VENUE: DISTRIC OF NY
DOCKET: 06 CV 669

02/08/06

PATRICIA LONGSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 8, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED APR 03 2006 U.S.D.C. S.D.

| | |
|---|---|
| MICHELE SNOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUBLEDAY, A DIVISION OF RANDOM HOUSE, INC.; BANTAM DOUBLEDAY DELL PUBLISHING GROUP; RANDOM HOUSE, INC.; ANCHOR BOOKS, A DIVISION OF RANDOM HOUSE, INC.; JAMES FREY,<br><br>Defendants. | Case No. 06-CV-669<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**WAIVER OF FORMAL SERVICE
PURSUANT TO F.R.C.P. 4(d).**

TO:   Evan J. Smith, Esquire
      Two Bala Plaza, Suite 602
      Bala Cynwyd, PA 19004

  I acknowledge receipt of your request that I waive service of a summons in the above-captioned matter. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return this signed waiver without costs to me.

  I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

  I (or the entity on whose behalf I am acting) will retain all my defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based upon a defect in the summons or in the service of the summons.

  I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you and filed with the Court within sixty (60) days after the date this notice was sent (see typed date below).

Date: March 2, 2006

Signature of Defendant
JAMES FREY or his attorney

| 2120 – Served | 2121 – Served |
|---|---|
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(Rev.1/2/01) CCG 0001

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____CHANCERY_____ DIVISION

(Name all parties)

MARCIA VEDRAL, individually and on behalf of all others similarly situated,

Plaintiff

v.

JAMES FREY, DOUBLEDAY & COMPANY, INC., ALFRED A. KNOPF, INC. d/b/a ANCHOR BOOKS and RANDOM HOUSE, INC.,

Defendants.

No. 06 CH 02009

PLEASE SERVE:

Doubleday & Company, Inc.
c/o Jacqueline Chasey, Esq.
Bertelsmann, Inc.
1540 Broadway
New York, NY 10036

## ALIAS SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

You must file within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.: 22873
Name: Larry D. Drury, Ltd.
Atty. for: Plaintiff
Address: 205 West Randolph, Suite 1430
City/State/Zip: Chicago, IL 60606
Telephone: 312/346-7950

WITNESS, February 9, 2006

Clerk of Court

Date of service: 2-15-06
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS