

Dockets.Justia.com

**1:06-md-01771-RJH** In Re: "A Million Little Pieces" Litigation
Richard J. Holwell, presiding
**Date filed:** 06/16/2006 **Date of last filing:** 09/26/2006

# Attorneys

**Michael C. Andolina**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US                                  representing      **Doubleday & Company, Inc.**
(312) 853-7000                                        *(Defendant)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                      **Random House Inc.**
                                                      *(Defendant)*


**Matthew C. Blickensderfer**
Frost Brown Todd L.L.C.
201 East 5th Street
Cincinnati, OH 45202
US                                  representing      **Random House, V.G. Inc.**
(513) 651-6800                                        *(Defendant)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Mark Bruce Blocker**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
US                                                    **Doubleday & Company, Inc.**
(312)-853-6097                      representing      *(Defendant)*
(312)-853-7036 (fax)
mblocker@sidley.com
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                      **Random House Inc.**
                                                      *(Defendant)*

**James Patrick Bonner**
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
(212) 239-4310 (fax)
jbonner@lawssb.com
*Assigned: 09/22/2006*
*ATTORNEY TO BE NOTICED*

representing

**Sara Rubenstein**
*(Plaintiff)*


**Amy M. Boomhouwer**
Gancedo & Nieves
144 West Colorado Boulevard
Pasadena, CA 91105
US
(626) 685-9800
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Garrett Hauenstein**
*(Plaintiff)*


**Jean Taylor**
*(Plaintiff)*


**Fred B. Burnside**
Davis Wright Tremaine, L.L.P.
1501 4th Avenue
Suite 2600
Seattle, WA 98101
US
(206) 622-3150
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Anchor Books**
*(Defendant)*


**Nan A. Talese/Doubleday**
*(Defendant)*


**Ilan J. Chorowsky**
Larry D. Drury, Ltd.
205 West Randolph
Suite 1430
Chicago, IL 60606
US
(312) 346-7950
*Assigned: 06/16/2006*

representing

**Marcia Vedral**
*(Plaintiff)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Contopulos**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US                                    representing          **Doubleday & Company, Inc.**
(213) 896-6000                                              *(Defendant)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

                                                            **Random House Inc.**
                                                            *(Defendant)*

**Larry Daniel Drury**
205 West Randolph
Suite 1430
Chicago, IL 60606
US                                    representing          **Marcia Vedral**
(312) 346-7950                                              *(Plaintiff)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Stuart R. Dunwoody**
Davis Wright Tremaine, L.L.P.
1501 4th Avenue
Suite 2600
Seattle, WA 98101
US                                    representing          **Anchor Books**
(206) 622-3150                                              *(Defendant)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

                                                            **Nan A. Talese/Doubleday**
                                                            *(Defendant)*

**Jocelyn D. Francoeur**
McDermott, Will & Emery
227 West Monroe Street

Suite 4400
Chicago, IL 60606
US
(312) 372-2000                          representing        **James Frey**
 *Assigned: 06/16/2006*                                     *(Defendant)*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Scott Carter Frost**
Statman, Harris, Siegel & Eyrich,
L.L.C.
333 West Wacker Drive
Suite 1710
Chicago, IL 60606                       representing        **Jill Giles**
(312) 263-1070                                              *(Plaintiff)*
sfrost@shsechicago.com
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Hector G.. Gancedo**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
(626)-685-9800                          representing        **Garrett Hauenstein**
(626)-685-9808 (fax)                                        *(Plaintiff)*
hgancedo@gancedonieves.com
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                                            **Jean Taylor**
                                                            *(Plaintiff)*


**Rebecca Green Goldstein**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013                   representing        **Doubleday & Company, Inc.**
US                                                          *(Defendant)*
(213) 896-6000
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Random House Inc.**
*(Defendant)*

**Amber S. Healy**
Kalcheim Salah
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
US
(310) 461-1200
  *Assigned: 06/16/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **Sara Rubenstein**
*(Plaintiff)*

**Colleen Marie Hegge**
Statman, Harris, Siegel & Eyrich,
L.L.C.
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
US
(513) 621-2666
  *Assigned: 06/16/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **Jill Giles**
*(Plaintiff)*

**Mitch H. Kalcheim**
Kalcheim Salah
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
US
(310) 461-1200
  *Assigned: 06/16/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **Sara Rubenstein**
*(Plaintiff)*

**Elizabeth A. McNamara**
Davis Wright Tremaine LLP (NYC)
1633 Broadway
New York, NY 10019
(212) 489-8230
(212) 489-8340 (fax)
lizmcnamara@dwt.com
  *Assigned: 06/16/2006*
  *LEAD ATTORNEY*

representing    **Random House Inc.**
*(Defendant)*

**ATTORNEY TO BE NOTICED**

**Derek J. Meyer**
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606
US
(312) 372-2000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing    **James Frey**
*(Defendant)*

**Thomas M. Mullaney**
(212) 223-0800
(212) 661-9860 (fax)
Mulllaw@msn.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing    **Diane Marolda**
*(Plaintiff)*

**Michael David Myers**
Myers & Company
1809 7th Avenue
Suite 700
Seattle, WA 98101
US
(206) 398-1188
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing    **Shera Paglinawan**
*(Plaintiff)*

**Wendy Shaw**
*(Plaintiff)*

**Matthew X. Oster**
McDermott, Will & Emery
2049 Century Park East
34th Floor
Los Angeles, CA 90067
US
(310) 277-4110
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing    **Big Jim Industries Inc.**
*(Defendant)*

**James Frey**
*(Defendant)*

**Thomas E. Pakenas**
Dale & Pakenas
641 West Lake Street
Suite 400
Chicago, IL 60661                representing    **Pilar More**
US                                               *(Plaintiff)*
(312) 258-1800
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Jennifer A. Ratner**
Sidley Austin
555 West 5th Street
Suite 4000
Los Angeles. CA 90013                            **Doubleday & Company, Inc.**
US                               representing    *(Defendant)*
(213) 896-6000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Random House Inc.**
*(Defendant)*


**Marissa J. Reich**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603                                **Doubleday & Company, Inc.**
US                               representing    *(Defendant)*
(312) 853-7000
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Random House Inc.**
*(Defendant)*


**Alan Seth Ripka**
Ripka, Rotter & King, L.L.P.
275 Madison Avenue

New York, NY 10016
US
(212) 685-8888 x8653
(212) 532-0176 (fax)
aripka@ripkalaw.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Jimmy Floyd**
*(Plaintiff)*


**Karen Futernick**
*(Plaintiff)*

**Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
esmith@brodsky-smith.com
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Michele Snow**
*(Plaintiff)*


**"A Million Little Pieces" Plaintiffs' Group**
*(Movant)*

**Alan J. Statman**
Statman, Harris, Siegel & Eyrich, L.L.C.
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
US
(513) 621-2666
*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Jill Giles**
*(Plaintiff)*

**Christopher Wren Taylor**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
(626)-685-9800
(626)-685-9808 (fax)
chris@gancedonieves.com

representing

**Garrett Hauenstein**
*(Plaintiff)*

*Assigned: 06/16/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Taylor**
*(Plaintiff)*

**Thomas A. Zimmerman, Jr.**
Zimmerman & Associates
100 West Monroe
Suite 1300
Chicago, IL 60603
US                                    representing    **Ann Marie Strack**
(312) 440-0020                                        *(Plaintiff)*
 *Assigned: 06/16/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/03/2006 16:05:03 | | |
| **PACER Login:** bs0589 | **Client Code:** | |
| **Description:** | Attorney List **Search Criteria:** | 1:06-md-01771-RJH |
| **Billable Pages:** 3 | **Cost:** | 0.24 |