EXHIBIT "I"

Case 1:06-cv-01167-RJH   Document 22-5   Filed 10/04/2006   Page 1 of 4

**2:06-cv-01029-RSWL-JTL** Sara Rubenstein v. James Frey et al
Ronald S.W. Lew, presiding
Jennifer T. Lum, referral
**Date filed:** 02/21/2006
**Date terminated:** 06/05/2006 **Date of last filing:** 09/01/2006

## Attorneys

**Michael C Andolina**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
312-853-7000
 *Assigned: 02/21/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Random House Inc**

*(Defendant)*

**Mark B Blocker**
Sidley Austin Brown & Wood
One South Dearborn Street
Chicago, IL 60603
312-853-7000
 *Assigned: 02/21/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Random House Inc**

*(Defendant)*

**Stephen G Contopulos**
Sidley Austin
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
scontopulos@sidley.com
 *Assigned: 02/21/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Random House Inc**

*(Defendant)*

**Rebecca Green Goldstein**
Sidley Austin Brown and Wood
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
US
213-896-6000
rgoldstein@sidley.com
 *Assigned: 02/21/2006*
 *LEAD ATTORNEY*

representing

**Random House Inc**

*(Defendant)*

*ATTORNEY TO BE NOTICED*

**Amber S Healy**
Kalcheim Salah
2049 Century Park East, Suite 2150

Los Angeles, CA 90067
310-461-1200
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Sara Rubenstein**
(Plaintiff)

**Mitch H Kalcheim**
Kalcheim Salah
2049 Century Park East, Suite 2150

Los Angeles, CA 90067
310-461-1200
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Sara Rubenstein**
(Plaintiff)

**Jennifer A Ratner**
Sidley Austin
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
jratner@sidley.com
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Random House Inc**
(Defendant)

**Marissa J Reich**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
US
312-853-7000
*Assigned: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Random House Inc**
(Defendant)

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 10/03/2006 13:24:53 | | |
|---|---|---|---|
| PACER Login: | bs0589 | Client Code: | |
| Description: | Attorney List | Search Criteria: | 2:06-cv-01029-RSWL-JTL |
| Billable Pages: | 1 | Cost: | 0.08 |