

EXHIBIT "J"

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

March 10, 2006

TO ALL INVOLVED COUNSEL

Re: MDL-1771 -- In re "A Million Little Pieces" Litigation

Panel Attorney Service List

Dear Counsel:

Pursuant to Rule 5.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), I am enclosing a copy of the Panel Attorney Service List in the above-referenced litigation. This list has been prepared on the basis of the appearances received. If you have any corrections or changes, please notify us immediately in writing and distribute copies of your notification to all counsel and/or parties appearing on the Panel Attorney Service List.

In the future, copies of opinions, order, notices, etc., distributed by this office will be sent only to attorneys appearing on this list. **Rule 5.2(a) requires that a copy of this list be attached to your proof of service for the distribution of future materials directed to the Panel and is to be supplemented in the proof of service in the event of the presence of additional parties or successor counsel.** If the Panel determines that Section 1407 transfer is appropriate in this litigation, a copy of this list will be directed to the designated transferee court for their reference.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Dana L. Stewart*
Deputy Clerk

Enclosure

JPML Form 24

Docket: 1771 - In re "A Million Little Pieces" Litigation
Status: Pending on / /
Transferee District:     Judge:     Printed on 03/10/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Andolina, Michael C.<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Random House VG, Inc. |
| Blocker, Mark B.<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Alfred A. Knopf, Inc. dba Anchor Books*; Anchor Books (division of Random House, Inc.)*; Bantam Doubleday Dell Publishing Group*; Doubleday & Co., Inc.*; Doubleday (division of Random House, Inc.)*; Knopf Publishing Group, Inc.*; Nan A. Talese/Doubleday (division of Random House, Inc.)*; Random House, Inc.*; Talese, Nan A.*; Vintage Anchor Publishing, Inc.* |
| Drury, Larry D.<br>Larry D. Drury, Ltd.<br>205 West Randolph Street<br>Suite 1430<br>Chicago, IL 60606 | => Vedral, Marcia* |
| Evashevski, Kassie<br>Brillstein Grey<br>9150 Wilshire Boulevard<br>Beverly Hills, CA 90212 | => Evashevski, Kassie |
| Feuer, Brad<br>Barnes & Noble<br>122 Fifth Avenue<br>New York, NY 10011 | => Barnes & Noble Booksellers, Inc.; Barnes & Noble Publishing, Inc.; Barnes & Noble, Inc. |
| Frost, Scott C.<br>Stateman, Harris, Siegel & Eyrich, LLC<br>333 West Wacker Drive<br>Suite 1710<br>Chicago, IL 60606 | => Giles, Jill* |
| Gigante, Alex<br>Penguin Group (USA) Inc.<br>375 Hudson Street<br>New York, NY 10014 | => McDonald, Sean |
| Kalcheim, Mitch H.<br>Kalcheim Salah<br>2049 Century Park East<br>Suite 2150<br>Los Angeles, CA 90067 | => Rubenstein, Sara* |
| Meyer, Derek J.<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606 | => Big Jim Industries, Inc.; Frey, James; Frey, Jane Doe |
| Miller, E. Powell<br>Miller Shea, P.C.<br>Miller Shea Building<br>950 West University Drive<br>Suite 300<br>Rochester, MI 48307 | => Rivard, Gregory R. |
| Mullaney, Thomas M.<br>Law Offices of Thomas M. Mullaney | => Cohn, Jennifer; Marolda, Diane* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 708 Third Avenue<br>Suite 2500<br>New York, NY 10017 | - |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | => Paglinawan, Shera*; Shaw, Wendy* |
| Pakenas, Thomas E.<br>Dale & Pakenas<br>641 Lake Street<br>Suite 400<br>Chicago, IL 60661 | => More, Pilar |
| Reich, Marissa J.<br>Sidley Austin Brown & Wood LLP<br>One S Dearborn St<br>Chicago, IL 60603 | => Borders Group, Inc. |
| Ripka, Alan S.<br>Ripka, Rotter & King, LLP<br>275 Madison Avenue<br>New York, NY 10016 | => Floyd, Jimmy |
| Smith, Evan J.<br>Brodsky & Smith, LLC<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004 | => Snow, Michele* |
| Taylor, Christopher W.<br>Gancedo & Nieves, LLP<br>144 West Colorado Blvd.<br>2nd Floor<br>Pasadena, CA 91105 | => Hauenstein, Garrett*; Taylor, Jean* |
| Witter, Brian C.<br>DiTommaso Lubin<br>17 West 220<br>22nd Street<br>Oakbrook Terrace, IL 60181 | => Brackenrich, Sara |
| Zimmerman, Jr., Thomas A.<br>Zimmerman & Associates, P.C.<br>100 West Monroe<br>Suite 1300<br>Chicago, IL 60603 | => Strack, Ann Marie* |

Note: Please refer to the report title page for complete report scope and key.