UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　　　　)
IN RE "A MILLION LITTLE PIECES　　　　　　　)　　06 MD 1771 (RJH)
LITIGATION"　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　)
---------------------------------------------------------------x

**DECLARATION OF JAMES P. BONNER IN SUPPORT OF
PLAINTIFF SARA RUBENSTEIN'S OPPOSITION TO
THE "MILLION LITTLE PIECES GROUP'S" MOTION
FOR APPOINTMENT OF CO-INTERIM CLASS COUNSEL**

　　　I, JAMES P. BONNER, hereby declare as follows:

　　　1.　　I am a member of the Bar of this Court and of the law firm of Shalov Stone & Bonner LLP, co-counsel for Plaintiff Sara Rubenstein in this matter. I make this declaration in support of Ms. Rubenstein's opposition to the motion of the so-called "Million Little Pieces Group's" Motion for the Appointment of Co-Interim Counsel in this litigation. I have personal knowledge of the facts set forth herein.

　　　2.　　In the *Dreyfus Aggressive Growth* class action in the Southern District of New York, my firm was co-lead counsel for a class in an action that settled for approximately $20.5 million. The claimants in that action recovered approximately 98% of their losses as a result of the settlement, before fees and expenses.

　　　3.　　In the *Baan Securities Litigation* in the District of Columbia, my firm was co-lead counsel in a class action that settled for $32.5 million. The claimants in that case recovered approximately 100% of their losses, after fees and expenses.

4. In the *CyberGuard* securities litigation in the Southern District of Florida, my firm was co-lead counsel for a class that recovered in excess of $10 million. The claimants in that action recovered approximately two-thirds of their trading losses, before fees and expenses.

5. My firm is co-counsel for a number of pension funds for the State of New Jersey in the *Tyco Securities Litigation* currently pending in the District of New Hampshire. My partner and I have questioned twenty or more witnesses at the numerous depositions that have been held thus far in the *Tyco* matter (typically a number of counsel for various parties question the witnesses). Brodsky & Smith has yet to appear at any court hearing, deposition, conference call or other meeting of counsel in the *Tyco* case. Nor does the firm appear on the lengthy service list utilized to inform counsel of the relevant proceedings in that matter, including depositions, conference calls and court proceedings.

6. During a conversation held on September 20, 2006, a lawyer from the Gancedo & Nieves firm informed me that his firm and client withdrew from the "Million Little Pieces Group" because of the firm's dissatisfaction with the manner in which the settlement negotiations in this action had been conducted.

I hereby declare under the penalty of perjury that the foregoing is true to the best of my knowledge, information and belief this 4th day of October 2006.

    /s/ James P. Bonner  
James P. Bonner (JB-0629)