```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
:
:
In Re "A Million Little Pieces" Litigation     :     **ORDER GRANTING ADMISSION**
:     ***PRO HAC VICE* OF LARRY D. DRURY**
:
:
:     06md1771 (RJH)
:     ALL CASES
------------------------------------------------------------- X

  This matter having been presented to the Court by Thomas M. Mullaney, Esq., attorney for Plaintiff Diane Marolda, for an Order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of Larry D. Drury for the purpose of representing Plaintiff Marcia Vedral in this action; and the Court having read and considered the Affirmation of Thomas M. Mullaney; and good cause having been shown;

  IT IS ORDERED that Larry D. Drury is hereby admitted *pro hac vice* for the purpose of representing Plaintiff Marcia Vedral in this action. Mr. Drury is required to pay a $25.00 attorney admission fee and present this Order to the Clerk's Office; and it is further

  ORDERED that a copy of this Order must be served on all other counsel in this case.

Dated: September __, 2006
  10/9/06

             _____
             Richard J. Holwell, U.S.D.J.