```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE "A MILLION LITTLE PIECES"
LITIGATION

06 MD 1771 (RJH)
ALL CASES

**ORDER**

Upon motion of defendants Alfred A. Knopf, Inc. dba Anchor Books, Anchor Books (division of Random House, Inc.), Bantam Doubleday Dell Publishing Group, Barnes & Noble Booksellers, Inc., Barnes & Noble Publishing, Inc., Barnes & Noble, Inc., Borders Group, Inc., Doubleday & Co., Inc., Doubleday (division of Random House, Inc.), Knopf Publishing Group, Inc., Nan A. Talese/Doubleday (division of Random House, Inc.), Random House VG, Inc., Random House, Inc., Talese, Nan A., and Vintage Anchor Publishing Inc., and pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, it is hereby ordered that Mark B. Blocker, Michael C. Andolina, and Marissa J. Reich are admitted *pro hac vice* for the purposes of the above-captioned case.

SO ORDERED.

Dated: New York, New York
       October 5, 2006

Richard J. Holwell
United States District Judge