## CERTIFICATE OF SERVICE

I, Sara Rosenberg, hereby certify that I filed Plaintiff Sara Rubenstein's Reply Memorandum of Law in Support of Her Motion for Appointment of Interim Counsel and the Reply Declaration of James P. Bonner in Support of Plaintiff Sara Rubenstein's Motion for Appointment of Interim Counsel via the ECF system of the Southern District of New York and served copies of the foregoing papers upon the following counsel by U.S. mail this 12th day of October 2006:

ATTORNEY FOR PLAINTIFF MICHELE
SNOW:

    Evan J. Smith
    Brodsky & Smith, LLC
    240 Mineola Blvd.
    Mineola, NY 11501
    Tel: 516-741-4977
    Fax: 610-667-9029

ATTORNEY FOR PLAINTIFF JIMMY
FLOYD and KAREN FUTRERNICK:

    Alan S. Ripka
    Ripka, Rottre & King, LLP
    275 Madison Avenue
    New York, NY 10016
    Tel: 212-685-8888 ex. 8653
    Fax: 212-532-0176
    aripka@ripkalaw.com

ATTORNEY FOR PLAINTIFFS
JENNIFER COHN & DIANE MAROLDA:

    Thomas M. Mullaney
    Law Offices of Thomas M. Mullaney
    708 Third Avenue, Suite 2500
    New York, NY 10017
    Tel: 212-223-0800
    Fax: 212-661-9860

ATTORNEY FOR PLAINTIFF PILAR
MORE:

    Thomas E. Pakenas
    Dale & Pakenas
    641 West Lake Street, Suite 400
    Chicago, IL 60661
    Tel: 312-258-1800
    Fax: 312-258-1804

ATTORNEY FOR PLAINTIFF ANN
MARIE ATRACK:

    Thomas A. Zimmerman, Jr.
    Zimmerman & Associates, P.C.
    100 West Monroe, Suite 1300
    Chicago, IL 60603
    Tel: 312-440-0020
    Fax: 312-440-4180

ATTORNEYS FOR PLAINTIFFS
GARRETT HAUENSTEIN & JEAN
TAYLOR:

    Christopher W. Taylor
    Gancedo & Nieves, LLP
    144 West Colorado Boulevard
    Pasadena, CA 91105
    Tel: 626-685-9800
    Fax: 626-685-9808

Dockets.Justia.com

ATTORNEY FOR SHERA PAGLINAWAN &
WENDY SHAW:

 Michael David Myers
 Myers & Company, PLLC
 1809 Seventh Avenue, Suite 700
 Seattle, WA 98101
 Tel: 206-398-1188

ATTORNEYS FOR PLAINTIFF JILL GILES:

 Scott C. Frost
 Statman, Harris, Siegel &
  Eyrich, LLC
 333 West Wacker Drive, Suite 1710
 Chicago, IL 60606
 Tel: 312-263-1070
 Fax: 312-263-1201

 Alan J. Statman
 Statman, Harris, Siegel &
  Eyrich, LLC
 2900 Chemed Center
 255 E. Fifth Street
 Cincinnati, OH 45202
 Tel: 513-621-2666

ATTORNEYS FOR PLAINTIFF MARCIA
VEDRAL:

 John H. Alexander
 John H. Alexander & Associates, LLC
 100 West Monroe, 21st Floor
 Chicago, IL 60602

 Larry Drury
 Larry D. Drury, Ltd.
 205 W. Randolph Street, Suite 1430
 Chicago, IL 60606
 Tel: 312-346-7950
 Fax: 312-346-5777

ATTORNEYS FOR PLAINTIFF
GREGORY RIVARD:

 Mark S. Baumkel
 Provizer & Phillips, P.C.
 30200 Telegraph Road, Suite 200
 Bingham Farms, MI 48025
 Tel: 248-642-0444
 Fax: 248-642-6661

 E. Powell Miller
 Miller Shea, P.C.
 950 W. University Drive, Suite 300
 Rochester, MI 48301

ATTORNEYS FOR DEFENDANTS
RANDOM HOUSE AND DOUBLEDAY:

 Mark B. Blocker
 Sidley Austin, LLP
 One South Dearborn Street
 Chicago, IL 60603
 Tel: 312-853-6097
 Fax: 312-853-7036

 Rebecca Green Goldstein
 Sidley Austin, LLP
 555 West Fifth Street, Suite 4000
 Los Angeles, CA 90013
 Tel: 213-896-6000

 Elizabeth McNamara
 Davis Wright Tremaine, LLP
 1633 Broadway
 New York, NY 10019
 Tel: 212-489-8230
 Fax: 212-489-8340

ATTORNEYS FOR DEFENDANT JAMES
FREY:

    Derek J. Meyer
    McDermott Will & Emery
    227 West Monroe Street, Suite 4400
    Chicago, IL 60606-5096
    Tel: 312-372-2000
    Fax: 312-984-7700

ATTORNEYS FOR DEFENDANT and
DEFENDANT BIG JIM INDUSTRIES, INC.

    Matthew X. Oster
    McDermott Will & Emery
    2049 Century Park East, 34th Floor
    Los Angeles, CA 90067
    Tel: 310-277-4110
    Fax: 312-984-7700

ATTORNEYS FOR DEFENDANT ANCHOR
BOOKS:

    Fred B. Burnside
    Davis Wright Tremaine LLP
    1501 4th Ave, Sutie 2600
    Seattle, WA 98101
    Tel: 206-622-3150
    Fax: 206-628-7699

ATTORNEY FOR DEFENDANT BARNES &
NOBLE:

    Brad Feuer, General Counsel
    Barnes & Noble, Inc.
    122 Fifth Avenue
    New York, NY 10011
    Tel: 212-633-3300
    Fax: 212-463-5683

ATTORNEY FOR DEFENDANT SEAN
MCDONALD:

    Alex Giganle, General Counsel
    Penguin Group (USA) Inc.
    375 Hudson Street
    New York, NY 10014
    Tel: 212-366-2000
    Fax: 212-366-2687

ATTORNEYS FOR DEFENDANT
RANDOM HOUSE, V.G. INC:

    Matthew C. Blickensderfer
    Frost Brown Todd LLC
    201 East 5th Street
    Cincinnati, OH 45202
    Tel: 513-651-6800
    Fax: 513-651-6981

ATTORNEY FOR DEFENDANT:

    Kassie Evashevski
    Brillstein Grey
    9150 Wilshire Blvd.
    Beverly Hills, CA 90212

LEAD COUNSEL FOR RANDOM HOUSE:

    Robert D. Balin
    Linda Steinman
    Davis Wright Tremaine, L.L.P.
    1633 Broadway
    New York, NY 10019
    Tel: 212-489-8230
    Fax: 212-489-8340

ATTORNEY FOR DEFENDANT SARA
BRACKENRICH:

    Brian C. Witter
    DiTommaso Lubin
    17 West 220
    22nd Street
    Oakbrook Terrace, IL 60181
    Tel: 630-333-0000
    Fax: 630-333-0333

                /s/ Sara Rosenberg