# Exhibit B

Dockets.Justia.com



# NAPOLI BERN RIPKA LLP
Attorneys·At·Law

Alan S. Ripka
*Senior Partner*
aripka@nbrlawfirm.com

April 19, 2006

Mark B. Blocker, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Il 60603

Re: Floyd v. Random House, et al.

Dear Mark:

To date you have not responded in writing, to the settlement proposal sent to you on February 10, 2006. Although we had a few brief telephone conversations regarding same, I would appreciate a more detailed response.

Furthermore, I spoke with Michael Andolina who was kind enough to inform me of the May 25, 2006 date in Kansas City as well as e-mailing me your papers.

As stated early on we are interested in an amicable resolution and would like to be involved in any settlement negotiations you may have.

Very truly yours,

Alan S. Ripka, Esq.

CC: Michael David Myers
Mitch Kalcheim
James Bonner
Thomas E. Pakenas

NAPOLI BERN RIPKA LLP
115 Broadway, 12th Floor, New York, NY 10006
Tel: 212.267.3700 | Fax: 212.587.0031 | www.nbrlawfirm.com