UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE "A MILLION LITTLE PIECES"
LITIGATION

06 MD 1771 (RJH)
ALL CASES

**ORDER**

---

Upon motion of plaintiff James Frey, and pursuant to Rule 1.3(c) of the Local

Civil Rules of this Court, it is hereby ordered that Jocelyn D. Francoeur and Derek J.

Meyer are admitted *pro hac vice* for the purposes of the above-captioned case.

SO ORDERED.

Dated: New York, New York
       October 31, 2006

_____
Richard J. Holwell
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/06