UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771<br>Hon. Richard J. Holwell |

**DECLARATION OF LARRY D. DRURY, ESQUIRE IN SUPPORT OF
AMLP PLAINTIFFS' GROUP'S MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND
<u>APPROVAL OF NOTICE PLAN</u>**

I, Larry D. Drury, Esquire hereby declares:

1.    I am an attorney, duly licensed and admitted to practice law in the State of Illinois and am admitted *pro hac vice* in this Court for this proceeding. I am the sole shareholder of the law firm Larry D. Drury, Ltd. and counsel for Plaintiff Marcia Vedral in these coordinated proceedings. I have personal knowledge of the facts set forth in this Declaration. If called upon and sworn as a witness, I could and would competently testify to these facts.

2.    I have reviewed the declaration of Evan J. Smith in support of the instant motion and confirm all of the facts as they relate to this litigation, including but not limited to the arms length settlement negotiations and confirmatory discovery.

3.    I have concluded that this Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Settling Class.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2007          */s Larry D. Drury, Esquire (admitted pro hac vice)*
                                              Larry D. Drury, Esquire (admitted *pro hac vice*)