# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE "A MILLION LITTLE PIECES" LITIGATION

No. 06-md-1771

Hon. Richard J. Holwell

**DECLARATION OF THOMAS M. MULLANEY, ESQUIRE IN SUPPORT OF AMLP PLAINTIFFS' GROUP'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, <u>AND APPROVAL OF NOTICE PLAN</u>**

I, Thomas M. Mullaney, Esquire hereby declare:

1. I am an attorney, duly licensed and admitted to practice law in the State of New York and am admitted in this Court. I am the sole proprietor of the Law Offices of Thomas M. Mullaney and am counsel for Plaintiff Diane Marolda in these coordinated proceedings. I have personal knowledge of the facts set forth in this Declaration. If called upon and sworn as a witness, I could and would competently testify to these facts.

2. I have reviewed the declaration of Evan J. Smith in support of the instant motion and confirm all of the facts as they relate to this litigation, including but not limited to the arms length settlement negotiations and confirmatory discovery.

3. I have concluded that this Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Settling Class.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2007

*/s/ Thomas M.Mullaney, Esquire (TM4274)*
Thomas M.Mullaney, Esquire (TM4274)