**IN WITNESS WHEREOF,** the undersigned have caused this Settlement Agreement to be executed as of the dates set forth below:

**FOR THE FREY DEFENDANTS:**

_____
James Frey

Date: 1/2/07

_____
James Frey
Big Jim Industries, Inc.

Date: 1/2/07

_____
Maya Frey

Date: 1/2/07

_____
Derek J. Meyer
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
_Attorney for the Frey Defendants_

Date: 1/2/07

**FOR THE RANDOM HOUSE DEFENDANTS:**

_____
Robert Sorrentino
Senior Vice President, Taxes, Random House, Inc.

Date:_____

_____
Robert Sorrentino
President, Doubleday & Company, Inc.

Date:_____

_____
Robert Sorrentino
Vice President, Taxes, Random House VG, Inc.

Date:_____

_____
Mark B. Blocker
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
_Attorney for the Random House Defendants_

Date:_____

-24-

Dockets.Justia.com

**IN WITNESS WHEREOF**, the undersigned have caused this Settlement

Agreement to be executed as of the dates set forth below:

**FOR THE FREY DEFENDANTS:**                  **FOR THE RANDOM HOUSE DEFENDANTS:**

_____                  _____
James Frey                                    Robert Sorrentino
                                              Senior Vice President, Taxes, Random House, Inc.

Date:_____                          Date: 12/15/06

_____                  _____
James Frey                                    Robert Sorrentino
Big Jim Industries, Inc.                      President, Doubleday & Company, Inc.

Date:_____                          Date: 12/15/06

_____                  _____
Maya Frey                                     Robert Sorrentino
                                              Vice President, Taxes, Random House VG, Inc.

Date:_____                          Date: 12/15/06

                                              _____
_____                  Mark B. Blocker
Derek J. Meyer                                Sidley Austin LLP
McDermott Will & Emery LLP                    One South Dearborn
227 West Monroe Street, Suite 4400            Chicago, Illinois 60603
Chicago, Illinois 60606                       *Attorney for the Random House Defendants*
*Attorney for the Frey Defendants*

Date:_____                          Date: 12/28/2006

FOR THE PLAINTIFFS:

_acy Vedral_
Plaintiff Marcia Vedral

Date: _12/6/06_

_Larry D. Drury_
Larry D. Drury Ltd.
205 W. Randolph Street, Suite 1430
Chicago, Illinois 60606
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Marcia Vedral*

Date: _12-6-06_

_____
Plaintiff Jennifer Cohn

Date: _____

Thomas Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017
Phone: (212) 223-0800
*Liaison Class Counsel*
*Attorneys for Plaintiff Jennifer Cohn*

Date: _____

_Michele Snow_
Plaintiff Michele Snow

Date: _12-6-06_

_Evan J. Smith_
Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Michele Snow*

Date: _12-6-06_

_____
Plaintiff Ann Marie Strack

Date: _____

Thomas A. Zimmerman, Jr.
Zimmerman and Associates, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
*Attorney for Plaintiff Ann Marie Strack*

Date: _____

-25-

**FOR THE PLAINTIFFS:**

_____
Plaintiff Marcia Vedral

Date:_____

_____
Larry D. Drury
Larry D. Drury Ltd.
205 W. Randolph Street, Suite 1430
Chicago, Illinois 60606
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Marcia Vedral*

Date:_____

_____
Plaintiff Diane Marolda

Date: 12/7/06

_____
Thomas Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017
Phone: (212) 223-0800
*Liaison Class Counsel*
*Attorneys for Plaintiff Diane Marolda*

Date: 12.5.2006

_____
Plaintiff Michele Snow

Date:_____

_____
Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200
*Proposed Co- Lead Class Counsel*
*Attorney for Plaintiff Michele Snow*

Date:_____

_____
Plaintiff Ann Marie Strack

Date:_____

_____
Thomas A. Zimmerman, Jr.
Zimmerman and Associates, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
*Attorney or Plaintiff Ann Marie Strack*

Date:_____

-25-

**FOR THE PLAINTIFFS:**

Plaintiff Marcia Vedral

Date:_____

Larry D. Drury
Larry D. Drury Ltd.
205 W. Randolph Street, Suite 1430
Chicago, Illinois 60606
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Marcia Vedral*

Date:_____

Plaintiff Jennifer Cohn

Date:_____

Thomas Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017
Phone: (212) 223-0800
*Liaison Class Counsel*
*Attorneys for Plaintiff Jennifer Cohn*

Date:_____

Plaintiff Michele Snow

Date:_____

Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Michele Snow*

Date:_____

Plaintiff Ann Marie Strack

Date: 12-8-06

Thomas A. Zimmerman, Jr.
Zimmerman and Associates, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
*Attorney or Plaintiff Ann Marie Strack*

Date: 12-11-2006

-25-

Plaintiff Jimmy Floyd

Date: 1/4/07

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date: December 5, 2006

_____

Plaintiff Pilar More

Date: _____

_____

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date: _____

_____

Plaintiff Sara Brackenrich

Date: _____

_____

Vincent L. DiTommaso
DiTommaso & Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrace, Illinois 61081
*Attorney for Plaintiff Sara Brackenrich*

Date: _____

_____

Plaintiff Jill Giles

Date: _____

_____

Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date: _____

_____

Plaintiff Shera Paglinawan

Date: _____

_____

Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date: _____

-26-

Plaintiff Jimmy Floyd

Date:_____

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date: 11/29/06

Plaintiff Pilar More

Date: 11/29/06

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

Plaintiff Sara Brackenrich

Date:_____

Vincent L. DiTommaso
DiTommaso & Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrance, Illinois 61081
*Attorney for Plaintiff Sara Brackenrich*

Date:_____

Plaintiff Jill Giles

Date:_____

Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

Plaintiff Shera Paglinawan

Date:_____

Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

Plaintiff Jimmy Floyd

Date:_____

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

Plaintiff Pilar More

Date:_____

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

Plaintiff Sara Brackenrich

Date: 20 Nov. 06

Vincent L. DiTommaso
DiTommaso & Lubin, PC

Plaintiff Jill Giles

Date:_____

Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

Plaintiff Shera Paglinawan

Date:_____

Plaintiff Wendy Shaw

Date:_____

Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

-26-

Plaintiff Jimmy Floyd

Date:_____

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

Plaintiff Pilar More

Date:_____

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

Plaintiff Sara Brackentich

Date:_____

Vincent L. DiTommaso
DiTommaso & Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrance, Illinois 61081
*Attorney for Plaintiff Sara Brackentich*

Date:_____

Plaintiff Jill Giles

Date: 12-7-06

Alan T. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date: 12-7-06

Plaintiff Shera Paglinawan

Date:_____

Michael David Myers
Myers & Company, P.L.L.C
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

-26-

---
Plaintiff Jimmy Floyd

Date:_____

---
Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

---
Plaintiff Pilar More

Date:_____

---
Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

---
Plaintiff Sara Brackenrich

Date:_____

---
Vincent L. DiTommaso
DiTommaso & Lubin, PC

---
Plaintiff Jill Giles

Date:_____

---
Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

---
Plaintiff Shera Paglinawan

Date: 3 Dec. 2006

---
Plaintiff Wendy Shaw

Date:_____

---
Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date: 12 · 3 · 2006

-26-

Plaintiff Jimmy Floyd
_____

Date:_____

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

Plaintiff Pilar More
_____

Date:_____

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

Plaintiff Sara Brackenrich
_____

Date:_____

Vincent L. DiTommaso
DiTommaso & Lubin, PC

Plaintiff Jill Giles
_____

Date:_____

Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

Plaintiff Shera Paglinawan
_____

Date:_____

_____
Plaintiff Wendy Shaw

Date: 12/2/06

Michael David Myers
Myers & Company. P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

-26-