## Publication Notice Program

In addition to the First Class Mailed Notice and Supplemental Internet Notice referenced in the Settlement Agreement, the Parties agree that the Published Noticed attached as Exhibit D to the Settlement Agreement shall appear in Parade and USA Weekend newspaper supplements (described in further detail below) in accordance with the terms of the Settlement Agreement.

\* \* \*

Parade and USA Weekend, inserts known as newspaper supplements, are carried in weekend or weekly editions of 962 newspapers reaching every media major market in the country (eight newspapers carry more than one supplement). These magazines, published on newsprint, contain articles written for broad, general appeal and they encourage readership through brevity. Issues are typically less than 30 pages. They provide coverage in all 50 states and the District of Columbia.

Parade is inserted in the Sunday edition of 373 daily newspapers and is the highest circulating magazine in the U.S. with an estimated circulation of 32,700,000. Carrier newspapers serve major urban and suburban markets in the United States.

USA Weekend is inserted in the weekend edition of 589 daily newspapers with an estimated circulation of 22,700,000. It appears in major markets as well as numerous suburban areas complementing the U.S. markets served by Parade.

Attached is a complete list of newspapers in which Parade and/or USA Weekend are inserted. The list was compiled by Kinsella/Novak Communications, Ltd.

CH1 3601250v.1

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| AK | Anchorage | Daily News | 75,579 | Parade Magazine |
| AK | Fairbanks | News-Miner | 19,889 | Parade Magazine |
| AK | Juneau | Empire | 5,831 | USA Weekend |
| AK | Kenai | Peninsula Clarion | 6,500 | USA Weekend |
| AL | Alexander City | Outlook | 3,721 | Parade Magazine |
| AL | Anniston | Star | 25,930 | Parade Magazine |
| AL | Birmingham | News | 180,783 | Parade Magazine |
| AL | Cullman | Times | 11,049 | USA Weekend |
| AL | Decatur | Daily | 24,032 | Parade Magazine |
| AL | Dothan | Eagle | 34,657 | USA Weekend |
| AL | Florence | Times Daily | 32,310 | Parade Magazine |
| AL | Gadsen | Times | 22,608 | Parade Magazine |
| AL | Huntsville | Times | 72,275 | Parade Magazine |
| AL | Jasper | Mountain Eagle | 10,667 | USA Weekend |
| AL | Mobile | Register | 117,279 | Parade Magazine |
| AL | Montgomery | Advertiser | 57,955 | USA Weekend |
| AL | Opelika | News | 15,279 | USA Weekend |
| AL | Selma | The Selma Times-Journal | 6,663 | Parade Magazine |
| AL | Talladega | Daily Home | 9,723 | Parade Magazine |
| AL | Tuscaloosa | News | 35,541 | Parade Magazine |
| AR | Blytheville | Courier News | 4,948 | Parade Magazine |
| AR | Conway | Log Cabin Democrat | 11,271 | USA Weekend |
| AR | El Dorado | South Arkansas Sunday News | 15,240 | USA Weekend |
| AR | Fort Smith | Southwest Times Record | 43,205 | USA Weekend |
| AR | Harrison | Times | 10,317 | USA Weekend |
| AR | Hot Springs | Sentinel - Record | 18,301 | USA Weekend |
| AR | Jonesboro | Sun | 21,416 | USA Weekend |
| AR | Little Rock | Arkansas Democrat-Gazette | 275,991 | Parade Magazine |
| AR | Mountain Home | Baxter Bulletin | 11,589 | USA Weekend |
| AR | Paragould | Press | 4,989 | USA Weekend |
| AR | Pine Bluff | Commercial | 16,770 | USA Weekend |
| AR | Russellville | Courier | 9,623 | USA Weekend |
| AR | Searcy | Citizen | 5,980 | USA Weekend |
| AR | Springdale | Morning News of Northwest Arkansas | 40,154 | USA Weekend |
| AZ | Bullhead City | Mohave Valley Daily News | 10,423 | USA Weekend |
| AZ | Casa Grande | Dispatch | 11,332 | USA Weekend |
| AZ | Douglas | Dispatch | 2,065 | USA Weekend |
| AZ | Flagstaff | Arizona Daily Sun | 12,100 | Parade Magazine |
| AZ | Kingman | Miner | 8,968 | USA Weekend |
| AZ | Lake Havasu City | News-Herald | 11,428 | USA Weekend |
| AZ | Mesa | Tribune | 86,507 | Parade Magazine |
| AZ | Phoenix | Arizona Republic | 556,465 | USA Weekend |
| AZ | Prescott | Courier | 19,992 | USA Weekend |
| AZ | Sierra Vista | Herald | 10,329 | USA Weekend |
| AZ | Sun City | News-Sun | 15,819 | USA Weekend |
| AZ | Tucson | Star | 173,064 | USA Weekend |
| AZ | Tucson | Arizona Daily Star | 173,064 | Parade Magazine |
| AZ | Yuma | Daily Sun | 25,966 | Parade Magazine |
| CA | Auburn | Journal | 11,804 | USA Weekend |
| CA | Bakersfield | Californian | 74,742 | Parade Magazine |
| CA | Barstow/Victorville | Desert Dispatch/Press | 37,157 | USA Weekend |
| CA | Benicia | Herald | 3,522 | USA Weekend |
| CA | Chico | Enterprise-Record | 33,374 | USA Weekend |
| CA | Davis | Enterprise | 10,283 | USA Weekend |
| CA | El Centro | Imperial Valley Press | 13,176 | USA Weekend |
| CA | Eureka | Times - Standard | 20,943 | USA Weekend |
| CA | Fairfield | Republic | 20,949 | USA Weekend |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 1

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| CA | Fresno | Bee | 183,744 | Parade Magazine |
| CA | Grass Valley | Union | 16,818 | USA Weekend |
| CA | Hanford | Sentinel | 12,959 | USA Weekend |
| CA | Hayward-Fremont-Newark-Pleasanton | ANG Newspapers | 107,256 | USA Weekend |
| CA | Lakeport | Lake County Record Bee | 8,168 | USA Weekend |
| CA | Lodi | News Sentinel | 16,855 | USA Weekend |
| CA | Lompoc-Santa Maria | Record-Times | 25,388 | USA Weekend |
| CA | Los Angeles | Daily News | 187,740 | USA Weekend |
| CA | Los Angeles | Times | 1,231,318 | Parade Magazine |
| CA | Los Angeles County | Breeze | 70,594 | USA Weekend |
| CA | Los Angeles County | Press Telegram | 95,771 | USA Weekend |
| CA | Los Angeles County | Star News-Valley Tribune-Daily News | 90,691 | USA Weekend |
| CA | Madera | Tribune | 4,877 | USA Weekend |
| CA | Marin County | Independent Journal | 40,223 | USA Weekend |
| CA | Marysville | Appeal - Democrat | 21,681 | USA Weekend |
| CA | Merced | Sun-Star | 20,189 | USA Weekend |
| CA | Modesto | Bee | 88,380 | Parade Magazine |
| CA | Monterey | County Herald | 32,866 | Parade Magazine |
| CA | Napa | Napa Valley Register | 17,873 | USA Weekend |
| CA | Oakland | Oakland Tribune | 55,138 | USA Weekend |
| CA | Oceanside/Escondido | North County Times | 92,073 | Parade Magazine |
| CA | Ontario | Bulletin | 66,318 | USA Weekend |
| CA | Palm Springs | The Desert Sun | 58,464 | USA Weekend |
| CA | Palmdale | Antelope Valley Press | 26,656 | USA Weekend |
| CA | Porterville | Recorder | 9,146 | USA Weekend |
| CA | Red Bluff | News | 7,205 | USA Weekend |
| CA | Redding | Record Searchlight | 38,632 | Parade Magazine |
| CA | Redlands | Redlands Daily Facts | 6,875 | USA Weekend |
| CA | Riverside | Press-Enterprise | 185,099 | Parade Magazine |
| CA | Sacramento | Bee | 330,993 | Parade Magazine |
| CA | Salinas | Californian | 20,317 | USA Weekend |
| CA | San Bernardino | Sun | 72,821 | USA Weekend |
| CA | San Diego | Union-Tribune | 408,392 | Parade Magazine |
| CA | San Francisco | Chronicle | 451,504 | Parade Magazine |
| CA | San Jose | Mercury News | 263,373 | Parade Magazine |
| CA | San Luis Obispo | Tribune | 43,757 | Parade Magazine |
| CA | San Mateo | County Times | 34,450 | USA Weekend |
| CA | Santa Ana | Orange County Register | 354,632 | Parade Magazine |
| CA | Santa Barbara | News-Press | 42,375 | USA Weekend |
| CA | Santa Cruz | County Sentinel | 25,930 | USA Weekend |
| CA | Santa Rosa | Press Democrat | 86,766 | Parade Magazine |
| CA | Stockton | Record | 65,575 | Parade Magazine |
| CA | Tulare-Visalia | Advance Register-Times Delta | 30,984 | USA Weekend |
| CA | Ukiah | Journal | 7,233 | USA Weekend |
| CA | Vacaville | Reporter | 18,749 | USA Weekend |
| CA | Vallejo | Times-Herald | 20,525 | USA Weekend |
| CA | Ventura County | Star † | 100,502 | Parade Magazine |
| CA | Walnut Creek | Contra Costa Times | 190,613 | Parade Magazine |
| CA | Watsonville | Register-Pajaronian | 5,433 | USA Weekend |
| CA | Woodland | Democrat | 9,441 | USA Weekend |
| CO | Boulder | Sunday Camera | 38,161 | Parade Magazine |
| CO | Canon City | Daily Record | 7,941 | USA Weekend |
| CO | Colorado Springs | Gazette | 110,820 | Parade Magazine |
| CO | Denver | Post & Rocky Mountain News | 704,806 | Parade Magazine |
| CO | Denver | Post/Rocky Mountain News | 704,806 | USA Weekend |
| CO | Durango | Herald | 8,723 | USA Weekend |
| CO | Fort Collins | Coloradoan | 33,420 | USA Weekend |

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| CO | Glenwood Springs | Western Slope | 1,576 | Parade Magazine |
| CO | Grand Junction | Sentinel | 33,763 | Parade Magazine |
| CO | Greeley | Tribune | 28,612 | USA Weekend |
| CO | Longmont | Times-Call | 23,149 | USA Weekend |
| CO | Loveland | Reporter-Herald | 18,149 | USA Weekend |
| CO | Montrose | Press | 5,572 | USA Weekend |
| CO | Pueblo | Chieftan | 53,078 | Parade Magazine |
| CT | Danbury | News-Times | 33,149 | Parade Magazine |
| CT | Fairfield | County Post | 85,772 | USA Weekend |
| CT | Hartford | Courant | 272,918 | USA Weekend |
| CT | Manchester | Journal Inquirer | 42,467 | Parade Magazine |
| CT | Manchester | Journal Inquirer | 40,216 | USA Weekend |
| CT | Meriden | Record-Journal | 20,937 | USA Weekend |
| CT | New Britain | Herald | 25,051 | USA Weekend |
| CT | New Haven | Register | 90,389 | USA Weekend |
| CT | New London | Day | 43,442 | Parade Magazine |
| CT | Norwalk | Hour | 14,183 | USA Weekend |
| CT | Norwich | Bulletin | 28,413 | USA Weekend |
| CT | Stamford/Greenwich | Advocate/Times | 38,434 | Parade Magazine |
| CT | Torrington | Register-Citizen | 7,215 | USA Weekend |
| CT | Waterbury | Republican-American | 61,100 | Parade Magazine |
| CT | | Record-Journal | 11,568 | Parade Magazine |
| DC | Suburban Washington | Examiner | 243,151 | USA Weekend |
| DC | Washington | Post | 960,684 | Parade Magazine |
| DC | Washington | Times | 76,917 | USA Weekend |
| DE | Dover | Delaware State News | 25,719 | Parade Magazine |
| DE | Wilmington | News Journal | 134,865 | USA Weekend |
| FL | Boca Raton | News | 17,391 | USA Weekend |
| FL | Bradenton | Herald | 57,320 | USA Weekend |
| FL | Brooksville | Hernando Today | 4,964 | USA Weekend |
| FL | Charlotte Harbor/Venice Beach | Sun/Gondalier Sun | 55,644 | USA Weekend |
| FL | Crystal River | Citrus County Chronicle | 31,851 | USA Weekend |
| FL | Daytona Beach | News-Journal | 125,754 | USA Weekend |
| FL | Fort Lauderdale | South Florida Sun-Sentinel | 339,728 | USA Weekend |
| FL | Fort Myers | News-Press | 120,342 | USA Weekend |
| FL | Fort Walton Beach | Northwest Florida News | 45,177 | Parade Magazine |
| FL | Gainesville | Sun | 54,205 | Parade Magazine |
| FL | Jacksonville | Times-Union | 222,392 | USA Weekend |
| FL | Lake City | Reporter | 8,657 | Parade Magazine |
| FL | Lakeland | Ledger | 91,288 | Parade Magazine |
| FL | Leesburg | Commercial | 25,019 | USA Weekend |
| FL | Marianna | Jackson County Floridan | 6,738 | USA Weekend |
| FL | Melbourne | Today | 102,891 | USA Weekend |
| FL | Miami | El Nuevo Herald | 98,261 | Parade Magazine |
| FL | Miami | Herald | 390,171 | Parade Magazine |
| FL | Naples | News | 79,061 | Parade Magazine |
| FL | Ocala | Star-Banner | 54,160 | Parade Magazine |
| FL | Orlando | Sentinel | 341,025 | Parade Magazine |
| FL | Panama City | News-Herald | 34,152 | USA Weekend |
| FL | Pensacola | News Jounal | 75,526 | USA Weekend |
| FL | Sarasota | Herald-Tribune | 138,675 | Parade Magazine |
| FL | Sebring | Highlands Today | 20,445 | USA Weekend |
| FL | St. Augustine | Record | 18,837 | USA Weekend |
| FL | St. Petersburg | Times | 422,410 | Parade Magazine |
| FL | Tallahassee | Democrat | 63,761 | USA Weekend |
| FL | Tampa | Tribune | 309,916 | Parade Magazine |
| FL | The Villages | The Villages Daily Sun | 30,268 | USA Weekend |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 3

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| FL | Treasure Coast | News-Press-Tribune | 120,358 | Parade Magazine |
| FL | West Palm Beach | Post | 211,697 | Parade Magazine |
| FL | Winter Haven | News-Chief | 9,387 | USA Weekend |
| GA | Albany | Sunday | 25,969 | USA Weekend |
| GA | Americus | Times-Recorded | 6,511 | Parade Magazine |
| GA | Athens | Banner Herald and News | 31,159 | USA Weekend |
| GA | Atlanta | Journal-Constitution | 561,405 | Parade Magazine |
| GA | Augusta | Chronicle | 92,292 | USA Weekend |
| GA | Canton | Cherokee Tribune | 5,554 | USA Weekend |
| GA | Carrollton | Times-Georgian | 8,427 | USA Weekend |
| GA | Columbus | Ledger-Enquirer | 53,625 | Parade Magazine |
| GA | Cordele | Dispatch | 4,529 | Parade Magazine |
| GA | Dalton | Citizen-News | 12,244 | USA Weekend |
| GA | Douglasville | County Sentinel | 4,000 | USA Weekend |
| GA | Dublin | Courier-Herald | 9,954 | USA Weekend |
| GA | Gainesville | Times | 20,392 | USA Weekend |
| GA | Griffin | News | 7,829 | USA Weekend |
| GA | Jonesboro | News Daily | 3,151 | USA Weekend |
| GA | Lawrence-Conyers | Sunday Citizen-Daily Post | 112,884 | USA Weekend |
| GA | Macon | Telegraph | 76,784 | Parade Magazine |
| GA | Marietta | Journal | 17,653 | USA Weekend |
| GA | McDonough | Daily Herald | 3,015 | USA Weekend |
| GA | Milledgeville | Union-Recorder | 7,827 | USA Weekend |
| GA | Moultrie | Observer | 6,697 | Parade Magazine |
| GA | Newnan | Times - Herald | 10,450 | USA Weekend |
| GA | Rome | News Tribune | 19,038 | Parade Magazine |
| GA | Savannah | Morning News | 64,308 | USA Weekend |
| GA | Statesboro | Herald | 7,779 | Parade Magazine |
| GA | Thomasville | Times-Enterprise | 9,510 | Parade Magazine |
| GA | Tifton | Gazette | 9,500 | Parade Magazine |
| GA | Valdosta | Daily Times | 18,278 | Parade Magazine |
| HI | Hilo | Tribune-Herald | 21,436 | USA Weekend |
| HI | Honolulu | Advertiser | 158,021 | USA Weekend |
| HI | Honolulu | Star-Bulletin | 60,984 | Parade Magazine |
| HI | Kailua-Kona | West Hawaii Today | 16,124 | USA Weekend |
| HI | Lihue | Garden Island | 9,424 | USA Weekend |
| HI | Wailuku | Maui News | 26,547 | Parade Magazine |
| IA | Ames | Tribune | 12,426 | Parade Magazine |
| IA | Burlington | Hawk Eye | 20,589 | Parade Magazine |
| IA | Cedar Rapids | Gazette | 75,616 | Parade Magazine |
| IA | Clinton | Herald | 11,866 | USA Weekend |
| IA | Council Bluffs | Nonpareil | 20,762 | USA Weekend |
| IA | Davenport-Bettendorf | Quad City Times | 67,931 | Parade Magazine |
| IA | Des Moines | Register | 240,912 | USA Weekend |
| IA | Dubuque-East Dubuque | Telegraph-Herald | 33,684 | USA Weekend |
| IA | Fort Dodge | Messenger | 18,856 | Parade Magazine |
| IA | Iowa City | Press-Citizen | 16,228 | USA Weekend |
| IA | Marshalltown | Times-Republican | 10,782 | Parade Magazine |
| IA | Mason City | Globe-Gazette | 22,915 | Parade Magazine |
| IA | Muscatine | Journal | 7,554 | USA Weekend |
| IA | Sioux City | Journal | 42,313 | USA Weekend |
| IA | Waterloo | Courier | 51,420 | Parade Magazine |
| ID | Boise | Idaho Statesman | 86,388 | USA Weekend |
| ID | Coeur d'Alene | Press | 31,600 | USA Weekend |
| ID | Idaho Falls | Post-Register | 26,290 | Parade Magazine |
| ID | Lewiston-Clarkson | Tribune | 25,602 | Parade Magazine |
| ID | Nampa-Caldwell | Idaho Press Tribune | 20,876 | Parade Magazine |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 4

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| ID | Pocatello | Idaho State Journal | 18,035 | Parade Magazine |
| ID | Rexburg | Standard Journal | 4,900 | USA Weekend |
| ID | Twin Falls | Times-News | 23,281 | Parade Magazine |
| IL | Alton-East Alton-Wood River | Telegraph | 26,710 | USA Weekend |
| IL | Aurora | Beacon News | 28,861 | USA Weekend |
| IL | Belleville | News-Democrat | 65,847 | Parade Magazine |
| IL | Benton | News | 2,968 | USA Weekend |
| IL | Bloomington | Pantagraph | 50,019 | Parade Magazine |
| IL | Carbondale | Southern Illinoisan | 36,682 | Parade Magazine |
| IL | Centralia-Central City | Sentinel | 14,294 | Parade Magazine |
| IL | Champaign | News-Gazette | 45,826 | Parade Magazine |
| IL | Charleston | Time-Courier | 6,606 | USA Weekend |
| IL | Chicago | Sun-Times | 320,371 | USA Weekend |
| IL | Chicago | Tribune | 957,212 | Parade Magazine |
| IL | Chicago Suburban | Herald | 149,371 | USA Weekend |
| IL | Chicago Suburban | Southtown | 52,927 | USA Weekend |
| IL | Crystal Lake | Northwest Herald | 39,757 | USA Weekend |
| IL | Danville | Commercial News | 16,126 | USA Weekend |
| IL | Decatur | Herald and Review | 44,359 | Parade Magazine |
| IL | DeKalb | Daily Chronicle | 10,567 | Parade Magazine |
| IL | DuQuoin | Call | 3,648 | USA Weekend |
| IL | Effingham | Daily News | 12,407 | USA Weekend |
| IL | Eldorado | Journal | 1,100 | USA Weekend |
| IL | Elgin | Courier News | 13,320 | USA Weekend |
| IL | Freeport | Journal-Standard | 13,183 | Parade Magazine |
| IL | Galesburg | Register-Mail | 13,693 | Parade Magazine |
| IL | Geneva | Kane County Chronicle | 12,759 | USA Weekend |
| IL | Harrisburg | Register | 4,380 | USA Weekend |
| IL | Jacksonville | Journal-Courier | 13,985 | USA Weekend |
| IL | Joliet | Herald News | 45,224 | USA Weekend |
| IL | Kankakee | Journal | 31,362 | USA Weekend |
| IL | La Salle-Peru-Oglesby | Spring Valley News-Tribune | 17,601 | USA Weekend |
| IL | Macomb | Journal | 4,970 | USA Weekend |
| IL | Marion | Republican | 3,000 | USA Weekend |
| IL | Mattoon | Journal Gazette | 10,875 | USA Weekend |
| IL | Morris | Daily Herald | 6,870 | USA Weekend |
| IL | Mount Vernon | Register News | 9,272 | USA Weekend |
| IL | Naperville | Sun | 16,237 | USA Weekend |
| IL | Pekin | Daily Times | 8,387 | USA Weekend |
| IL | Peoria | Journal-Star | 83,553 | Parade Magazine |
| IL | Pontiac | Leader | 4,004 | USA Weekend |
| IL | Quincy | Herald-Whig | 26,477 | Parade Magazine |
| IL | Rock Island-Moline-East Moline | Argus-Dispatch | 47,041 | USA Weekend |
| IL | Rockford | Register Star | 72,469 | USA Weekend |
| IL | Springfield | State Journal-Register | 62,660 | Parade Magazine |
| IL | Sterling-Rock Falls | Sauk Valley Sunday | 19,819 | USA Weekend |
| IL | Waukegan | News Sun | 22,362 | USA Weekend |
| IL | West Frankfort | American | 2,490 | USA Weekend |
| IN | Anderson | Herald Bulletin | 23,993 | Parade Magazine |
| IN | Angola | Herald-Republican | 4,735 | USA Weekend |
| IN | Auburn | Star | 6,556 | USA Weekend |
| IN | Bloomington-Bedford | Times | 43,110 | Parade Magazine |
| IN | Bluffton | News Banner | 5,031 | USA Weekend |
| IN | Columbus | Republic | 20,406 | USA Weekend |
| IN | Connersville | News Examiner | 6,569 | USA Weekend |
| IN | Crawfordsville | Journal Review | 8,240 | USA Weekend |
| IN | Elkhart | Truth | 28,478 | USA Weekend |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 5