## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| IN | Evansville | Courier & Press | 88,888 | Parade Magazine |
| IN | Fort Wayne | Journal-Gazette | 121,475 | Parade Magazine |
| IN | Frankfort | The Times | 5,919 | USA Weekend |
| IN | Franklin | Journal | 17,052 | USA Weekend |
| IN | Ft. Wayne | Journal-Gazette | 28,521 | USA Weekend |
| IN | Goshen | News | 15,663 | Parade Magazine |
| IN | Greenfield | Reporter | 10,152 | USA Weekend |
| IN | Indianapolis | Star | 347,217 | USA Weekend |
| IN | Jasper | Herald | 12,695 | USA Weekend |
| IN | Kendallville | News Sun | 8,291 | USA Weekend |
| IN | Kokomo | Tribune | 22,005 | Parade Magazine |
| IN | Lafayette | Journal and Courier | 36,202 | USA Weekend |
| IN | Logansport | Pharos-Tribune | 9,490 | Parade Magazine |
| IN | Marion | Chronicle-Tribune | 19,252 | USA Weekend |
| IN | Merriville | Post-Tribune | 71,519 | USA Weekend |
| IN | Michigan City | News-Dispatch | 11,129 | USA Weekend |
| IN | Monticello | Herald Journal | 5,037 | USA Weekend |
| IN | Muncie | Star Press | 34,314 | USA Weekend |
| IN | Munster | Times | 91,125 | Parade Magazine |
| IN | New Albany/Jeffersonville | Evening News/Tribune | 13,790 | Parade Magazine |
| IN | New Castle | Courier-Times | 9,220 | USA Weekend |
| IN | Peru | Tribune | 6,224 | USA Weekend |
| IN | Richmond | Palladium-Item | 21,294 | USA Weekend |
| IN | Seymour | Tribune | 8,369 | USA Weekend |
| IN | Shelbyville | News | 8,680 | USA Weekend |
| IN | South Bend | Tribune | 94,968 | Parade Magazine |
| IN | Terre Haute | Tribune-Star | 30,558 | Parade Magazine |
| IN | Vincennes | Sun-Commercial | 11,435 | USA Weekend |
| IN | Wabash | Plain Dealer | 5,078 | USA Weekend |
| IN | Warsaw | Times-Union | 11,387 | USA Weekend |
| KS | Arkansas City | Traveler | 4,500 | USA Weekend |
| KS | Dodge City | Globe | 7,504 | USA Weekend |
| KS | Emporia | Gazette | 7,924 | USA Weekend |
| KS | Garden City | Telegram | 8,985 | USA Weekend |
| KS | Great Bend | Tribune | 6,249 | Parade Magazine |
| KS | Hays | Daily News | 13,879 | USA Weekend |
| KS | Hutchinson | News | 35,272 | USA Weekend |
| KS | Kansas City | Kansan | 3,744 | USA Weekend |
| KS | Lawrence | Jounal-World | 19,128 | USA Weekend |
| KS | Leavenworth | Times | 5,278 | USA Weekend |
| KS | Manhattan | The Manhattan Mecury | 12,121 | Parade Magazine |
| KS | Newton | Kansan | 7,472 | USA Weekend |
| KS | Pittsburg | Sun | 8,104 | USA Weekend |
| KS | Salina | Journal | 28,958 | USA Weekend |
| KS | Topeka | Capital-Journal | 54,498 | USA Weekend |
| KS | Wichita | Eagle | 143,948 | Parade Magazine |
| KS | Winfield | Courier | 4,365 | USA Weekend |
| KY | Ashland | Sunday Independent | 18,167 | Parade Magazine |
| KY | Bowling Green | News | 25,351 | Parade Magazine |
| KY | Elizabethtown | News-Enterprise | 20,045 | Parade Magazine |
| KY | Glasgow | Glasgow Daily Times | 9,398 | Parade Magazine |
| KY | Henderson | Gleaner | 11,513 | Parade Magazine |
| KY | Hopkinsville | Kentucky New Era | 10,614 | USA Weekend |
| KY | Lexington | Herald-Leader | 141,019 | Parade Magazine |
| KY | Louisville | Courier-Journal | 271,920 | USA Weekend |
| KY | Madisonville | Messenger | 7,695 | USA Weekend |
| KY | Maysville | Ledger Independent | 8,562 | USA Weekend |

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| KY | Owensboro | Messenger-Inquirer | 30,380 | USA Weekend |
| KY | Paducah | Sun | 27,704 | USA Weekend |
| KY | Richmond | Register | 6,543 | USA Weekend |
| KY | Somerset | Commonwealth Journal | 9,372 | Parade Magazine |
| LA | Alexandria | Town Talk | 38,464 | USA Weekend |
| LA | Baton Rouge | Advocate | 126,138 | Parade Magazine |
| LA | Bogalusa | News | 4,752 | USA Weekend |
| LA | Crowley | Post Signal | 4,950 | Parade Magazine |
| LA | Hammond | Star | 13,055 | USA Weekend |
| LA | Houma | Daily Courier | 20,264 | Parade Magazine |
| LA | LA State Newspaper Group | Abbeville/Eunice/Vill | 12,258 | Parade Magazine |
| LA | Lafayette | Advertiser | 54,698 | USA Weekend |
| LA | Lake Charles | American Press | 40,602 | Parade Magazine |
| LA | Monroe | News-Star | 38,942 | USA Weekend |
| LA | New Iberia | Iberian | 14,976 | USA Weekend |
| LA | New Orleans | Times-Picayune | 210,000 | Parade Magazine |
| LA | Opelousas | World | 10,710 | USA Weekend |
| LA | Ruston | Leader | 6,200 | Parade Magazine |
| LA | Shreveport | Times | 71,995 | USA Weekend |
| LA | Thibodaux | Daily Comet | 10,858 | USA Weekend |
| MA | Attleboro-North Attleboro | Sun-Chronicle | 18,911 | USA Weekend |
| MA | Boston | Globe | 604,068 | Parade Magazine |
| MA | Boston | Herald | 122,712 | USA Weekend |
| MA | Brockton | Enterprise | 38,535 | USA Weekend |
| MA | Cape Cod | Sunday Cape Cod Times | 49,574 | Parade Magazine |
| MA | Fall River | Herald News | 21,127 | USA Weekend |
| MA | Fitchburg-Leominster | Sentinel-Enterprise | 17,781 | USA Weekend |
| MA | Framingham | Metro-West Daily | 29,885 | USA Weekend |
| MA | Gloucester-Newburyport-Salem | Essex County Newspapers | 54,050 | USA Weekend |
| MA | Greenfield | Recorder | 13,746 | USA Weekend |
| MA | Lowell | Sun | 50,096 | USA Weekend |
| MA | New Bedford | Standard-Times | 34,217 | Parade Magazine |
| MA | North Adams | Transcript | 7,255 | USA Weekend |
| MA | North Andover | Eagle-Tribune | 50,567 | USA Weekend |
| MA | Northampton | Daily Hampshire Gazette | 19,422 | USA Weekend |
| MA | Pittsfield | Eagle | 30,170 | USA Weekend |
| MA | Quincy | Patriot Ledger | 66,256 | USA Weekend |
| MA | Springfield | Sunday Republican | 125,864 | Parade Magazine |
| MA | Taunton | Gazette | 8,791 | USA Weekend |
| MA | Worcester | Sunday Telegram | 109,419 | Parade Magazine |
| MD | Annapolis | Capital | 45,217 | USA Weekend |
| MD | Baltimore | Sun | 401,918 | Parade Magazine |
| MD | Cumberland | Times-News | 31,232 | Parade Magazine |
| MD | Easton | Star-Democrat | 17,625 | USA Weekend |
| MD | Frederick | News-Post | 38,471 | USA Weekend |
| MD | Hagerstown | Herald/Mail | 39,041 | Parade Magazine |
| MD | Salisbury | Times | 29,275 | USA Weekend |
| MD | Westminster | Carroll County Times | 27,155 | USA Weekend |
| ME | Augusta-Waterville | Kennebec Journal-Morning Sentinel | 31,290 | USA Weekend |
| ME | Bangor | News | 64,983 | USA Weekend |
| ME | Biddeford | Journal Tribune | 7,002 | USA Weekend |
| ME | Lewiston-Auburn | Sun-Journal | 33,679 | USA Weekend |
| ME | Portland | Telegram | 106,746 | Parade Magazine |
| MI | Adrian | Telegram | 15,986 | USA Weekend |
| MI | Alpena | News | 10,898 | USA Weekend |
| MI | Ann Arbor | News | 62,412 | Parade Magazine |
| MI | Battle Creek | Enquirer | 23,522 | USA Weekend |

Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MI | Bay City | Times | 41,996 | Parade Magazine |
| MI | Benton Harbor-St. Joseph | Herald-Palladium | 24,083 | USA Weekend |
| MI | Big Rapids-Manistee | Pioneer-News Advocate | 8,985 | USA Weekend |
| MI | Cadillac | News | 11,850 | USA Weekend |
| MI | Dearborn | Press & Guide | 16,502 | Parade Magazine |
| MI | Detroit | News & Free Press | 669,315 | USA Weekend |
| MI | Escanaba | Press | 9,690 | USA Weekend |
| MI | Flint | Journal | 101,277 | Parade Magazine |
| MI | Grand Haven | Tribune | 9,388 | USA Weekend |
| MI | Grand Rapids | Press | 182,810 | Parade Magazine |
| MI | Greenville | News | 8,835 | USA Weekend |
| MI | Hillsdale | News | 6,680 | USA Weekend |
| MI | Holland | Sentinel | 18,471 | USA Weekend |
| MI | Houghton | Mining Gazette | 9,322 | USA Weekend |
| MI | Howell | Livingston County Daily Press and Argus | 16,306 | USA Weekend |
| MI | Huron | Daily Tribune | 7,335 | Parade Magazine |
| MI | Iron Mountain-Kingsford | News | 9,376 | USA Weekend |
| MI | Jackson | Citizen Patriot | 37,541 | Parade Magazine |
| MI | Kalamazoo | Gazette | 70,694 | Parade Magazine |
| MI | Lansing | State Journal | 87,293 | USA Weekend |
| MI | Marquette | Mining Journal | 16,682 | Parade Magazine |
| MI | Midland | Daily News | 17,564 | Parade Magazine |
| MI | Monroe | News | 24,059 | Parade Magazine |
| MI | Mount Clemens | Macomb Daily | 64,061 | Parade Magazine |
| MI | Mount Pleasant | Morning Sun | 12,428 | Parade Magazine |
| MI | Muskegon | Chronicle | 47,709 | Parade Magazine |
| MI | Owosso | Argus Press | 9,929 | USA Weekend |
| MI | Pontiac | The Oakland Press | 76,202 | Parade Magazine |
| MI | Port Huron | Times-Herald | 29,309 | USA Weekend |
| MI | Royal Oak | Tribune | 12,602 | Parade Magazine |
| MI | Saginaw | News | 54,095 | Parade Magazine |
| MI | Southgate | News Herald | 50,637 | Parade Magazine |
| MI | Traverse City | Record-Eagle | 34,967 | Parade Magazine |
| MI | | The County Press | 12,611 | Parade Magazine |
| MN | Albert Lea | Tribune | 7,071 | Parade Magazine |
| MN | Austin | Herald | 5,625 | Parade Magazine |
| MN | Bemidji | Pioneer | 10,470 | Parade Magazine |
| MN | Brainerd | Dispatch | 17,076 | USA Weekend |
| MN | Duluth | News-Tribune | 64,398 | Parade Magazine |
| MN | Fairmont | Sentinel | 6,901 | USA Weekend |
| MN | Faribault | News | 6,158 | Parade Magazine |
| MN | Fergus Falls | Journal | 7,464 | USA Weekend |
| MN | Mankato - N. Mankato | Free Press | 21,922 | Parade Magazine |
| MN | Marshall | Independent | 7,499 | USA Weekend |
| MN | Minneapolis-St. Paul | Star Tribune | 606,698 | USA Weekend |
| MN | New Ulm | Journal | 8,984 | Parade Magazine |
| MN | Northfield | News | 5,086 | Parade Magazine |
| MN | Owatonna | People's Press | 7,522 | Parade Magazine |
| MN | Rochester | Post-Bulletin | 47,165 | USA Weekend |
| MN | St. Cloud | Times | 37,035 | USA Weekend |
| MN | St. Paul | Pioneer Press | 251,565 | Parade Magazine |
| MN | Stillwater | Gazette | 2,181 | USA Weekend |
| MN | Virginia | Mesabi News | 11,313 | USA Weekend |
| MN | Willmar | West Central Tribune | 16,194 | USA Weekend |
| MN | Winona | News | 12,430 | Parade Magazine |
| MO | Cape Girardeau | Southern Missourian | 19,661 | Parade Magazine |
| MO | Columbia | Tribune | 18,528 | USA Weekend |

Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MO | Columbia | Missourian | 4,805 | Parade Magazine |
| MO | Dexter | Daily Statesman | 3,482 | Parade Magazine |
| MO | Hannibal | Courier-Post | 7,756 | USA Weekend |
| MO | Independence-Blue Springs | Examiner | 13,776 | USA Weekend |
| MO | Jefferson City | News & Tribune | 23,581 | Parade Magazine |
| MO | Joplin | Globe | 36,468 | Parade Magazine |
| MO | Kansas City | Star | 367,712 | Parade Magazine |
| MO | Kennett | Daily Dunken Democrat | 3,882 | Parade Magazine |
| MO | Nevada | Sunday Journal | 6,000 | Parade Magazine |
| MO | Park Hills | Daily Journal | 8,887 | Parade Magazine |
| MO | Poplar Bluff | Daily American | 12,831 | Parade Magazine |
| MO | Sedalia | Democrat | 11,306 | USA Weekend |
| MO | Sikeston | Standard Democrat | 6,992 | Parade Magazine |
| MO | Springfield | News-Leader | 86,675 | USA Weekend |
| MO | St. Joseph | News-Press | 37,772 | Parade Magazine |
| MO | St. Louis | Post-Dispatch | 423,291 | Parade Magazine |
| MS | Biloxi | Sun Herald | 49,177 | Parade Magazine |
| MS | Brookhaven | Leader | 6,823 | Parade Magazine |
| MS | Clarksdale | Press-Register | 4,875 | USA Weekend |
| MS | Columbus | Commercial Dispatch | 14,512 | Parade Magazine |
| MS | Corinth | Corinthian | 6,629 | USA Weekend |
| MS | Greenville | Delta Democrat-Times | 10,167 | USA Weekend |
| MS | Greenwood | Commonwealth | 7,659 | Parade Magazine |
| MS | Hattiesburg | American | 23,949 | USA Weekend |
| MS | Jackson | Clarion-Ledger | 105,532 | USA Weekend |
| MS | Laurel | Leader-Call | 7,657 | Parade Magazine |
| MS | McComb | Enterprise-Journal | 12,620 | Parade Magazine |
| MS | Meridian | Star | 16,268 | Parade Magazine |
| MS | Natchez | Democrat | 8,280 | USA Weekend |
| MS | Pascagoula | Mississippi Press | 15,913 | Parade Magazine |
| MS | Picayune | Picayune Item | 6,500 | Parade Magazine |
| MS | Tupelo | Northeast Mississippi Journal | 36,499 | Parade Magazine |
| MS | Vicksburg | Post | 14,788 | Parade Magazine |
| MT | Billings | Gazette | 52,387 | Parade Magazine |
| MT | Bozeman | Chronicle | 17,573 | Parade Magazine |
| MT | Butte-Anaconda | Montana Standard | 14,704 | Parade Magazine |
| MT | Great Falls | Tribune | 35,264 | USA Weekend |
| MT | Helena | Independent-Record | 14,560 | Parade Magazine |
| MT | Kalispell | Daily Inter Lake | 16,974 | Parade Magazine |
| MT | Missoula | Missoulian | 34,414 | Parade Magazine |
| NC | Asheboro | Courier-Tribune | 15,082 | USA Weekend |
| NC | Asheville | Citizen Times | 60,101 | USA Weekend |
| NC | Burlington | Times-News | 27,345 | USA Weekend |
| NC | Charlotte | Observer | 274,125 | Parade Magazine |
| NC | Concord-Kannapolis | Independent Tribune | 19,742 | USA Weekend |
| NC | Durham | Herald-Sun | 45,114 | USA Weekend |
| NC | Eden | News | 3,388 | USA Weekend |
| NC | Elizabeth City | Daily Advance | 10,248 | Parade Magazine |
| NC | Fayetteville | Observer-Times | 73,314 | Parade Magazine |
| NC | Forest City | Courier | 8,041 | USA Weekend |
| NC | Gastonia | Gaston Gazette | 32,894 | USA Weekend |
| NC | Goldsboro | News-Argus | 22,963 | USA Weekend |
| NC | Greensboro | News & Record | 108,848 | Parade Magazine |
| NC | Greenville | Reflector | 22,822 | Parade Magazine |
| NC | Henderson | Daily Dispatch | 7,477 | USA Weekend |
| NC | Hendersonville | Times-News | 18,884 | Parade Magazine |
| NC | Hickory | Record | 24,125 | USA Weekend |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 9

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| NC | High Point | Enterprise | 24,743 | USA Weekend |
| NC | Jacksonville | News | 20,890 | USA Weekend |
| NC | Kinston | Free Press | 12,094 | USA Weekend |
| NC | Lenoir | News-Topic | 8,352 | USA Weekend |
| NC | Lexington | Dispatch | 11,448 | USA Weekend |
| NC | Lumberton | The Robesonian | 14,935 | Parade Magazine |
| NC | Monroe | Enquirer-Journal | 8,765 | USA Weekend |
| NC | Morganton | News-Herald | 11,806 | USA Weekend |
| NC | Mount Airy | News | 11,017 | USA Weekend |
| NC | New Bern | Sun-Journal | 16,315 | USA Weekend |
| NC | Raleigh | News and Observer | 213,878 | Parade Magazine |
| NC | Reidsville | Review | 5,054 | USA Weekend |
| NC | Roanoke Rapids | Herald | 11,638 | USA Weekend |
| NC | Rocky Mount | Telegram | 16,697 | Parade Magazine |
| NC | Salisbury | Post | 22,585 | USA Weekend |
| NC | Sampson | Independent | 8,662 | Parade Magazine |
| NC | Sanford | Herald | 9,454 | USA Weekend |
| NC | Shelby | Star | 13,866 | USA Weekend |
| NC | Statesville | Record & Landmark | 17,812 | USA Weekend |
| NC | Washington | News | 9,027 | USA Weekend |
| NC | Wilmington | Star, Star-News | 58,807 | Parade Magazine |
| NC | Wilson | Times | 16,290 | USA Weekend |
| NC | Winston-Salem | Journal | 94,178 | Parade Magazine |
| ND | Bismarck | Tribune | 30,948 | USA Weekend |
| ND | Dickinson | Press | 6,322 | Parade Magazine |
| ND | Fargo | Forum | 60,203 | Parade Magazine |
| ND | Grand Forks | Herald | 30,992 | USA Weekend |
| ND | Minot | News | 20,580 | Parade Magazine |
| NE | Beatrice | Sun | 7,604 | USA Weekend |
| NE | Columbus | Telegram | 9,845 | USA Weekend |
| NE | Fremont | Tribune | 8,167 | USA Weekend |
| NE | Grand Island | Independent | 22,888 | USA Weekend |
| NE | Kearney | Hub | 12,456 | USA Weekend |
| NE | Lincoln | Journal Star | 82,543 | USA Weekend |
| NE | Norfolk | News | 16,969 | USA Weekend |
| NE | North Platte | Telegraph | 12,639 | USA Weekend |
| NE | Omaha | World-Herald | 231,115 | Parade Magazine |
| NE | Scottsbluff | Star-Herald | 15,577 | Parade Magazine |
| NE | York | York News-Times | 4,411 | USA Weekend |
| NH | Concord | Monitor | 21,965 | USA Weekend |
| NH | Dover | Foster's Democrat | 24,730 | USA Weekend |
| NH | Keene | Sentinel | 12,715 | USA Weekend |
| NH | Lebanon-Hanover | Valley News | 16,595 | USA Weekend |
| NH | Manchester | Sunday News | 74,315 | Parade Magazine |
| NH | Nashua | Telegraph | 31,593 | USA Weekend |
| NH | Portsmouth | Herald | 17,035 | Parade Magazine |
| NJ | Atlantic City | Press | 82,768 | USA Weekend |
| NJ | Bergen, Passaic | Record & Herald News | 205,084 | Parade Magazine |
| NJ | Bridgewater | Courier-News | 37,022 | USA Weekend |
| NJ | Camden-Cherry Hill | Courier-Post | 85,144 | USA Weekend |
| NJ | East Brunswick | Home News & Tribune | 59,691 | USA Weekend |
| NJ | Jersey City | Jersey Journal | 25,958 | USA Weekend |
| NJ | Morristown-Parsippany | Morris Record | 42,445 | USA Weekend |
| NJ | Neptune | Asbury Park Press | 199,723 | USA Weekend |
| NJ | Newark | Star-Ledger | 599,628 | Parade Magazine |
| NJ | Newton | New Jersey Herald | 20,527 | USA Weekend |
| NJ | Salem | Today's Sunbeam | 9,902 | Parade Magazine |

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| NJ | Tom's River | Ocean County Observer | 6,693 | USA Weekend |
| NJ | Trenton | Times | 67,782 | Parade Magazine |
| NJ | Trenton | Trentonian | 30,844 | USA Weekend |
| NJ | Willingboro | Burlington County Times | 37,814 | Parade Magazine |
| NJ | Woodbury | Gloucester County Times | 26,118 | Parade Magazine |
| NM | Alamagordo | News | 7,794 | USA Weekend |
| NM | Albuquerque | Journal | 107,555 | USA Weekend |
| NM | Albuquerque | Sunday Journal | 148,781 | Parade Magazine |
| NM | Carlsbad | Current-Argus | 7,570 | USA Weekend |
| NM | Clovis | News Journal | 8,186 | USA Weekend |
| NM | Farmington | Times | 19,465 | USA Weekend |
| NM | Gallup | Independent | 17,625 | USA Weekend |
| NM | Hobbs | News-Sun | 10,073 | Parade Magazine |
| NM | Las Cruces | Sun-News | 25,031 | USA Weekend |
| NM | Portales | News-Tribune | 2,955 | USA Weekend |
| NM | Roswell | Record | 11,134 | USA Weekend |
| NM | Santa Fe | New Mexican | 26,739 | Parade Magazine |
| NV | Carson City | Nevada Appeal | 21,332 | Parade Magazine |
| NV | Elko | Daily Free Press | 6,684 | USA Weekend |
| NV | Las Vegas | Review-Journal | 219,228 | USA Weekend |
| NV | Las Vegas | Review-Journal & Sun | 219,228 | Parade Magazine |
| NV | Reno | Gazette-Journal | 76,110 | USA Weekend |
| NV | Sparks | Tribune | 6,050 | Parade Magazine |
| NY | Albany | Times Union | 133,787 | Parade Magazine |
| NY | Auburn | Citizen | 13,895 | Parade Magazine |
| NY | Batavia | Daily News | 14,226 | USA Weekend |
| NY | Binghamton | Press & Sun-Bulletin | 65,821 | USA Weekend |
| NY | Buffalo | News | 273,177 | Parade Magazine |
| NY | Canandaigua | Messenger | 13,434 | Parade Magazine |
| NY | Catskill | Daily Mail | 2,773 | USA Weekend |
| NY | Corning | Leader | 11,803 | Parade Magazine |
| NY | Dunkirk-Fredonia | Observer | 10,137 | USA Weekend |
| NY | Elmira | Star-Gazette | 35,472 | USA Weekend |
| NY | Geneva | Finger Lakes Times | 18,470 | Parade Magazine |
| NY | Glens Falls | Post-Star | 35,379 | USA Weekend |
| NY | Gloversville | Leader-Herald | 11,281 | Parade Magazine |
| NY | Hornell | Tribune | 9,975 | Parade Magazine |
| NY | Hudson | Register Star | 5,251 | USA Weekend |
| NY | Ithaca | Journal | 20,882 | USA Weekend |
| NY | Jamestown | Post-Journal | 18,615 | USA Weekend |
| NY | Kingston | Freeman | 19,993 | USA Weekend |
| NY | Long Island | Newsday | 488,825 | USA Weekend |
| NY | Medina | Journal-Register | 2,829 | USA Weekend |
| NY | Middletown | Record | 86,519 | Parade Magazine |
| NY | New York | Post | 413,763 | Parade Magazine |
| NY | New York City | Daily News | 795,153 | USA Weekend |
| NY | Niagara Falls | Niagra Sunday | 35,656 | USA Weekend |
| NY | Ogdensburg | Advance News | 9,910 | Parade Magazine |
| NY | Olean | Times Herald | 14,925 | USA Weekend |
| NY | Oneida | Dispatch | 6,770 | USA Weekend |
| NY | Oneonta | Daily Star | 16,229 | Parade Magazine |
| NY | Oswego | Palladium-Times | 6,000 | USA Weekend |
| NY | Plattsburgh | Press-Republican | 20,557 | Parade Magazine |
| NY | Poughkeepsie | Journal | 47,025 | USA Weekend |
| NY | Rochester | Democrat & Chronicle | 219,660 | USA Weekend |
| NY | Saranac Lake | Adirondack Enterprise | 4,763 | USA Weekend |
| NY | Saratoga Springs | Saratogian | 10,638 | USA Weekend |

Effective 7/2/06