## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| NY | Schenectady | Gazette Newspapers | 49,449 | USA Weekend |
| NY | Staten Island | Staten Island Advance | 76,795 | Parade Magazine |
| NY | Syracuse | Post-Standard | 168,393 | Parade Magazine |
| NY | Troy | Record | 17,389 | USA Weekend |
| NY | Utica | Observer-Dispatch | 48,534 | USA Weekend |
| NY | Watertown | Times | 32,430 | USA Weekend |
| NY | White Plains | Journal News | 144,231 | USA Weekend |
| OH | Akron | Beacon Journal | 170,870 | Parade Magazine |
| OH | Ashtabula | Star Beacon | 18,478 | USA Weekend |
| OH | Athens | Messenger | 11,375 | USA Weekend |
| OH | Beavercreek | News Current | 584 | USA Weekend |
| OH | Belmont | County Times Leader | 18,842 | USA Weekend |
| OH | Bowling Green | Sentinel-Tribune | 11,491 | USA Weekend |
| OH | Bryan | Times | 10,233 | USA Weekend |
| OH | Bucyrus | Telegraph-Forum | 6,321 | USA Weekend |
| OH | Cambridge | Jeffersonian | 13,075 | Parade Magazine |
| OH | Canton | Repository | 83,961 | Parade Magazine |
| OH | Chillicothe | Gazette | 14,199 | USA Weekend |
| OH | Cincinnati | Enquirer | 293,151 | USA Weekend |
| OH | Circleville | Herald | 6,690 | USA Weekend |
| OH | Cleveland | Plain Dealer | 450,875 | Parade Magazine |
| OH | Columbus | Dispatch | 352,510 | USA Weekend |
| OH | Coshocton | Tribune | 6,781 | USA Weekend |
| OH | Dayton | Daily News | 168,645 | Parade Magazine |
| OH | Defiance | Crescent News | 18,802 | USA Weekend |
| OH | East Liverpool | Review | 8,738 | Parade Magazine |
| OH | Elyria | Chronicle-Telegram | 24,688 | Parade Magazine |
| OH | Fairborn | Daily Herald | 3,457 | USA Weekend |
| OH | Findlay | Courier | 21,936 | USA Weekend |
| OH | Fostoria | Review Times | 3,632 | USA Weekend |
| OH | Fremont | News-Messenger | 13,121 | USA Weekend |
| OH | Gallipolis-Point Pleasant | Gallipolis (OH) Times-Sentinel Sunday | 9,276 | USA Weekend |
| OH | Gallipolis-Point Pleasant | Point Pleasant (WV) Register | 3,886 | USA Weekend |
| OH | Greenville | Advocate | 6,000 | USA Weekend |
| OH | Hamilton | Journal-News | 22,735 | Parade Magazine |
| OH | Hillsboro | Times-Gazette | 4,667 | USA Weekend |
| OH | Ironton | Ironton Tribune | 6,167 | Parade Magazine |
| OH | Lake County | News-Herald | 50,087 | USA Weekend |
| OH | Lancaster | Eagle-Gazette | 14,082 | USA Weekend |
| OH | Lima | News | 40,908 | USA Weekend |
| OH | Lisbon | Morning Journal | 11,302 | USA Weekend |
| OH | Logan | Daily News | 4,184 | USA Weekend |
| OH | Lorain | Journal | 29,933 | USA Weekend |
| OH | Mansfield | News Journal | 28,402 | USA Weekend |
| OH | Marietta | Times | 11,919 | USA Weekend |
| OH | Marion | Star | 12,812 | USA Weekend |
| OH | Medina | Gazette | 14,865 | USA Weekend |
| OH | Middletown | Journal | 19,791 | Parade Magazine |
| OH | New Philadelphia | Times Reporter | 23,271 | Parade Magazine |
| OH | Newark | Advocate | 20,847 | USA Weekend |
| OH | Norwalk | Reflector | 9,011 | USA Weekend |
| OH | Piqua | Call | 6,123 | USA Weekend |
| OH | Port Clinton | News Herald | 5,583 | USA Weekend |
| OH | Portage County-Kent | Record Courier | 18,738 | USA Weekend |
| OH | Portsmouth | Daily Times | 11,631 | Parade Magazine |
| OH | Salem | News | 5,863 | Parade Magazine |
| OH | Sandusky | Register | 22,706 | USA Weekend |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 12

Effective 7/2/06

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| OH | Sidney | Daily News | 12,925 | USA Weekend |
| OH | Springfield | Springfield News Sun | 32,146 | Parade Magazine |
| OH | Steubenville | Herald-Star | 23,287 | USA Weekend |
| OH | Tiffin | Advertiser-Tribune | 10,681 | USA Weekend |
| OH | Toledo | Blade | 167,686 | Parade Magazine |
| OH | Troy | Miami Valley Sunday News | 10,465 | USA Weekend |
| OH | Urbana | Daily Citizen | 5,616 | USA Weekend |
| OH | Van Wert | Times Bulletin | 4,674 | USA Weekend |
| OH | Warren | Tribune Chronicle | 36,565 | USA Weekend |
| OH | Washington Courthouse | Record-Herald | 5,125 | USA Weekend |
| OH | Wilmington | News-Journal | 6,784 | USA Weekend |
| OH | Wooster | Record | 22,375 | USA Weekend |
| OH | Xenia | Gazette | 5,983 | USA Weekend |
| OH | Youngstown | Vindicator | 85,261 | Parade Magazine |
| OH | Zanesville | Times Recorder | 18,691 | USA Weekend |
| OK | Ardmore | Armoreite | 11,604 | USA Weekend |
| OK | Bartlesville | Examiner Enterprise | 12,745 | USA Weekend |
| OK | Enid | News & Eagle | 18,652 | USA Weekend |
| OK | Lawton | Constitution | 24,517 | USA Weekend |
| OK | McAlester | News-Capital & Democrat | 9,977 | USA Weekend |
| OK | Muskogee | Phoenix & Times-Democrat | 17,332 | USA Weekend |
| OK | Norman | Transcript | 15,862 | USA Weekend |
| OK | Oklahoma City | Oklahoman | 287,505 | Parade Magazine |
| OK | Shawnee | News-Star | 10,298 | USA Weekend |
| OK | Stillwater | News Press | 9,210 | USA Weekend |
| OK | Tulsa | World | 177,652 | USA Weekend |
| OR | Albany/Corvallis | Democrat-Herald/Gazette-Times | 30,617 | USA Weekend |
| OR | Bend | Bulletin | 30,502 | Parade Magazine |
| OR | Coos Bay-North Bend | World | 13,537 | USA Weekend |
| OR | Eugene | Register-Guard | 74,583 | Parade Magazine |
| OR | Grant's Pass | Courier | 16,003 | USA Weekend |
| OR | Klamath Falls | Herald & News | 16,283 | Parade Magazine |
| OR | Medford | Mail Tribune | 32,410 | Parade Magazine |
| OR | Ontario | Argus Observer | 7,739 | Parade Magazine |
| OR | Pendleton | East Oregonian | 9,729 | Parade Magazine |
| OR | Portland | Oregonian | 384,729 | Parade Magazine |
| OR | Roseburg | News-Review | 19,502 | Parade Magazine |
| OR | Salem | Statesman-Journal | 59,946 | USA Weekend |
| PA | Allentown | Morning Call | 150,936 | Parade Magazine |
| PA | Altoona | Mirror | 38,734 | USA Weekend |
| PA | Beaver-Rochester | Beaver County Times | 48,492 | USA Weekend |
| PA | Bloomsburg-Berwick | Press-Enterprise | 21,269 | USA Weekend |
| PA | Bradford | Era | 10,542 | USA Weekend |
| PA | Butler | Eagle | 30,385 | USA Weekend |
| PA | Carlisle | Sentinel | 14,921 | USA Weekend |
| PA | Chambersburg | Public Opinion | 20,582 | USA Weekend |
| PA | Clearfield | Progress | 11,755 | USA Weekend |
| PA | Delaware County | Times | 41,308 | USA Weekend |
| PA | Doylestown | The Intelligencer Record | 47,829 | Parade Magazine |
| PA | DuBois | Tri-County Sunday | 14,940 | Parade Magazine |
| PA | Easton | Express-Times | 48,692 | USA Weekend |
| PA | Erie | Times-News | 81,057 | Parade Magazine |
| PA | Greensburg | Tribune Review | 157,981 | USA Weekend |
| PA | Hanover | Evening Sun | 21,286 | USA Weekend |
| PA | Harrisburg | Patriot-News | 148,301 | Parade Magazine |
| PA | Hazleton | Standard-Speaker | 20,434 | USA Weekend |
| PA | Indiana | Gazette | 14,496 | USA Weekend |

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| PA | Johnstown | Tribune-Democrat | 44,629 | Parade Magazine |
| PA | Lancaster | Sunday News | 101,028 | Parade Magazine |
| PA | Lebanon | News | 20,318 | USA Weekend |
| PA | Lehighton | Times News | 13,585 | USA Weekend |
| PA | Levittown | Bucks County Courier Times | 67,778 | Parade Magazine |
| PA | Lewistown | Sentinel | 13,558 | USA Weekend |
| PA | Lockhaven | Express | 9,411 | USA Weekend |
| PA | McKeesport-Duquesne-Clariton | News | 17,352 | USA Weekend |
| PA | Meadville | Tribune | 13,912 | USA Weekend |
| PA | New Castle | News | 17,453 | USA Weekend |
| PA | New Kensington | Valley News Dispatch | 28,928 | USA Weekend |
| PA | Norristown | Reporter | 14,078 | USA Weekend |
| PA | Norristown | Times-Herald | 12,636 | USA Weekend |
| PA | Philadelphia | Inquirer | 705,965 | Parade Magazine |
| PA | Phoenixville | Phoenix | 3,039 | USA Weekend |
| PA | Pittsburgh | Post Gazette | 373,980 | Parade Magazine |
| PA | Pottstown | Mercury | 24,841 | USA Weekend |
| PA | Pottsville | Republican & Herald | 36,917 | USA Weekend |
| PA | Reading | Eagle | 84,730 | Parade Magazine |
| PA | Scranton | Sunday Times | 71,030 | USA Weekend |
| PA | Scranton | Times | 71,030 | Parade Magazine |
| PA | Somerset | American | 14,232 | USA Weekend |
| PA | State Callege- Bellefonte | Centre Daily Times | 33,655 | Parade Magazine |
| PA | Stroudsburg | Pocono Record | 25,034 | Parade Magazine |
| PA | Sunbury | Item | 25,567 | Parade Magazine |
| PA | Towanda | Review | 9,530 | Parade Magazine |
| PA | Towanda | Sunday Review | 9,530 | USA Weekend |
| PA | Uniontown | Herald-Standard | 27,558 | Parade Magazine |
| PA | Warren | Times Observer | 10,848 | USA Weekend |
| PA | Washington | Observer-Reporter | 35,777 | USA Weekend |
| PA | West Chester | Local News | 27,416 | USA Weekend |
| PA | Wilkes-Barre | Citizens' Voice | 30,998 | USA Weekend |
| PA | Wilkes-Barre | Times Leader | 32,761 | Parade Magazine |
| PA | Williamsport | Sun-Gazette | 53,862 | Parade Magazine |
| PA | York | Record | 90,651 | USA Weekend |
| PA | | The Herald | 20,930 | Parade Magazine |
| RI | Newport | News | 11,873 | USA Weekend |
| RI | Pawtucket-Central Falls | Times | 8,960 | USA Weekend |
| RI | Providence | Journal | 218,388 | Parade Magazine |
| RI | West Warwick | Kent County Times | 3,285 | USA Weekend |
| RI | Westerly | Sun | 8,801 | USA Weekend |
| RI | Woonsocket | Call | 15,319 | USA Weekend |
| SC | Aiken | Standard | 16,100 | USA Weekend |
| SC | Anderson | Independent-Mail | 41,048 | Parade Magazine |
| SC | Beaufort | Gazette | 11,505 | Parade Magazine |
| SC | Bluffton | Today | 16,439 | USA Weekend |
| SC | Charleston | Post, Courier | 111,273 | Parade Magazine |
| SC | Columbia | State | 140,362 | Parade Magazine |
| SC | Florence | News | 34,383 | USA Weekend |
| SC | Greenville | News | 114,312 | USA Weekend |
| SC | Greenwood | Index-Journal | 15,141 | Parade Magazine |
| SC | Hilton Head Island | Island Packet | 20,744 | Parade Magazine |
| SC | Myrtle Beach | Sun News | 62,050 | Parade Magazine |
| SC | Orangeburg | Times & Democrat | 17,751 | USA Weekend |
| SC | Rock Hill | Herald | 33,460 | USA Weekend |
| SC | Spartanburg | Herald-Journal | 55,082 | Parade Magazine |
| SC | Sumter | Item | 19,769 | Parade Magazine |

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| SD | Aberdeen | American News | 16,140 | USA Weekend |
| SD | Huron | Plainsman | 6,922 | Parade Magazine |
| SD | Rapid City | Journal | 33,782 | Parade Magazine |
| SD | Sioux Falls | Argus Leader | 75,286 | USA Weekend |
| SD | Watertown | Public Opinion | 12,827 | USA Weekend |
| SD | Yankton | Press & Dakotan | 7,751 | USA Weekend |
| TN | Athens | Post-Athenian | 11,985 | USA Weekend |
| TN | Chattanooga | Free Press Times | 97,907 | Parade Magazine |
| TN | Clarksville | Leaf-Chronicle | 26,486 | USA Weekend |
| TN | Cleveland | Banner | 15,368 | USA Weekend |
| TN | Columbia | Herald | 12,337 | USA Weekend |
| TN | Cookeville | Herald-Citizen | 13,715 | Parade Magazine |
| TN | Dyersburg | Gazette | 5,677 | Parade Magazine |
| TN | Jackson | Sun | 40,106 | USA Weekend |
| TN | Johnson City | Johnson City Press | 33,608 | Parade Magazine |
| TN | Kingsport | Times-News | 42,867 | USA Weekend |
| TN | Knoxville | News-Sentinel | 152,945 | Parade Magazine |
| TN | Lebanon | Democrat | 9,200 | USA Weekend |
| TN | Maryville-Alcoa | Times | 21,451 | USA Weekend |
| TN | Memphis | Commercial Appeal | 216,705 | Parade Magazine |
| TN | Morristown | Citizen Tribune | 24,028 | Parade Magazine |
| TN | Murfreesboro | News Journal | 19,059 | USA Weekend |
| TN | Nashville | Tennessean | 236,563 | USA Weekend |
| TN | Newport | Plain Talk | 7,350 | Parade Magazine |
| TN | Oak Ridge | Oak Ridger | 7,469 | USA Weekend |
| TN | Sevierville | Mountain Press | 8,456 | USA Weekend |
| TN | Shelbyville | Times-Gazette | 6,725 | Parade Magazine |
| TN | Tullahoma | Sunday News | 10,400 | Parade Magazine |
| TX | Abilene | Reporter-News | 40,279 | Parade Magazine |
| TX | Amarillo | Globe-News | 62,829 | USA Weekend |
| TX | Austin | American-Statesman | 228,619 | Parade Magazine |
| TX | Baytown | Sun | 9,088 | USA Weekend |
| TX | Beaumont | Enterprise | 56,179 | Parade Magazine |
| TX | Brownsville-Harlingen | Brownsville Herald | 17,047 | Parade Magazine |
| TX | Brownwood | Bulletin | 7,150 | Parade Magazine |
| TX | Bryan-College Station | Eagle | 25,164 | USA Weekend |
| TX | Clute | Brazosport Facts | 17,220 | USA Weekend |
| TX | Conroe | Courier | 11,960 | USA Weekend |
| TX | Corpus Christi | Caller-Times | 73,367 | Parade Magazine |
| TX | Corsicana | Sun | 6,069 | USA Weekend |
| TX | Dallas | Morning News | 649,709 | Parade Magazine |
| TX | Del Rio | News-Herald | 5,207 | Parade Magazine |
| TX | Denton | Record-Chronicle | 16,888 | USA Weekend |
| TX | El Paso | El Diario | 9,558 | Parade Magazine |
| TX | El Paso | Times | 85,654 | USA Weekend |
| TX | Fort Worth | Fort Worth Star-Telegram | 322,824 | Parade Magazine |
| TX | Galveston | County News | 27,761 | USA Weekend |
| TX | Greenville | Herald-Banner | 7,610 | USA Weekend |
| TX | Harlingen | Valley Morning Star | 25,080 | Parade Magazine |
| TX | Houston | Chronicle | 692,557 | Parade Magazine |
| TX | Kerrville | Times | 11,078 | Parade Magazine |
| TX | Killeen | Herald | 24,382 | USA Weekend |
| TX | Laredo | Times | 22,634 | USA Weekend |
| TX | Longview | News-Journal | 34,627 | Parade Magazine |
| TX | Lubbock | Avalanche-Journal | 59,781 | USA Weekend |
| TX | Lufkin | News | 17,000 | Parade Magazine |
| TX | Marshall | News Messenger | 7,224 | Parade Magazine |

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| TX | McAllen | Monitor | 53,715 | USA Weekend |
| TX | McKinney | Courier-Gazette | 5,704 | USA Weekend |
| TX | Midland | Reporter-Telegram | 23,435 | USA Weekend |
| TX | Nacogdoches | Daily Sentinel | 11,000 | Parade Magazine |
| TX | New Braunfels | Herald-Zeitung | 9,490 | USA Weekend |
| TX | Odessa | American | 26,763 | Parade Magazine |
| TX | Orange | Leader | 5,455 | USA Weekend |
| TX | Paris | News | 12,293 | Parade Magazine |
| TX | Plain View | Daily Herald | 5,973 | Parade Magazine |
| TX | Plano | Star Courier | 2,571 | USA Weekend |
| TX | Port Arthur | News | 13,659 | USA Weekend |
| TX | San Angelo | Standard-Times | 30,032 | Parade Magazine |
| TX | San Antonio | Express-News | 342,709 | Parade Magazine |
| TX | Sherman-Denison | Herald Democrat | 23,084 | USA Weekend |
| TX | Temple | Daily Telegram | 22,794 | Parade Magazine |
| TX | Texarkana | Gazette | 32,633 | USA Weekend |
| TX | Tyler | Courier-Times--Telegraph | 44,863 | Parade Magazine |
| TX | Victoria | Advocate | 35,564 | Parade Magazine |
| TX | Waco | Tribune-Herald | 46,467 | Parade Magazine |
| TX | Wichita Falls | Times Record News | 34,756 | Parade Magazine |
| UT | Logan | Herald Journal | 15,776 | Parade Magazine |
| UT | Ogden | Standard-Examiner | 63,199 | USA Weekend |
| UT | Provo | Herald | 38,380 | USA Weekend |
| UT | Salt Lake City | Tribune & Deseret News | 228,001 | Parade Magazine |
| UT | St. George | Spectrum | 25,037 | USA Weekend |
| VA | Bristol | Herald Courier | 41,318 | USA Weekend |
| VA | Charlottesville | Progress | 32,924 | USA Weekend |
| VA | Culpepper | Star-Exponent | 7,466 | USA Weekend |
| VA | Danville | Register & Bee | 23,858 | USA Weekend |
| VA | Fredericksburg | Free Lance-Star | 51,234 | USA Weekend |
| VA | Harrisonburg | News Record | 31,564 | USA Weekend |
| VA | Lynchburgh | News & Advance | 42,231 | USA Weekend |
| VA | Martinsville | Bulletin | 19,153 | Parade Magazine |
| VA | Newport News- Hampton | News/Daily Press | 112,042 | Parade Magazine |
| VA | Norfolk | Virginian-Pilot | 225,730 | Parade Magazine |
| VA | Petersburg | Progress-Index | 14,714 | Parade Magazine |
| VA | Richmond | Times-Dispatch | 219,595 | Parade Magazine |
| VA | Roanoke | Times | 104,716 | Parade Magazine |
| VA | Staunton | News Leader | 20,477 | USA Weekend |
| VA | Strasburg | Northern Virginia Daily | 16,088 | USA Weekend |
| VA | Suffolk | News-Herald | 4,073 | USA Weekend |
| VA | Waynesboro | News-Virginian | 7,067 | USA Weekend |
| VA | Winchester | Star | 25,019 | USA Weekend |
| VA | Woodbridge-Manassas | Potomac News & Journal Messenger | 21,864 | USA Weekend |
| VT | Bennington | Banner | 7,774 | USA Weekend |
| VT | Brattleboro | Reformer | 10,597 | USA Weekend |
| VT | Burlington | Free Press | 53,081 | USA Weekend |
| VT | Rutland | Herald | 29,387 | Parade Magazine |
| WA | Aberdeen | World | 12,991 | USA Weekend |
| WA | Bellingham | Herald | 29,855 | USA Weekend |
| WA | Bremerton | Sun | 32,917 | USA Weekend |
| WA | Centralia-Chehalis | Chronicle | 13,912 | USA Weekend |
| WA | Ellensburg | Record | 5,220 | USA Weekend |
| WA | Everett | Herald | 55,494 | USA Weekend |
| WA | Kent | King County Journal | 40,211 | USA Weekend |
| WA | Longview | Daily News | 21,408 | Parade Magazine |
| WA | Moses Lake | Herald | 8,562 | USA Weekend |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 16

## Newspapers in *Parade* and *USA Weekend* Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| WA | Mt. Vernon | Skagit Valley Herald | 19,461 | USA Weekend |
| WA | Olympia | Olympian | 40,475 | USA Weekend |
| WA | Pasco | Tri-City Herald | 44,691 | Parade Magazine |
| WA | Port Angeles | Peninsula News | 18,278 | USA Weekend |
| WA | Seattle | Times/Post-Intelligencer | 435,581 | Parade Magazine |
| WA | Spokane | Spokesman-Review | 120,632 | Parade Magazine |
| WA | Tacoma | News Tribune | 137,730 | USA Weekend |
| WA | Vancouver | Columbian | 56,922 | USA Weekend |
| WA | Walla Walla | Union Bulletin | 15,603 | USA Weekend |
| WA | Wenatchee | World | 25,594 | USA Weekend |
| WA | Yakima | Herald-Republic | 39,912 | USA Weekend |
| WI | Appleton-Neenah | Post-Crescent | 67,897 | USA Weekend |
| WI | Beloit | Daily News | 13,582 | USA Weekend |
| WI | Chippewa | Valley Newspapers | 12,217 | Parade Magazine |
| WI | Eau Claire | Leader-Telegram | 30,040 | USA Weekend |
| WI | Fond du Lac | Reporter | 18,053 | USA Weekend |
| WI | Green Bay | Press-Gazette | 80,307 | USA Weekend |
| WI | Janesville | Gazette | 24,961 | USA Weekend |
| WI | Kenosha | News | 27,667 | Parade Magazine |
| WI | La Crosse | Tribune | 41,059 | Parade Magazine |
| WI | Madison | Wisconsin State Journal | 148,489 | Parade Magazine |
| WI | Manitowic-Two Rivers | Herald Times Reporter | 15,301 | USA Weekend |
| WI | Marshfield-Stevens Point-Wisconsin Rapids | Central WI Sunday | 20,208 | USA Weekend |
| WI | Milwaukee | Journal Sentinel | 405,355 | USA Weekend |
| WI | Monroe | Times | 4,697 | USA Weekend |
| WI | Oshkosh | Northwestern | 24,924 | USA Weekend |
| WI | Racine | Journal Times | 30,700 | Parade Magazine |
| WI | Rhineland | Daily News | 4,156 | Parade Magazine |
| WI | Sheboygan | Press | 24,057 | USA Weekend |
| WI | Superior | Telegram | 6,752 | USA Weekend |
| WI | Watertown | Times | 9,059 | USA Weekend |
| WI | Waukesha | Freeman | 12,947 | USA Weekend |
| WI | Wausau-Stevens Point | Herald | 28,840 | USA Weekend |
| WI | West Bend | News | 9,668 | USA Weekend |
| WV | Beckley | Register | 28,602 | Parade Magazine |
| WV | Bluefield | Daily Telegraph | 19,099 | Parade Magazine |
| WV | Charleston | Gazette | 65,752 | USA Weekend |
| WV | Charleston | Gazette Mail | 79,617 | Parade Magazine |
| WV | Clarksburg | Exponent Telegram | 20,128 | Parade Magazine |
| WV | Elkins | Inter-Mountain | 11,226 | USA Weekend |
| WV | Fairmont | Times West Virginian | 12,134 | Parade Magazine |
| WV | Huntington | Herald-Dispatch | 33,941 | USA Weekend |
| WV | Logan | Banner | 8,922 | Parade Magazine |
| WV | Martinsburg | Journal | 20,316 | Parade Magazine |
| WV | Morgantown | The Dominion Post | 25,368 | Parade Magazine |
| WV | Parkersburg | News, Sentinel | 30,870 | Parade Magazine |
| WV | Wheeling | Intelligencer/News Register | 37,198 | Parade Magazine |
| WV | Williamson | News | 7,304 | Parade Magazine |
| WY | Casper | Star-Tribune | 32,855 | Parade Magazine |
| WY | Laramie | Boomerang | 5,084 | USA Weekend |
| | TOTAL | | 962 Newspapers | 55,431,132 |

Kinsella/Novak Communications, Ltd
Exhibit X
Page 17

Effective 7/2/06