IN WITNESS WHEREOF, the undersigned have caused this Settlement Agreement to be executed as of the dates set forth below:

FOR THE FREY DEFENDANTS:

_____
James Frey

Date: 1/2/07

_____
James Frey
Big Jim Industries, Inc.

Date: 1/2/07

_____
Maya Frey

Date: 1/2/07

_____
Derek J. Meyer
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Attorney for the Frey Defendants

Date: 1/2/07

FOR THE RANDOM HOUSE DEFENDANTS:

_____
Robert Sorrentino
Senior Vice President, Taxes, Random House, Inc.

Date: _____

_____
Robert Sorrentino
President, Doubleday & Company, Inc.

Date: _____

_____
Robert Sorrentino
Vice President, Taxes, Random House VG, Inc.

Date: _____

_____
Mark B. Blocker
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Attorney for the Random House Defendants

Date: _____

24

**IN WITNESS WHEREOF**, the undersigned have caused this Settlement Agreement to be executed as of the dates set forth below:

| FOR THE FREY DEFENDANTS: | FOR THE RANDOM HOUSE DEFENDANTS: |
|---|---|
| _____ | _____ |
| James Frey | Robert Sorrentino |
|  | Senior Vice President, Taxes, Random House, Inc. |
| Date: _____ | Date: 12/15/06 |
|  |  |
| _____ | _____ |
| James Frey | Robert Sorrentino |
| Big Jim Industries, Inc. | President, Doubleday & Company, Inc. |
| Date: _____ | Date: 12/15/06 |
|  |  |
| _____ | _____ |
| Maya Frey | Robert Sorrentino |
|  | Vice President, Taxes, Random House VG, Inc. |
| Date: _____ | Date: 12/15/06 |
|  |  |
|  | _____ |
| Derek J. Meyer | Mark B. Blocker |
| McDermott Will & Emery LLP | Sidley Austin LLP |
| 227 West Monroe Street, Suite 4400 | One South Dearborn |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| *Attorney for the Frey Defendants* | *Attorney for the Random House Defendants* |
| Date: _____ | Date: 12/28/2006 |

FOR THE PLAINTIFFS:

_____
Plaintiff Marcia Vedral

Date: 12/6/06

_____
Larry D. Drury
Larry D. Drury, Ltd.
205 W. Randolph Street, Suite 1430
Chicago, Illinois 60606
Proposed Co-Lead Class Counsel
Attorney for Plaintiff Marcia Vedral

Date: 12-6-06

_____
Plaintiff Michele Snow

Date: 12-6-06

_____
Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200
Proposed Co-Lead Class Counsel
Attorney for Plaintiff Michele Snow

Date: 12-6-06

_____
Plaintiff Jennifer Cohn

Date: _____

Thomas Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017
Phone: (212) 223-0800
Liaison Class Counsel
Attorneys for Plaintiff Jennifer Cohn

Date: _____

_____
Plaintiff Ann Marie Strack

Date: _____

Thomas A. Zimmerman, Jr.
Zimmerman and Associates, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
Attorney for Plaintiff Ann Marie Strack

Date: _____

**FOR THE PLAINTIFFS:**

_____
Plaintiff Marcia Vedral

Date: _____

_____
Plaintiff Michele Snow

Date: _____

_____
Larry D. Drury
Larry D. Drury Ltd.
205 W. Randolph Street, Suite 1430
Chicago, Illinois 60606
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Marcia Vedral*

_____
Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200
*Proposed Co- Lead Class Counsel*
*Attorney for Plaintiff Michele Snow*

Date: _____

Date: _____

_____/s/ Diane Marolda_____
Plaintiff Diane Marolda
Date: 12/7/06

_____
Plaintiff Ann Marie Strack
Date: _____

_____/s/_____
Thomas Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017
Phone: (212) 223-0800
*Liaison Class Counsel*
*Attorneys for Plaintiff Diane Marolda*

Date: 12.5.2006

_____
Thomas A. Zimmerman, Jr.
Zimmerman and Associates, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
*Attorney or Plaintiff Ann Marie Strack*

Date: _____

**FOR THE PLAINTIFFS:**

_____
Plaintiff Marcia Vedral

Date:_____

_____
Larry D. Drury
Larry D. Drury Ltd.
205 W. Randolph Street, Suite 1430
Chicago, Illinois 60606
*Proposed Co-Lead Class Counsel*
*Attorney for Plaintiff Marcia Vedral*

Date:_____

_____
Plaintiff Jennifer Cohn

Date:_____

_____
Thomas Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017
Phone: (212) 223-0800
*Liaison Class Counsel*
*Attorneys for Plaintiff Jennifer Cohn*

Date:_____

_____
Plaintiff Michele Snow

Date:_____

_____
Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200
*Proposed Co- Lead Class Counsel*
*Attorney for Plaintiff Michele Snow*

Date:_____

_____/s/ Ann Marie Strack_____
Plaintiff Ann Marie Strack

Date: 12-8-06

_____/s/ Thomas A. Zimmerman, Jr._____
Thomas A. Zimmerman, Jr.
Zimmerman and Associates, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
*Attorney or Plaintiff Ann Marie Strack*

Date: 12-11-2006

*[Signature: Jimmy Floyd]*
Plaintiff Jimmy Floyd

Date: 1/4/07

*[Signature: Alan S. Ripka]*

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date: December 5, 2006

Plaintiff Jill Giles

Date:_____

Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

Plaintiff Pilar More

Date:_____

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

Plaintiff Shera Paglinawan

Date:_____

Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

Plaintiff Sara Brackenrich

Date:_____

Vincent L. DiTommaso
DiTommaso & Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrance, Illinois 61081
*Attorney for Plaintiff Sara Brackenrich*

Date:_____

_____
Plaintiff Jimmy Floyd

Date: _____

_____
Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date: 11/29/06

*[signature]*
_____
Plaintiff Pilar More

Date: 11/29/06

*[signature]*
_____
Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date: _____

_____
Plaintiff Sara Brackenrich

Date: _____

_____
Vincent L. DiTommaso
DiTommaso & Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrance, Illinois 61081
*Attorney for Plaintiff Sara Brackenrich*

Date: _____

_____
Plaintiff Jill Giles

Date: _____

_____
Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date: _____

_____
Plaintiff Shera Paglinawan

Date: _____

_____
Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date: _____

_____
Plaintiff Jimmy Floyd

Date:_____

_____
Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

_____
Plaintiff Pilar More

Date:_____

_____
Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

___*[signature]*_____
Plaintiff Sara Brackenrich

Date: 20 Nov. 06

___*[signature]*_____
Vincent A. DiTommaso
DiTommaso & Lubin, PC

_____
Plaintiff Jill Giles

Date:_____

_____
Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

_____
Plaintiff Shera Paglinawan

Date:_____

_____
Plaintiff Wendy Shaw

Date:_____

_____
Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

_____
Plaintiff Jimmy Floyd

Date:_____

Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

_____
Plaintiff Pilar More

Date:_____

Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

_____
Plaintiff Sara Brackentich

Date:_____

Vincent L. DiTommaso
DiTommaso & Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrance, Illinois 61081
*Attorney for Plaintiff Sara Brackentich*

Date:_____

*[signature]*
Plaintiff Jill Giles

Date: 12-7-06

*[signature]*
Alan L. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date: 12-7-06

_____
Plaintiff Shera Paglinawan

Date:_____

Michael David Myers
Myers & Company, P.L.L.C
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date:_____

_____
Plaintiff Jimmy Floyd

Date:_____

_____
Alan S. Ripka
Napoli Bern Ripka LLP
115 Broadway
New York, New York 10006
*Attorney for Plaintiff Jimmy Floyd*

Date:_____

_____
Plaintiff Pilar More

Date:_____

_____
Thomas E. Pakenas
Dale and Pakenas
641 W. Lake Street, Suite 400
Chicago, Illinois 60661
*Attorneys for Plaintiff Pilar More*

Date:_____

_____
Plaintiff Sara Brackenrich

Date:_____

_____
Vincent L. DiTommaso
DiTommaso & Lubin, PC

_____
Plaintiff Jill Giles

Date:_____

_____
Alan J. Statman
Colleen M. Hegge (of counsel)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorneys for Plaintiff Jill Giles*

Date:_____

_____/s/ signature_____
Plaintiff Shera Paglinawan

Date: 3 Dec. 2006

_____
Plaintiff Wendy Shaw

Date:_____

_____/s/ signature_____
Michael David Myers
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
*Attorney for Plaintiff Shera Paglinawan*

Date: 12·3·2006

-26-

_____      _____
Plaintiff Jimmy Floyd                                Plaintiff Jill Giles

Date:_____                                   Date:_____

_____      _____
Alan S. Ripka                                        Alan J. Statman
Napoli Bern Ripka LLP                         Colleen M. Hegge (of counsel)
115 Broadway                                     2900 Chemed Center
New York, New York 10006                255 East Fifth Street
*Attorney for Plaintiff Jimmy Floyd*        Cincinnati, Ohio 45202
                                                    *Attorneys for Plaintiff Jill Giles*

Date:_____                                   Date:_____

_____      _____
Plaintiff Pilar More                                  Plaintiff Shera Paglinawan

Date:_____                                   Date:_____

                                                     _/s/ Wendy Shaw_____
                                                      Plaintiff Wendy Shaw

_____      Date: 12/2/06
Thomas E. Pakenas
Dale and Pakenas                                     _____
641 W. Lake Street, Suite 400             Michael David Myers
Chicago, Illinois 60661                           Myers & Company, P.L.L.C.
*Attorneys for Plaintiff Pilar More*         1809 Seventh Avenue, Suite 700
                                                    Seattle, Washington 98101
Date:_____                                   *Attorney for Plaintiff Shera Paglinawan*

                                                      Date:_____

_____
Plaintiff Sara Brackenrich

Date:_____

_____
Vincent L. DiTommaso
DiTommaso & Lubin, PC

-26-