UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In Re "A Million Little Pieces Litigation" | : : : : | MDL Docket No. 1771 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : : | |

## PROOF OF MAILING

I, Evan J. Smith, Esquire, am over the age of eighteen and on this 28th day of December, 2006, I certify that I have filed the attached Notice of Motion to preliminarily approve a class action settlement, Memorandum of Law, Declaration of Evan J. Smith, Esquire, Declaration of Larry D. Drury, Esquire, Declaration of Thomas M. Mullaney and this Proof of Mailing with all attachments thereto via SDNY ecf filing in the above captioned action and sent a true and correct copy of these papers via first class regular mail postage pre-paid to the following individuals:

Christopher W. Taylor, Esquire
Gancedo & Nieves, LLP
144 West Colorado Boulevard
Pasadena, CA  91105

**Attorneys for Plaintiffs Garrett Hauenstein and Jean Taylor**

Mitch Kalcheim, Esquire
KALCHEIM SALAH
2049 Century Park East, Suite 2150
Los Angeles, CA  90067

**Attorney for Plaintiff Sara Rubenstein**

Ralph Stone, Esquire
Shalov, Stone & Bonner, LLP
485 Sebenth Avenue, Suite 1000
New York, NY 10018

**Attorney for Plaintiff Sara Rubenstein**

dockets.Justia.com

Mark B. Blocker, Esquire
Sidley Austin, LLP
One South Dearbon Street
Chicago, IL 60603

**Attorneys for Defendants Random House, Inc. and Doubleday**

Elizabeth McNamara, Esquire
Davis Wright Tremaine, LLP
1633 Broadway
New York, New York 10019

**Attorneys for Defendants Random House, Inc. and Doubleday**

Derek J. Meyer, Esquire
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**Attorneys for Defendant James Frey**

Brad Feuer, General Counsel
Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

**Attorneys for Defendant Barnes & Noble, Inc.**

Alex Gigante, General Counsel
Penguin Group (USA), Inc.
375 Hudson Street
New York, NY 10014

**Attorneys for Defendant Sean McDonald**

Kassie Evashevski, Esquire
Brillstein Grey
9150 Wilshire Blvd.
Beverly Hills, CA 90212

**Defendant**


Dated: January 4, 2007                              */s/ Evan J. Smith, Esquire (ES3254)*
                                                                    Evan J. Smith, Esquire (ES3254)

2