## CERTIFICATE OF SERVICE

I, Sara Rosenberg, hereby certify that I filed Plaintiff Sara Rubenstein's Memorandum of Law in Opposition to the "A Million Little Pieces" Group's Motion For Preliminary Approval of Settlement, Certification of Settlement Class and Approval of Notice Plan via the ECF system of the Southern District of New York and served copies of the foregoing papers upon the following counsel by U.S. mail this 19th day of January, 2007:

ATTORNEY FOR PLAINTIFF MICHELE SNOW:

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, NY 11501
Tel: 516-741-4977
Fax: 610-667-9029

ATTORNEY FOR PLAINTIFF JIMMY FLOYD and KAREN FUTRERNICK:

Alan S. Ripka
Ripka, Rottre & King, LLP
275 Madison Avenue
New York, NY 10016
Tel: 212-685-8888 ex. 8653
Fax: 212-532-0176
aripka@ripkalaw.com

ATTORNEY FOR PLAINTIFFS JENNIFER COHN & DIANE MAROLDA:

Thomas M. Mullaney
Law Offices of Thomas M. Mullaney
708 Third Avenue, Suite 2500
New York, NY 10017
Tel: 212-223-0800
Fax: 212-661-9860

ATTORNEY FOR PLAINTIFF PILAR MORE:

Thomas E. Pakenas
Dale & Pakenas
641 West Lake Street, Suite 400
Chicago, IL 60661
Tel: 312-258-1800
Fax: 312-258-1804

ATTORNEY FOR PLAINTIFF ANN MARIE ATRACK:

Thomas A. Zimmerman, Jr.
Zimmerman & Associates, P.C.
100 West Monroe, Suite 1300
Chicago, IL 60603
Tel: 312-440-0020
Fax: 312-440-4180

ATTORNEYS FOR PLAINTIFFS GARRETT HAUENSTEIN & JEAN TAYLOR:

Christopher W. Taylor
Gancedo & Nieves, LLP
144 West Colorado Boulevard
Pasadena, CA 91105
Tel: 626-685-9800
Fax: 626-685-9808

Dockets.Justia.com

ATTORNEY FOR SHERA PAGLINAWAN &
WENDY SHAW:

    Michael David Myers
    Myers & Company, PLLC
    1809 Seventh Avenue, Suite 700
    Seattle, WA 98101
    Tel: 206-398-1188

ATTORNEYS FOR PLAINTIFF JILL GILES:

    Scott C. Frost
    Statman, Harris, Siegel &
      Eyrich, LLC
    333 West Wacker Drive, Suite 1710
    Chicago, IL 60606
    Tel: 312-263-1070
    Fax: 312-263-1201

    Alan J. Statman
    Statman, Harris, Siegel &
      Eyrich, LLC
    2900 Chemed Center
    255 E. Fifth Street
    Cincinnati, OH 45202
    Tel: 513-621-2666

ATTORNEYS FOR PLAINTIFF MARCIA
VEDRAL:

    John H. Alexander
    John H. Alexander & Associates, LLC
    100 West Monroe, 21st Floor
    Chicago, IL 60602

    Larry Drury
    Larry D. Drury, Ltd.
    205 W. Randolph Street, Suite 1430
    Chicago, IL 60606
    Tel: 312-346-7950
    Fax: 312-346-5777

ATTORNEYS FOR PLAINTIFF
GREGORY RIVARD:

    Mark S. Baumkel
    Provizer & Phillips, P.C.
    30200 Telegraph Road, Suite 200
    Bingham Farms, MI 48025
    Tel: 248-642-0444
    Fax: 248-642-6661

    E. Powell Miller
    Miller Shea, P.C.
    950 W. University Drive, Suite 300
    Rochester, MI 48301

ATTORNEYS FOR DEFENDANTS
RANDOM HOUSE AND DOUBLEDAY:

    Mark B. Blocker
    Sidley Austin, LLP
    One South Dearborn Street
    Chicago, IL 60603
    Tel: 312-853-6097
    Fax: 312-853-7036

    Rebecca Green Goldstein
    Sidley Austin, LLP
    555 West Fifth Street, Suite 4000
    Los Angeles, CA 90013
    Tel: 213-896-6000

    Elizabeth McNamara
    Davis Wright Tremaine, LLP
    1633 Broadway
    New York, NY 10019
    Tel: 212-489-8230
    Fax: 212-489-8340

ATTORNEYS FOR DEFENDANT JAMES FREY:

    Derek J. Meyer
    McDermott Will & Emery
    227 West Monroe Street, Suite 4400
    Chicago, IL 60606-5096
    Tel: 312-372-2000
    Fax: 312-984-7700

ATTORNEYS FOR DEFENDANT and DEFENDANT BIG JIM INDUSTRIES, INC.

    Matthew X. Oster
    McDermott Will & Emery
    2049 Century Park East, 34th Floor
    Los Angeles, CA 90067
    Tel: 310-277-4110
    Fax: 312-984-7700

ATTORNEYS FOR DEFENDANT ANCHOR BOOKS:

    Fred B. Burnside
    Davis Wright Tremaine LLP
    1501 4th Ave, Suite 2600
    Seattle, WA 98101
    Tel: 206-622-3150
    Fax: 206-628-7699

ATTORNEY FOR DEFENDANT BARNES & NOBLE:

    Brad Feuer, General Counsel
    Barnes & Noble, Inc.
    122 Fifth Avenue
    New York, NY 10011
    Tel: 212-633-3300
    Fax: 212-463-5683

ATTORNEY FOR DEFENDANT SEAN MCDONALD:

    Alex Giganle, General Counsel
    Penguin Group (USA) Inc.
    375 Hudson Street
    New York, NY 10014
    Tel: 212-366-2000
    Fax: 212-366-2687

ATTORNEYS FOR DEFENDANT RANDOM HOUSE, V.G. INC:

    Matthew C. Blickensderfer
    Frost Brown Todd LLC
    201 East 5th Street
    Cincinnati, OH 45202
    Tel: 513-651-6800
    Fax: 513-651-6981

ATTORNEY FOR DEFENDANT:

    Kassie Evashevski
    Brillstein Grey
    9150 Wilshire Blvd.
    Beverly Hills, CA 90212

LEAD COUNSEL FOR RANDOM HOUSE:

    Robert D. Balin
    Linda Steinman
    Davis Wright Tremaine, L.L.P.
    1633 Broadway
    New York, NY 10019
    Tel: 212-489-8230
    Fax: 212-489-8340

ATTORNEY FOR DEFENDANT SARA
BRACKENRICH:

Brian C. Witter
DiTommaso Lubin
17 West 220
22nd Street
Oakbrook Terrace, IL 60181
Tel: 630-333-0000
Fax: 630-333-0333

                                          /s/ Sara Rosenberg