

# Organizational Profile

## RUST CONSULTING, INC.

Rust Consulting, Inc. was founded in 1976 and is a wholly owned subsidiary of SOURCECORP. Rust provides a variety of services to clients, including direct mail notification, published media campaigns, telephone support services, claims processing and award distributions. Rust began its class action claims administration practice in 1988 with work on the $45 million Chubb drought insurance settlement and continues today providing services for the $1.1 billion Microsoft California settlement.

Rust has provided claims administration services for over 1,000 class action settlements, including $4+ billion (in aggregate) for a series of life insurance market conduct settlements, the $950 million PB Pipe settlement, the $850+ million Masonite siding and roofing settlements, the $515 million Bank of America settlements, the $432 million Global Research Analyst Settlement, the $250 million Alliance Settlement, the $135 million CD Music Antitrust Settlement, and the $100 million Mylan Laboratories Lorazepam/Clorazepate settlement.

We have mailed over 10 million notices in a 10-day period, handled over 100,000 telephone calls in a day for a project, and paid out more than $3.5 billion in settlement assets. Rust has experience providing administrative services in complex areas where specialized systems and consulting services are required.

Today, Rust has 870 seats in its call centers and has the capacity to add more. It provides a variety of high-level telephone support services to clients including interactive voice services, live telephone support and internet-enabled telephone support services. We have taken over 1 million telephone calls on five separate projects. Numerous other projects have had call volumes ranging from 250,000 to 700,000 telephone calls.

Rust has two full-service centers located in Minneapolis and Faribault, Minnesota, and frequently teams with sister companies Complete Claim Solutions, LLC and Kinsella/Novak Communications, Ltd to offer clients the flexibility and convenience of additional locations in New York, Washington D.C. and Florida and unparalleled expertise and service options. For more information visit the Rust website at www.rustconsulting.com.

## SOURCECORP, INC.

SOURCECORP is a leading provider of business process outsourcing solutions to clients nationwide. SOURCECORP helps its clients create competitive advantages through outsourcing. Headquartered in Dallas, the company serves clients in information-intensive industries such as healthcare, legal, financial services and government. SOURCECORP is a component of both the S&P SmallCap 600 Index and the Russell 2000 Index.

SOURCECORP employs approximately 9,000 people and operates in over 40 states, Washington D.C., Puerto Rico and Mexico. The Company has previously been recognized by Forbes Magazine as one of the 200 Best Small Companies, based on return on equity, sales growth and EPS growth, and by FORTUNE magazine naming SOURCECORP as one of America's Fastest Growing Public Companies. For more information visit the SOURCECORP web site at www.srcp.com.

Confidential – Last updated 2/7/07
Rust Consulting, Inc.

1

Dockets.Justia.com

 Organizational Profile

**SCOPE OF SERVICES**

Rust provides all the necessary support to assist clients in the print-and-mail process, claims administration and distribution. We design custom programs and services that best serve your specific needs and objectives. These services are designed to provide the most efficient and effective means of processing claims and distributing assets. We take pride in our ability to provide the level of support necessary to successfully complete projects in a timely manner and to serve the unique needs of each client within the required timeline and budget. At the beginning of the engagement, we work with you to provide a complete and detailed plan that serves as a guide to the successful and timely completion of the project.

Our available services encompass the following aspects of administration:

- <u>Project Initialization</u>: Develop a detailed project plan, define database criteria, design mail-pieces, and determine telephone scripting and routing requirements.

- <u>Distribution Fund</u>: Obtain tax identification numbers, establish Escrow fund, obtain tax opinion regarding the taxability of proceeds, and prepare schedule of tax return filing dates.

- <u>Database</u>: Determine sources of database information, design database, obtain database records from clients and compile database of claimant and claim information.

- <u>Claimant Communication</u>: Establish a toll-free telephone support system to respond to questions from claimants and to mail requests for Notices and Claim Forms.

- <u>Internet</u>: Design and maintain internet web sites that include general information, links to project documents, and the ability to file a claim on-line.

- <u>Mail Piece</u>: Development of the printed mail piece. Print with individual personal data.

- <u>Claim Form Processing</u>: Perform all services related to processing and validating claims. This includes inbound mail processing, imaging, data entry, claims validation, integrity checking procedures and resolving incomplete and problem claims.

- <u>Refund Distribution</u>: Calculate refunds, distribute checks and tax documents (if needed), and reconcile accounts.

- <u>Taxes (if needed)</u>: Determine and resolve tax issues and prepare and file all required tax documents.

- <u>Reports</u>: Prepare all reports and affidavits required by client.

Below is a partial listing of cases Rust has administered.

 # Selected Case Experience

*Abed v. Progressive Casualty Insurance Company, et al.,* No. 842107-6 (Sup. Ct.St CA Cty Alameda)

*Adams, et al., v. The Money Store, Inc., et al.,* No. 8-99-1988-13 (US Dist. Ct Dist. SC Greenville Div.)

*Ahearn v. Fibreboard*, No. 6:93cv.526 (US Dist. Ct. E.D. TX)

*Aks v. Southgate Trust Co.*, No. 92-2193-L (US Dist. Ct. KS)

*Alachua General Hospital v. Jason Greene*, No. 90-3359-CA (FL Cir. Ct Alachua Co.)

*Allen v. Thorn Americas, Inc.,* Case No. 97-1159-CV.-W-SOW (US Dist. Ct. W.D. MO)

*Anderson, et al., v. Cedar Grove Composting, Inc*. No. 97-2-22820-4SEA (Sup. Ct. St WA King Cty)

*Anderson, et al., v. Swift & Co.,* No. 4-99-CV.-798 (US Dist Ct MN)

*Anderson, et al., v. The Goodyear Tire & Rubber Company, et al.,* No. 98 CV439 Div H (Dist Ct. Eagle Ct. CO)

*Anhalt v. USX Corp.,* No. DV. -91-091 (AL Cir. Ct Fayette Co.)

*Arscott v. Humana Hospital Daytona Beach,* No. 91-2478-CI-CI (FL Cir. Ct Volusia Co.)

*Aston v. Marriott International, Inc.,* No. 4185 (Sup. Ct. CA Cty of Los Angeles)

*Austin, et al., v. Aramark, et al.,* Case Number 02CC00105 in the Superior Court of the State of California.

*Babbitt v. Albertson's Inc.*, No. C92-1883 WHO (US Dist. Ct. N.D. CA)

*Backstrom v. Methodist Hospital*, No. H-94-1877 (US Dist. Ct. S.D. TX)

*Badman, et al., v. Monaco Coach Corporation and HR, LLC,* No. 500-CV-274 (US Dist Ct. E Dist of TX Texarkana Div.)

*Bailey v. Ameriquest Mortgage Company,* Case No. 01-545 (United States District Court, District of Minnesota)

*Baird, et al., v. Thomson Consumer Electronics, Inc.,* Case No. 00-L-000761 (Cir Ct. Third Jud Cir. Madison Cty IL)

*Barajas, et al., v. Cintas Corporation, et al.,* Case No. BC261276 (Sup Ct. St CA Cty of Los Angeles)

*Barnaby, et al., v. Marathon Oil Company,* Case No. C-96-40 (Dist Ct. Latimer Cty ST OK)

*Barnicle v. American General Corp.*, No. EC 011 865 (CA Sup. Ct. San Diego Co.)

*Barry, et al., v. Cost Plus, Inc.,* Case No. 01CC003 (Sup Ct ct CA Cty Orange)

*Beasley v. First Family Financial*, No. CV.94-01476 (AL Cir. Ct., Jefferson Co.)

*Beatty, et al., v. Government Employees Insurance Company,* Case No. GIC 766239 (Sup Ct. St CA, Cty of San Diego)

*Beavers v. American General Finance, Inc.,* No. CV.-94-174 (AL Cir. Ct., Walker Co.)

*Beckmann v. CBS, Inc.,* No. 3-96 1172 (US Dist. Ct. Dist. MN)

*Behr Wood Sealant Cases* Nos. 4132 & 4138 (Sup Ct St CA Cty San Joaquin)

*Belcher, et al., v. Shoney's Inc.,* No. 3-95-1151 & No 3-96-001 (Dist. Ct. Mid Dist. TN, Nashville, Div.)

*Bellmore, et al., v. Jack In The Box Inc., Case* No. GIC 765905 (Sup CT St CA Cty San Diego)

*Benacquisto v. American Express Financial Corp., et al.,* No.00-1980 DSD (US Dist. Ct., 4th Dist., Dist. MN)

*Berg v. US Credit Services, Inc.,* No. 96-30-CIV.-FTM-21D (US Dist. Ct. M.D. FL)

*Berkheimer, et al., v. CELLULAR ONE et al.,* Civ. Case No. CAL 95-26018 (MD Cir. Ct. Prince George's Co.)

*Berquist, et al., v. American Family Mutual Insurance Company, et al.,* No. 96CV (St. WI, Cir. Ct., St. Croix County)

*Black, et al., v. Fag Bearings Corp.,* Case No. CV.396-264CC (Cir. Ct., Newton Cty, MO Neosho)

*Blake v. Abbott Laboratories*, No. L-8950 (TN Dist. Ct., Blount Co.)

*Blanke v. Lincoln National Life Ins. Co., et al.,* Number 512,048 Div. K (24th Jud Dist. Ct., Par. Jefferson, St LA)

*Bokusky v. Edina Realty, Inc.*, No. 3-92—223 (US Dist. Ct. MN)

*Boles, et al., v. Metropolitan Federal Bank*, Case No. 775426 (SUP Ct., St CA, Cty Orange)

*Bolton, et al., v. Dallas County Community College District, et al.,* Cause No. DV.9802991 (192nd Jud. Dist. Ct., Dallas Cty, TX)

# Selected Case Experience

***Bonilla v. Trebol Motors Corp.***, No. 92-1795(JP) (US Dist. Ct. PR)

***Borja v. Wal-Mart Stores, Inc.***, Civ. Action No.98-CV-119 (Dist Ct Las Animas Cty St CO)

***Branin v. Asarco, Inc.***, No. C93-5132 (B) WD (US Dist. Ct. W.D. WA)

***Brighton, et al., v. Cedar Grove Composting, et al.,*** Ca. No. 97-2-21660-5 SEA (Sup Ct, St WA King Cty)

***Brinkley, et al., v. The Krystal. Co.***

***Broder v. MBNA Corporation and MBNA America Bank, N.A.,*** Index No. 98/605153(SUP CT, St New York, Cty New York)

***Broin v. Philip Morris Inc., et al.,*** Case No. 91-49738 CA (22) (In Cir. Ct 11th Jud Cir and Dade Cty, FL)

***Brown v. GMAC Insurance Group et al.,*** Orange County, California Superior Court, Case No. 02CC00056

***Brown, et al., v. American Home Products Corp.,*** Civ. Act. No. 99-20593 (US Dist. Ct. E. D. PA)

***Bruggers, D.D.S. v. Eastman Kodak Company, et al.,*** No. 97CV11278 (In the Gen. Ct. of JUS SUP CT Div., ST NC, Cty Wake)

***Brunson, et al., v. City of New York***, 94 Civ. 4507 (LAP) (US Dist. Ct. S.D. NY)

***Bryan v. Ameriquest Mortgage Company,*** Case No. 00CC12831 (Sup Ct. CA, Cty Orange)

***Bunch, et al., v. Rent-A-Center, Inc.,*** Case No. 00-0364-CV-W-3 (US Dist. Ct, Western Dist of MO, Western Div.)

***Burch, et al., v. American Home Products Corp., et al.,*** Civ. Action No. 97-204 (1-11) (Cir. Ct Brooke Cty, WV)

***Burke, et al., v. Denny's Holdings, Inc., et al.,*** No. 00-2-14177-7SEA (Sup Ct, ST WA, Cty King)

***Burney, et al., v. Thorn Americas, Inc.,*** No. 97-CV.-1596 (WI. Cir. Ct. Racine Co.)

***Buscher v. Abbott Laboratories***, No. 94-C-755 (WV. Cir. Ct., Kanawha Co.)

***Bussie, et al., v. Allmerica, et al.,*** Act. No. 97-40204 (US Dist. Ct. Dist. MA)

***Butler, et al., v. Provident Mutual Life Ins. Co. of Philadelphia,*** Civ. Act. Trail Div., November Term, 1997, No. 1247 (Ct. Com Pleas Philadelphia Cty)

***Corea v. Chase Manhattan Mortgage Corporation,***

***Byrd, et al., v. Metropolitan Corporation, et al.,*** No. CT-00-016055 (ST. MN, Cty Hennepin, Dist. CT, Fourth Jud Dist.)

***Campbell v. Paducah & Louisville Railway, Inc.***, No. 93-CI-05543 (KY Cir. Ct., Jefferson Co.)

***Campbell, et al., v. Investors Financial Services Corp.,*** Case No. 03-AS-00406 (SUP CT ST CA, Cty Sacramento)

***Carlson, et al., v. Abbott Laboratories, et al.,*** Wis. Case Nos. 94-CV-002609 and 94-CV-009007 (ST WI, Cir CT, Milwaukee Cty.)

***Carter, et al., v. ICR Services, Inc. D/B/A National Credit Repair, et al.,*** Civ. No. CV-00-C-2666-W (US Dist Ct, No. Dist of AL, Western Div)

***CFC Investors Defense Fund, et al., v. MIRI Recovery Inc., et al.,*** Case No. 960908531CV (Third Jud. Dist. CT, ST UT, Cty of Salt Lake)

***Chain v. General American Life Ins. Co.,*** No. 4:97CV.1244 CDP (US Dist. Ct. D Dist. MO E.D.)

***Cicarell v. Provident Mutual Life Ins. Co. of Philadelphia,*** Civ. Act. Trial Div., April Term, 1996 No. 0037 (Ct Com Pleas Philadelphia Cty)

***Circle Plumbing v. Ferguson***, No. 92-036478 (TX Dist. Ct., Harris Co.)

***Clark v. I C System, Inc.,*** No. 4-94-00071 (US Dist. Ct. MN)

***ClickShip Direct, Inc. Warn Act Settlement,*** Nos. 02-12232 - 02-12235 (ALG) Jointly Administered (US Bankr. Ct S Dist NY)

***Cliver, et al., v. Rainbow Apparel Co., et al***., Case No. C-99-4425 PJH (N.D. CA)

***Cobb v. Bank of Hemet Settlement***, Case No. 29556 (Sup. Ct. St CA, Cty Riverside)

***Collins, et al., v. International Dairy Queen, Inc., et al.,*** 94-95-4 MAC (WDO) (US Dist. Ct. M. D. GA – Macon Div.)

***Comfort v. Kimberly-Clark Corp***., No. DV. -90-616 (AL Cir. Ct., Shelby Co.)

***Consola v. Bob Lewis Volkswagen, et al.,*** Case No. CV 789022 (Sup. Ct., St. CA, Santa Clara Cty)

***Cook v. LADA***, No. 94-1730 (US Dist. Ct. W.D. LA)

***Cooksey v. Hawkins Chemical,*** No. PI 95-003603 (MN Dist. Ct., Henn. Co.)

***Coppola v. Wendover Funding, Inc.***, No. 96-11458 PBS (US Dist. Ct. MA)

***Donelan v. Abbott Laboratories***, No. CV.-93-663

# RUST Selected Case Experience

Case No. CV98-03814 (SUP CT St AZ, Maricopa Cty)

*Cosby v. Masonite Corp.,* No. CV.-98-2446 (AL Cir. Ct., Mobile Co.)

*County of Santa Clara v. Central Sprinkler Corp.,* No. CV.771019 (CA Sup. Ct., Santa Clara Co.)

*Cox v. Country Mutual Insurance Company, et al.,* No. 00 L 721 (Cir CT Madison Cty IL)

*Cox v. Shell Oil Co.*, No. 18,844 (Chancery Ct., Obion Co., Union City TN)

*Cox v. Work Recovery, Inc.,* No. CV.-95-538-TUC-ACM (US Dist. Ct. AZ)

*Crocker v. Sunshine Corp.*, No. 93-2224-H/A (US Dist Ct W.D. TN)

*CSCC Mailing*

*Cuvillier, et al., v. Alta Colleges, Inc.,* Case No. SACV02-935-GLT (United States District Court for the Central District of California-Southern Division)

*Daino, et al., v. Hevesi (City of New York),* Index No. 122977/95 (Supreme Ct St NY Cty of NY: IAS Part 13)

*Danko v. Erie Ins. Exchange*, No. 298 1991, G.D. (PA Ct. C.P., Fayette Co.)

*Dannelley v. Hollywood Entertainment, Inc.,* No. 816155 (SUP Ct., ST of CA, Cty of Orange)

*Danny's Trannys, Inc., et al., State of Minnesota, et al.,* No. C7-00-005714 (Dist CT, Second JUD Dist, ST MN, Cty Ramsey)

*Dehne, et al., v. American Family Life Ins. Co.,* Case No. 97-CV.-388 (St WI Cir Ct. Waukesha Cty)

*Delaney v. Enterprise Rent-A-Car Company, Inc. and ELRAC, Inc.,* Doc No. OCN-L-1160-01 (Sup CT NJ, Ocean Cty, Law Div)

*DesVersailles v. Nutrition for Life International, Inc.,* No. H-96-2678 (US Dist. Ct. S.D. TX)

*DeVincenzi v. Abbott Laboratories*, No. CV.-94-02528 (NV. Dist. Ct., Washoe Co.)

*Diffie v. National Western Life Ins.,* No. 96-03745 (TX Dist. Ct., Travis Co.)

*Dismuke v. Edina Realty, Inc.*, No. 92-8716 (MN Dist. Ct., Henn. Co.)

*Doherty v. Polk Audio, Inc., et al.,* C.A. No. 24-C-99-001794 (Cir. Ct. Baltimore City)

*Felts, et al., v. Starlight International, LTD,* Case No.: 01-71539 (US Dist. CT E Dist MI S Div)

(KS Dist. Ct., Sedgwick Co.)

*Drennen v. Protective Life Ins.*, No. 96-6010 (AL Cir. Ct., Jefferson Co.)

*Duckworth v. Country Life Ins. Co.,* No. 98 CH 010-46 (Cir. Ct. Cook Cty, IL, Cty Dept, Chancery Div.)

*Duran, et al., v. AT&T Corp., et al.,* Case No. C2-99-418 (United States District Court for the Southern District of Ohio)

*Durden v. Abbott Laboratories*, No. CV.-93-663 (AL Cir. Ct., Calhoun Co.)

*Durkee v. Wal-Mart Stores, Inc.,* Civ. Act. No. 98-CV.-119 (Dist Ct Las Animas Cty St. CO)

*Dwyer v. J.I. Kislak Mortgage Corporation,* No. 97-2-10584-6 SEA (Sup Ct King Cty WA)

*Dybevik, et al., v. Quality Pork Processors, Inc.*, No/00-1611 (US Dist. MN)

*Dyson v. Flagstar Corp. and Denny's Inc.*, No. DKC93-1503 (US Dist. Ct. M.D.)

*Echegary v. 21 Century Insurance Company, et al.,* No. BC 255189 (Sup Ct, State of CA, Cty of Los Angeles)

*Edelen, et al., v. Shoney's Inc.,* No. 3-97-1211 (Dist. Ct., M.D.TN, Nashville, Div.)

*Eichenberger, et al., v. FBS Mortgage Corp.,* Case No. 2826320 (Riverside Co. Sup. Ct., St CA)

*Eilers Furs of Rapid City v. US West Communications, Inc.,* No. 92-5121 (US Dist. Ct. SD)

*Elkins v. Equitable Life Ins. Co. of Iowa,* No. 96-296-CIV.-T-17B (US Dist. Ct. M.D. FL.)

*Emil v. Sparano v. Southland Corp.*, No 94 C 2098 (US Dist. Ct. N.D. IL)

*Erichs v. Venator Group, Inc.,* No. C-98-2981 SBA (US Dist CT N Dist. CA)

*Everett v. Borders, Inc.,* No. 311356 (San Francisco Cty Sup Ct, ST CA)

*Everett, et al., v. Borders, Inc.,* Case No. 311356 (Borders Survey)

*Farrimond v. Florida Progress Corp., Mid-Continent Life Ins. Co., et al.,* Case No. CJ-99-130-65 (Dist Ct. Ok Cty, St. OK)

*Federal Trade Commission v. Mylan Laboratories, Inc., et al.,* Civ. No. 1:98-CV-3114 (TFH) Misc. No. 990276 (TFH/JMF)

*Garst, et al., v. Franklin Life Ins. Co. et al.,* Case No. 97-C-0074-S (US Dist. Ct. No. Dist AL, SD)



# Selected Case Experience

*Fernandez v. State Farm Mutual Automobile Ins. Co.,* Case No. 97-11430 CA 25 (Cir. Ct. 11th Jud. Cir. Miami-Dade Cty, FL)

*Fiez v. Brown Group Retail, Inc. dba Famous Footwear,* Case No. 01CC00381 (Superior Court of the State of California for the County of Orange, Central Justice Center)

*Finucan v. Egghead, Inc.*, No. C93-1268WD (US Dist. Ct. W.D. WA)

*Fisher, et al., v. Iowa Rural Housing, Inc., et al.,* Equity No. EQEA 083974 (IA Dist. CT, Mahaska Cty)

*Fogie, et al., v. Thorn Americas, Inc., et al.,* Civ. File No. 3-94-359 (US Dist. Ct. Dist., MN, 3rd Div.)

*Folkerts, et al., v. Bath & Body Works, Inc., No.* BC258722 (Sup Ct ST CA Cty Los Angeles)

*Forbush v. J. C. Penney Co.*, Nos. 3:90-2719-X, 3:92-0109-X (US Dist. Ct. N.D. TX)

*Ford, et al., v. American Express Financial Advisors, Inc.,* Case No. 000905126 (Third Dist. Salt Lake Cty, UT)

*Fox v. Integra Financial Corp.,* No. 90-1504 (US Dist. Ct. W.D. PA)

*Franco, et al v. Vans Inc., et al.,* No. 01CC03995 (SUP Ct, ST of CA, Cty of Orange)

*Franklin I, et al., v. First Union Corp., et al.,* Civ. Act. No. 3:99cv.344 (US Dist. Ct. E.E. V.A)

*Franklin II, et al., v. First Union Corp., et al.,* Civ. Act. No. 3:99cv.610 (US Dist. Ct. E.E. V.A)

*Free v. Abbott Laboratories*, No. 93-972-A-1 (US Dist. Ct. M.D. LA)

*Frerichs v. Credential Services International, et al.,* No. 98 C 3684 (US Dist. Ct. N. D. IL, E D.)

*Frost v. Pacific Theatres Corporation,* Case No. BC255328 (SUP CT ST CA, Cty Los Angeles Central)

*Fruchter v. Florida Progress Corp., et al.,* Case No. 99-6167-CI-20 (Cir Ct. of Sixth Jud., Cir. In and for Pinellas Cty, FL)

*Galanti v. The Goodyear Tire & Rubber Co.,* Civ. Action No. 03-209 (US Dist. Ct. Dist of NJ)

*Garcia v. Houston Northwest Medical Center, Inc.,* No. H-94-2276, (US Dist. Ct. SD TX)

*Hearth v. First National Life Ins. Co. of America*, No. 95-818-T-21A (US Dist. Ct. M.D. FL)

*Heathcock, et al., v. Transworld Assurance*

*Garza v. Sporting Goods Properties Inc.*, No. SA 93-CA-1082 (US Dist. Ct. W.D. TX)

*George v. BancOhio National Corp.*, No. C2-92-314 (US Dist. Ct. SD OH)

*Gilford v. The Detroit Edison Co.,* No. 93-333296 (U.S. Dist. Ct. MI)

*Green v. Metropolitan Ins. and Annuity Co.,* No. 969547 (CA Sup. Ct., San Francisco Co.)

*Griffeth, et al., v. Principal Life Insurance Company,* Civ. Action File No. E-55756 (Sup CT Fulton Cty, ST GA)

*Griffin, et al., v. Farmers Group, Inc. No*. 98 CH 0238 (Cir CT 18th Jud Cir, DuPage Cty, IL)

*Grove, et al., v. Principal Mutual Life Insurance Company,* No. 4-97-CV-90224 (US Dist. Ct. S Dist. IA C Div.)

*Gruber, et al., v. Hubbard Bert Karle Weber, Inc., et al.,* No. 85-63E (US Dist CT, Western Dist. PA)

*Gryzbowski v. Prudential Home Mortgage Co*., No. 97-13319-CP (MI Cir. Ct., Wexford Co.)

*Gutterman, et al., v. American Airlines, Inc.,* No. 95 CH 982 (Cir. Ct Cook Cty, IL, Cty Dept, Law Div.)

*Haag, et al. v. Hartford Life and Accident Insurance Company,* No. C8-01-1013 (Dist Ct 1st Jud Dist ST MN, Cty Hennepin)

*Hagemann v. Abbott Laboratories*, No. 94-221 (SD Cir. Ct., Hughes Co.)

*Hammarlund v. PETCO Animal Supplies, Inc.,* No. GIC 778742 (Sup Ct, San Diego Cty, ST CA)

*Hampton v. Guardsmark, Inc. Case,* No. 321672 (Sup. Ct CA City & Cty San Francisco)

*Hanon, et al., v. Horace Mann Life Insurance Co., et al.,* Cause No. 000375 (Dist. Ct. Harrison Cty, 71st Judi cal Dist.)

*Hart v. Central Sprinkler Corp.,* No. BC176727 (CA Sup. Ct., Los Angeles Co.)

*Hartings v. American Express Co.*, No. 88-0744 (US Dist. Ct. W.D. PA)

*Hayden v. Atochem North America, Inc., et al.,* Civ. Act. H-92-1054 (US Dist. Ct., S. D. TX)

*Ireland v. Strategic Hotel Capital, et al., Case No. 01CC10246, (Orange Cty Sup Ct of CA)*

*Humphrey, Atty. Gen. v. Abbott Laboratories*, No.

# Selected Case Experience

*Company, et al.,* Civ. No. 409338 (SUP CT, St CA, Cty of San Mateo)

*Heilman v. Abbott Laboratories*, No. 94-C-2716 (ND Dist. Ct., Burleigh Co.)

*Herron-Elzie v. Sprint Corporation,* Case No. 02AS06005 (SUP CT ST CA, Cty Sacramento)

*Hill, et al., v. Sears, Roebuck and Co.,* Civ. No. 4:01CV00123 SWW (US Dist Ct., Eastern Dist. Of AR, Little Rock Div.)

*Hinton v. ColorTyme Inc., and Renters Choice, Inc.,* No. 94-CV. 5198 (WI Cir. Ct., Milwaukee Co.)

*Hobbs v. Roth Staffing Companies*

*Hofer v. Capitol American Life Ins. Co.,* Docket 24, No. 336 (WY Dist. Ct., Goshen Co.)

*Hoffman v. American Express Travel Related Services Co.,* Case No. 2001-022881 (Superior Court of the State of California for the County of Alameda)

*Hoffman v. Sbarro, Inc.*

*Holloway, et al., v. J.C. Penney Life Insurance Company,* No. 97 C 4555 (US Dist. Ct. N.D. IL E. D.)

*Holly Glen Partners v. Polk Audio, Inc., et al.,* C.A. No. 24-C-99-004768 (Ct. Baltimore City)

*Holmes v. Abbott Laboratories*, No. 94-744-CP (MI Cir. Ct., Calhoun Co.)

*Holzer v. Homestead Bank,* Civ. Action No. 2002CV55833 (SUP CT Fulton Cty, ST GA)

Hotel Energy Fee Case: *Blumenthal v. Hilton Hotels Corporation*, Case No. 321189 ( San Francisco Cty Sup Ct)

Hotel Energy Fee Case: *Jones v. Hilton Hotels Corporation*, Case No. BC 250859 (Los Angeles Cty Sup Ct)

Hotel Energy Fee Case: *Young v. Hyatt Corporation*, Case No. 321187 (San Francisco Cty Sup Ct)

Hotel Energy Fee Case: *Aston v. Marriott International, Inc.*, Case No. BC 250226 (Los Angeles Cty Sup Ct)

Hotel Energy Fee Case: *Dugan c. Starwood Hotels & Resorts Worldwide, Inc*., Case No. 321226 (San Francisco Cty Sup Ct)

Hotel Energy Fee Case: *Mandra v. Starwood Hotels & Resorts Worldwide, Inc*., Case No. GIC 766025 (San Diego Cty Sup Ct)

*In re National Life Ins. Co*., No. 2-97-CV.-314 (US Dist. Ct. VT)

*In re Raytech Corp. Bankruptcy*, Case No. 89-00293 (US Bankr. Ct. CT)

C8-95-6810 (MN Dist. Ct., Ramsey Co.)

*Hutnyan v. The Prudential Home Mortgage Co., Inc.,* Docket Number L-302-98 Civ. Act. (Sup Ct. NJ, Law Div. Essex Cty)

*Hyde v. Abbott Laboratories*, No. 94-CV.S-500 (NC Sup. Ct. Div., Jackson Co.)

*In re American, Inc., Case No. 00-10995 Sec. "B" (US Dist. Ct. E.E. LA)*

*In re Babcock & Wilcox Construction Company, Case No. 00-10994 Sec. "B"* (US Dist. Ct. E.E. LA)

*In re Buspirone Antitrust Litigation,* MDL 1413 (US Dist Ct S Dist NY)

*In re Cardizem® CD Antitrust Litigation,* Master File No. 99-MD-1278 (*United States District Court, Eastern District of Michigan)

*In re Celotex Corp.*, Nos. 90-10016-8B1, 90-10017-8B1 (US Dist. Ct. M.D. FL)

*In re Chambers Development Corp. Securities Litigation*, MDL No. 982 (US Dist. Ct. W.D. PA)

*In re Compact Disc Minimum Advertised Price Antitrust Litigation,* MDL Docket No. 1361 (US Dist Ct Dist ME)

*In re Diamond Power International, Inc.,* Case No. 00-10993 Sec. "B" (US Dist. Ct. E.E. LA)

*In re Diet Drugs Liability Litigation,* M. D. L. 1203 (US Dist. Ct. E. D. PA)

*In re Homestore.com Securities Litigation,* Master File No. 01-CV-11115 MJP (CWx) (US Dist. Ct. Central Dist. CA Western Div.)

*In re Louisiana-Pacific Corp. Inner-Seal Oriented strand Board (OSB) Trade Practices Litigation,* C96-2409 VRW (Mellett), C96-2468 VRW (Stewart) C95-3178 VRW(Aguis)

*In re Lutheran Brotherhood Variable Insurance Products Co., Sales Practices Litigation,* (Ct File No. 99-MD-1309 (PAM/JGL))

*In re Metropolitan Life Ins. Co.,* Misc. Docket No. 96-179 MDL No. 1091 (US Dist. W. D. PA)

*In re Monosodium Glutamate Antitrust Litigation,* MDL Docket No. 00-1328 (PAM/JGL) (US Dist. Ct. Dist MN)

*In re Motorsports Merchandise Antitrust Litigation,* Civ. Act. No.: 1:97-CV.-2314-TWT (N. D. GA, Atlanta Div.)

*King Kolor v. Encad, Inc.,* Civ. Act. No. 98-D-2490 (US Dist. Ct., Dist CO)

*King v. American National Ins. Co*., No. CV.96-1074 (AL Ct., Jefferson Co.)



# Selected Case Experience

*In re Rio Hair Naturalizer Products Liability Litigation*, MDL No. 1055 (US Dist. Ct. E.D. MI)

*In Re Swanson Creek Oil Spill Litigation,* No. PJM-00-1429 (US Dist. For the Dist. of MD, SO Div.)

*In re the Babcock & Wilcox Co.*, Civ. Act. No. 00-0558 Bankr Case No. 00-10992 Sect: "R" (5) (US Dist. Ct. E. D. LA)

*In re Toys R US Antitrust Litigation,* 98 M. D. L. 1211 (NG) (JLC) (US Dist. Ct., E. D. NY)

*In re US Brass Corporation,* Case No. 94-40823S Chapter 11 (US Bkrcy CT E. Dist. TX, Sherman Div)

*In re WEBTV NETWORKS LITIGATION,* No. CV793511 (Sup Ct ST CA, Cty Santa Clara)

*Ingram, et al., v. Harris Health Plan, Inc., et al.,* Civ. Act. No. 598CV.179 (US Dist. Ct., E. D. TX, Texarkana Div.)

*Intalan, et al., v. Government Employees Insurance Company*, Case No. GIC 768186 (Sup CT ST CA, Cty of San Diego)

*Ireton, et al., v. American Family Life Ins. Co.,* Civ. Act. No. 97-C-1184 (US Dist Ct. E. D. WI)

*Johannes, et al. v. Aerotek, et al.,* No. 98-6153 DT (AJWx) (US Dist Ct, Central Dist. Of CA, Western Div)

*Jordan v. State Farm Life Ins.*, No. 97 CH 11 (IL Cir. Ct., McLean Co.)

*Jordan v. Western Diversified Life Ins. Co.,* CT 96-016337 (St. MN, Cty Henn. Dist. Ct. 4th Jud. Dist.)

*Kananack v. Chase Manhattan Mortgage Corporation,* Case No. CIV 197769 (Sup. Ct St CA Cty Ventura)

*Karges v. Massachusetts Mutual Life Insurance Company,* Case No. GIC-731920 (Supreme Court of California, San Diego County)

*Kelley v. Eastman Chemical Co., et al.,* Case No. 99 CV 001528 (St WI Cir Ct Dane Cty)

*Khan v. Denny's Holdings, Inc., et al.,* Case No. BC 177254 (Sup. Ct., St. CA Cty LA)

*Killman, et al., v. Safeco Insurance Company of America, et al., No.* 2002 L 176 (Cir Ct, First Jud Cir Williamson Cty, IL)

*Lee et al., v. USLIFE Corp. et al.,* Act. No. 1:97CV.-55-M (US Dist. Ct, W.D. KY, Bowling Green)

*Lee v. Capitol American Life Ins. Co.,* Docket 25, No. 369 (WY Dist. Ct., Goshen Co.)

*Lefler v. United Healthcare of Utah, Inc.* Case No.

*Kirk v. Vicorp Restaurant, Inc.,* Case No. BC 198202 (Los Angeles Cty Sup Ct St CA)

*Kirkvold v. Dakota Pork Industries,* No. 97-4166 (US Dist. Ct. SD)

*Klein v. ICT Group, Inc.,* Civ. No. 97-CV-6553 (US Dist. CT, Eastern Dist. of PA)

*Klinefelter, et al., v. First Life Assurance Co., et al.,* Case No. C-6930-96-G (US Dist. Ct. 370th Jud. Dist Hidalgo Cty TX)

*Knighten v. Mothers Work, Inc.,* Case No. BC277849 (Sup. Ct. St CA, Cty Los Angeles)

*Koczara, et al., v. Northwest Airlines, Inc.,* Case No. 99-900422-NO (St MI, Cir. Ct. Cty Wayne)

*Kolsrud v. Equitable Life Ins. Co. of Iowa,* No. 320838 (AZ Sup. Ct., Pima Co.)

*Kong, et al., v. Nova Cellular Co. et al.,* No. 95-CH-6227 (Cir. Ct., Cook Co., IL Co. Dept.)

*Kopies, Inc. v. Eastman Kodak Co.,* No.-94-0524 SBA (US Dist. Ct., No. Dist. CA)

*Kosen, et al., v. American Express Financial Advisors, Inc., et al.*, No. 1:02CV0082 (US Dist. Ct. Dist of Columbia)

*Kosnik v. Carrows Restaurants Inc., et al.,* Case No. BC21980 (Sup Ct., St CA, Cty Los Angeles)

*Kreidler, et al., v. Western-Southern Life Assurance Co., et al.,* No. 95-CV-157 (Ct Common Pleas Erie Cty, OH)

*LaJoie, et al., v. The Picture People Inc.,* Case No. 01CC00324 (Sup CT CA, Cty of Orange)

*Lambert v. Abbott Laboratories*, No. 94-CI-05684 (KY Cir. Ct., Jefferson Co.)

*LaMontagne v. Hurley State Bank et al.,* Act. No. 97-30093-MAP (US Dist. Ct. Dist. MA)

*Lampone v. Avis Rent A Car Inc. and Avis Rent A Car System, Inc.,* Case No. BC226584 (Los Angeles Superior Court)

*Lanningham v. Philips Electronics North America Corporation,* Index No. 102359/2001 (Supreme CT, ST NY, Cty NY)

*Lauderdale v. Abbott Laboratories*, No. CV.-95-652 (AL Cir. Ct., Calhoun Co.)

*Meewes v. ICI Dulux Paints, et al.,* Case No. BC265880 (Sup Ct St CA Cty Los Angeles)

*Mendias v. Ranstad North American, Inc.,* No. BC269586 (Sup Ct St CA Cty Los Angeles)

*Merk v. Jewel Foods*, No. 85 C 7876 (US Dist. Ct.

# Selected Case Experience

2:95 CV. 01109S (US Dist. Ct., Dist. UT, C. D.)

*Levin, et al., v. American General Life Ins. Co.,* Act. No. 3-98-0266 (US Dist. Ct. M.D. TN, Nashville Div.)

*Levine v. The Guardian Lie Insurance Company,* Case No. 723293 (SUP CT, ST of CA, Cty of San Diego)

*Limor, et al., v. United Presidential Life Ins. Co.,* Case No. 97C1086 (Cir. Ct. Davidson Cty. TN)

*Limper v. Matrix Financial Services Corp.,* No. 96-CV.H-022 (OH Ct. Comm. Pleas, Ottawa Co.)

*Lindmark, et al., v. American Express Company, et al.,* Case No. 00-8658-JFW (DWx) (US Dist CT, C Dist. CA)

*Lopez, et al., v. FT Mortgage Companies, et al.,* Docket No. C97-02558 (CA Sup. Ct. Contra Costa Co)

*Ludwig v. General American Life Ins. Co.,* No. 4:97CV.18920 CDP (US Dist. Ct. E Dist. MO E.D.)

*Mack v. Abbott Laboratories*, No. 94-581-CA (Fl Cir. Ct., Okaloosa Co.)

*Marks v. Infinity Insurance Company, et al.,* No. BC254175 (Sup Ct. St CA Cty Los Angeles)

*Maugeri v. The Credit Store, Inc.*, No. GIC 748164 (SUP CT CA Cty San Diego)

*Mason v. Farmers Ins., et al.,* Case No. BC 233229 (Sup Ct., St CA, Cty Los Angeles, Central Dist.)

*McCall v. John Hancock Life Insurance Company, et al.,* No. CV-2000-2818 (ST of NM, Cty of Santa Fe, 1st JUD Dist. CT)

*McCall, et al., v. Exxon Company U.S.A., et al.,* No. 13-435 (109th Jud Dist. Ct. Winkler Cty, TX)

*McGaren, et al., v. Commonwealth of Kentucky Revenue Cabinet, et al.*, No. 99 CI 01392 (Jefferson Cir Ct, Div 3, KY)

*McKernan, et al., v. Black & Decker, et al.,* Case No. CV.7722488 (Sup Ct. St CA, Cty Santa Clara)

*McKernan, et al., v. Black & Decker, Corp.; Southwall Technologies, Inc.* Case No. CV.7722488 (Sup Ct. St CA, Cty Santa Clara)

*McNeil v. American General Life & Accident Co.,* Case No. 3-99-1157 (US Dist. Ct. M.D. TN Nashville Div.)

*OCAW v. American Home Products,* No. 92-1238 (JP) (US Dist. Ct. PR)

*Pacific Design Center v. Lincoln Electric,* No. BC164229 (CA Super. Ct., Los Angeles Co.)

*Pacillo, et al., v. Philips Electronics North America Corporation, et al., No. L-3524-98 (SUP Ct NJ, Law* N.D. IL)

*Miller v. Renter's Choice,* No. CT-92-6772 (MN Dist. Ct., Henn. Co.)

*Miller, et al., v. American General Life and Accident Ins. Co. et al.,* Case No. CI199701525 (OH Com Pleas Ct., Lucas Cty.)

*Moeller v. Farmers Insurance Company of Washington and Farmers Insurance Exchange,* Case No. 99-2-07850-6 (Superior Court of the State of Washington)

*Moguel, et al., v. Dollar Rent-a-Car System, Inc.,* Case No. BC226757 (Sup Ct St CA Cty Los Angeles)

*Moran, et al., v. Bay Tower, Inc.,* C.A.No. 97-6049-A (Sup Ct St MA Cty Suffolk)

*Moore v. Abbott Laboratories*, No. 251-96-159 (MS Dist. Ct., Hinds Co.)

*Morris, et al., v. Life Insurance Company of Georgia, et al.,* No. CT-004246-00-4 (Cir CT, Shelby Cty, TN, 13th Jud Dist Memphis)

*Moseley, et al., v Big 5 Corp, et al.,* No. BC 255749 (Sup Ct, St of CA, Cty Los Angeles)

*Mostajo v. Coast National Insurance Company, No. 00 CC 15165 (Sup CT of CA, Cty Orange)*

*Murray, et al., v. Indianapolis Life Ins. Co.,* Cause No. 49D02-9603-CP-000303 (Marion Sup. C.D.)

*Murphy, et al., v. City of Yakima, et al.*

*Naef v. Masonite Corp.*, No. 94-4033 (AL Cir. Ct., Mobile Co.)

*Nash v. American Economy Insurance Company,* Civil Action File No. SU-03-CV-1972 (SUP CT Muscogee Cty, ST GA)

*Nigro Jr. v. Provident Mutual Life Ins. Co. of Philadelphia,* Civ. Act. Trail Div., May Term, 1999, No. 2195 (Ct. Com Pleas Philadelphia Cty)

*Nitti v. Edina Realty, Inc.*, No. 3-92—386 (US Dist. Ct. MN)

*NordicTrack, Inc. WARN Act Settlement Fund*

*Nunneker v. Colonial Insurance Company,* No. 412736 (Ct Common Pleas Cuyahoga Cty OH)

*Raz, et al., v. Archer Daniels Midland Co., Inc.,* No. 96-CV.-009729 (WI. Cir. Ct. Milwaukee Co.)

*Redding, et al., v. Marathon Oil Company,* Case No. C-96-40 (Dist Ct Latimer Cty, ST OK)

*Reinke v. Harold Chevrolet-Geo, Inc., et al.,* No CT01-1519 (ST MN, Cty Hennepin, Dist CT, Fourth



# Selected Case Experience

*Div, Camden Cty).*

*Peralta, et al., v. Popular Cash Express-California, Inc.,* Case No. BC 283704 (Sup. Ct., ST CA, Cty Los Angeles)

*Pennington, et al., v. Northbrook Property and Casualty Ins. Co.* Case No. CIV. 97-245S (US Dist. Ct. E. D. OK)

*Perez v. State Farm Fire and Casualty Co.,* Case No. 97-25051 CA 25 (Cir. Ct., 11th Jud. Cir. Miami-Dade Cty, FL)

*Perez v. WFS Financial Services, Inc*., No. 809179-8 (Alameda Cty Sup Ct Case)

*Peterson v. Hollywood Entertainment Corp.,* No. CV788126 (SUP Ct., ST of CA, Cty of Santa Clara)

*Phanco v. Dollar Financial Group, Inc.,* Case No. CV. 99-01281 GHK (US Dist Ct, C. D. CA, WD)

*Pickett, et al., v. IPB, Inc.,* Civil No. 96-A-1103-N (US Dist Ct., MD AL, N Div.)

*Pierceall v. Ameriquest Mortgage Company and Ameriquest Capital Company,* Case No. 415620 (Sup Ct. CA, Cty Orange)

*Pilkington, et al., v. U.S. SEARCH.COM,* Case No. BC 234858 (SUP CT, St CA, Cty of Los Angeles)

*Podlas, et al., v. Provident Mutual Life Ins. Co. of Philadelphia,* Civ. Act. Trail Div., May Term, 1998, No. 1109 (Ct. Com Pleas Philadelphia Cty)

*Posey v. Dryvit Systems,* No. 17, 715-IV (Cir. CT, Jefferson Cty, TN at Dandridge)

*Potchin, et al., v. The Prudential Home Mortgage Company, Inc.,* Civ. Act. No.97-CV-525 (CBA) (US Dist. CT, E Dist. NY)

*Prager v. McDonald's Corporation,* Case No. 01-17464-CA-06 (Cir. CT 11th JUD Cir., Miami-Dade Cty, FL Gen JUR Div.)

*Provident Mutual Life Insurance Company, et al., v. Robert W. Kloss, et al.,* July Term 2000, No. 788 (CT Common Plea, Philadelphia Cty.)

*Ramsey, et al., v. Amfac, Inc., et al.,* No. C-95-4317 (US Dist. Ct. N. D. CA)

*Salazar v. First Security Bank,* Case No. C 833069-5 (Sup Ct St CA, Cty. Of Alameda)

*Sanchez v. L&N Uniform Supply Co.,* Case No. BC262766 (Sup. Ct. St. CA, Cty Los Angeles)

*Sanford v. Ameriquest Mortgage Co.,* ECL No. 7553 (US Dist CT Dist MA ED)

*Scheck, et al., v. Wal-Mart Stores, Inc., et al.,* Case Jud Dist.)

*Requirme, et al., v. 21 Century Insurance Company, et al.,* No. BC 253952 (Sup Ct, State of CA, Cty of Los Angeles)

*Reyes v. Country Life Ins. Co.,* No. 98 CH 16502 (Cir. Ct. Cook Cty, IL, Cty Dept, Chancery Div.)

*Ridgeway v. Denny's California*, No. C93-20202 JW (PV.T) (US Dist. Ct. N.D. CA)

*Rivera, et al., v. Radioshack Corporation,* Case No. BC 252808 (Sup Ct ST CA, Cty Los Angeles, Central Div)

*Robinson Rubber Products Co., Inc. v. Hennepin County*, No. 4-95-220 (US Dist. Ct. MN)

*Robinson, et al., v. Sears, Roebuck and Co*., No 4:98cv.00739 SWW (U.S. Dist. Ct E.D. Ark.)

*Rogers, et al., v. FMC Corporation* Civil Action No. 00-CV-5045

*Rojero v. Bastanchury Waters Company, Inc.,* Case No. 01CC01432 (Superior Court of the State of California for the County of Orange)

*Romano, et al., v. Dayton Auto Center,* Doc. No. L-5176-02 (Sup. Ct., ST NJ, Middlesex Cty., Law Div.)

*Rossiello & Associates, P.C., et al., v. LaSalle Nation Bank, et al.,* No. 96 CH 04802 (Cir. Ct., Cook Cty, IL, Cty Dept., Chancery Div.)

*Rowe v. National Western Life Ins. Co.,* Cause No. 00-00704 (Dist. Ct., 345th Jud. Dist., Travis Cty, TX)

*Rowland v. Goldkist, Inc.,* No. CV. 94-106 (AL Cir. Ct., Walker Co.)

*Roy, et al., v. Independent Order of Foresters,* CV.-97-CV.-6225 (JCL) (U. S. Dist. Ct. Dist. NJ)

*Ruff v. Parex, Inc.,* No. 96-CV.-500-59 (US Dist. Ct. E.D. NC)

*Salah, et al., v. CONSOLIDATED INDUSTRIES, INC., et al.,* Case No. CV 738376 (SUP CT, St CA, Cty of Santa Clara)

*State of Ohio, et al., v. Bristol-Myers Squibb, Co.,* Case No. 1:02-cv-01080 (EGS) (US Dist. Dist Columbia)

*State of Oklahoma, ex rel. v., Florida Progress Corp., & State of Oklahoma, ex rel. v. Mid-Continent Life Ins.,* Case No. CJ-97-2518-62 (Dist. Ct. Ok Cty, St. OK)

*Stender v. Lucky Stores, Inc.*, No. 88-1467 (US Dist.



# Selected Case Experience

No. 00CC14661 (Orange Cty, Sup Ct.)

*Schmidt, et al., v. AccuBanc Mortgage Corporation, et al.,* Case No. 00 AS 05480 (Sup Ct St CA Cty Sacramento)

*Schroeder v. Vicorp Restaurants, Inc.,* Case No. BC 198203 (Los Angeles Cty Sup Ct St CA)

*Schwartz, et al., v. Dallas Cowboys Football Club., et al.,* Civ. Action No. 07 CV 5184 (US Dist Ct E.D. PA)

*Skechers, USA Announcement Mailing*

*Skene, et al., v. State Farm Mutual Automobile Insurance Company,* Civ. Action No. 02-015424 (Dist. Ct. 4th Jud Dist ST MN, Cty Hennepin)

*Smith v. Masonite Corp.,* No. CV.-98-2447 (AL Cir. Ct., Mobile Co.)

*Smith v. USLife Credit Life Ins. Co.*, No. 94 C 6877 (US Dist. Ct. N.D. IL)

*Smith, et al., and General Public v. Hewlett-Packard Co., Does 1-100,* Case No. CV.776794

*Smith, et al., v. Texaco, Inc., et al.,* C.A. No. 1:96-CV-0749 (US Dist. Ct. E.D. TX)

*Smoot, et al., v. Ames Department Stores, Inc.,* Civ. Act. No. 398 CV. 2441 (RNC) (US Dist. Ct. Dist. CT)

*Snell, et al., v. Allianz Life Ins. Co.,, et al.,* Civ. Act. No. 97-2784-JRT/RLE (US Dist. Ct. Dist. MN)

*Soto, et al. v. Leslie's Poolmart, Inc.,* No. BC 267376 (SUP Ct, ST of CA, Cty of Los Angeles)

*Sparano, et al., v. The Southland Corporation, et al.,* No. 04 C 2098 (US Dist CT N. Dist IL, E Div.)

*Spark v. MBNA America Bank, N.A.,* Civil Action No. 96-CV-00497 (US Dist Ct. Dist. DE)

*State of Connecticut, et al., v. Mylan Laboratories, Inc., et al.,* Case No. MDL 1290 Civ. No. 1:98-CV-3115 (TFH) Misc. No. 990276 (TFH/JMF) (US Dist Ct Dist Columbia)

*State of Florida, et al., v. Nine West Group,* Civ. Act. No. 00CIV. 1707 (BDP) (US Dist Ct S. D. NY)

*Toledo Fair Housing Center v. National Mutual Ins. Co.,* No. 93-1685 (OH C.P. Ct., Lucas Co.)

*Toney v. McDonalds Restaurants of California, C*ase No. BC234243 (SUP CT ST CA Cty of Los Angeles)

*Tong v. 21 Century Insurance Company, et al.,* No. 01CC10913 (Sup Ct, State of CA, Cty of Orange)

*Travis v. Boulevard Bank N.A.,* No. 93 C 6847 (US Dist. Ct. N.D. IL)

Ct. N.D. CA)

*Staples v. Hewlett-Packard Company,* Civ No. 01-CVS 46 (Sup Ct, Cty Orange, ST NC)

*Stickles v. Ford Motor Credit Co.,* Case No. 981289, (Sup. Ct. St CA Cty San Francisco)

*Stifflear v. Abbott Laboratories*, No. 94-CV.-360 (CO Dist. Ct., Boulder Co.)

*Stokes v. Al's and Grand Auto Supply, Inc.,* Case No. BC260947 (Sup. Ct. St CA Cty Los Angeles)

*Sullivan v. One Price Clothing Stores,* Case No. BC265088 (Sup. Ct. St CA, Cty Los Angeles)

*Swender, et al., v. Principal Mutual Life Ins. Co.,* No. 4-97-CV.-90224 (US Dist. Ct. S. D. IA C.D.)

*Taff, et al., v. Caremark RX, Inc.,* Civ. Act. No. CV.-00-072 (Cir Ct Franklin Cty, AL)

*Taguba v. Whitehall Jewelers, Inc.,* Case No. 2002059270 (Sup. Ct. St. CA, Cty Alameda)

*Taylor v. O' Charley's*, No. 3-94-0489 (US Dist. Ct. M.D. TN)

*The Hartwell House, Inc., et al., v. Citicorp, Inc., et al.,* C.A. No. 99-12173-GAO (US Dist. CT, Dist of MA)

*The State of Louisiana v. Sprint Communications Company L.P., et al.,* Docket No. 26, 334 Div. "C" (18th Jud Dist Ct Parish W Baton Rough St LA)

*The State of Texas, et al. v. Farmers Group, Inc., et al.,* No GV202501  (Dist Ct Travis Cty, TX, 261st Jud Dist)

*Thomas v. Charles Schwab & Co., Inc.,* Division "A" Docket No. 66,7000 (LA Dist. Ct., Natchitoches Parish)

*Thompson, et al., v. Metropolitan Life Insurance Company,* No. 00 Civ. 5071 (HB) Also applies to No.00 Civ., 9068, No.01-2090 & No. 01 Civ. 5579 (US Dist Ct, So. Dist NY)

*Whitely, et al., v. Fortis Insurance Company*, Cause No. 21000V-0078 (Dist. Ct. Austin Cty. 155th Judicial Dist.)

*Whitson v. Heilig-Meyers Furniture Co.*, No. CV. 94-PT-0309-E (US Dist. Ct. N.D. AL)

*Williams, et al., v. Unitrin, Incorporated, et al.,* No. 01-930  (Civ. CT Jefferson Cty, AL, Bessemer Div)

*Wilson v. Massachusetts Mutual Life Ins. Co.,* No. D-101-CV. 98-02814 (St NM, Cty Santa Fe, 1st Jud.

...



# Selected Case Experience

*United Policyholders v. State Farm Automobile Insurance Company,* No. 2001-035923 (Sup Ct ST CA, Cty Alameda)

*United States v. American Family Mutual Ins.*, No. 90-C-0759 (US Dist. Ct. E.D. WI)

*USA Diagnostics, Inc. v. Federated National Ins. Co.*, No. 94-013152 (18) (FL. Cir. Ct., Broward Co.)

*Vaca, et al., v. Cintas Corporation, et al.,* Case No. BC250459 (Sup CT ST CA, Cty of Los Angeles)

*Varacallo v. Massachusetts Mutual Life Ins. Co.,* Docket No. ESX-L-3403-97 (Sup Ct., NJ Law Div. Essex Cty.)

*Vasquez v. Commercial Union Life Ins. Co. of America, et al.,* No.00-2116-D (Dist. Ct., 105th Jud. Dist., Nueces Cty, TX)

*Valencia v. Americredit Financial Services Inc.,* No. X02-CV-02-0177057-S (Sup CT, Com Lit Dkt Waterbury)

*Vice Chair Paul M. Igasaki v. Palm Management Corp.,* EEOC Charge No. 340A11437

*Vicwood v. Skagit,* No. 00-2-00665-6 (Sup Ct St WA Thurston Cty)

*Vizcaino et al., v. Microsoft Corporation, et al.,* Case No. C-93-0178C (US Dist. Ct. W.D. WA)

*Vogt v. Abbott Laboratories*, No. 94-L-404 (IL Cir. Ct., St. Clair Co.)

*Warren v. Plymouth Capital Co.*, No. CV. 3-92-538 (US Dist. Ct. MN)

*Weiss, et al., v. State of Washington, Green River Community College,* No. 99-2-11807-3 KNT (Sup Ct St WA King Cty)

*Weissberg, et al., v. Delta Air Lines, Inc.,* No. 88 CH 4846 (Cir. Ct., Cook Co., IL Co. Law Div.)

*Wernikoff, et al., v. PrimeCo Personal Communications L.P.,* Case No. 98L 50698 (Cir. Ct. Cook Cty, IL Cty Dept., Law Div.)

Dist. Ct.)

*Wilson, et al., v. ATM Enterprises, Inc., et al.,* Case No.: 98-CV.-005945 (St. WI, Cir. Ct. Milw. Cty.)

*Winkler, et al., v. DTE, Inc., d.b.a. Neon Motors, et al.,* No. CV 00-0276 PHX SRB (US Dist. Ct. Dist. AZ)

*Witriol v. Finova Capital Corp.,* No. 166542 (CA Sup. Ct., Marian Co.)

*Wolens, et al., v. American Airlines, Inc.,* No. 88CH 7554 (Cir. Ct. Cook Cty, IL, Cty Dept, Law Div.)

*Woodburn, et al., v. Wright et al.,* 94 Civ. 5632 (LAP) (US Dist. Ct. S.D. NY)

*Woodley v. Protective Life Ins. Co.*, No. CV. 95-005 (AL Cir. Ct., Fayette Co.)

*Woods v. Hollywood Entertainment,* CV779511 (SUP Ct., ST of CA, Cty of Santa Clara)

*Woosley v. State of California,* No. CA 000499 (CA Super. Ct., Los Angeles Co.)

*Wooten v Dillard's Inc. d/b/a/ Dillard's Department Stores, Inc.,* Case No. 99-0990-CV-W-3-ECF

*Yoel v. New Jersey National Bank,* No. 94-4675 (MLP) (US Dist. Ct. Dist. NJ)

*Young v. Lowe's HIW Inc.*

*Zimmerman v. Chase Mortgage Services, Inc.,* No. CV98-03814 (SUP CT AZ Maricopa Cty)

*Zimmon v. General American Life Ins. Co.*, No. 4:97CV.169 CDP (US Dist. Ct. E Dist. MO E.D.)