# A Million Little Pieces Litigation

**Home Page**

**Frequently Asked Questions and Answers**

**Class Notice**

**Print Claim Form**

**Publication Notice**

**Litigation Documents**

**Settlement Agreement**

**Other Settlement Documents**

☎ **Questions? Call 1-866-459-3651**

**Welcome to the Information Web Site for the**

**A Million Little Pieces Litigation**
**www.amlpsettlement.com**
(Last updated on )

This website was established to provide information in connection with the settlement of a lawsuit concerning the book *A Million Little Pieces*.

The proposed settlement involves persons who purchased the book A Million Little Pieces in any format on or before January 26, 2006.

The Notice and other documents explain the settlement, the benefits it provides, and the options that you have, including how to submit a Claim Form. Claim Forms are due by _____. If you would like to download a Claim Form online, please click here.

You may obtain further information about this Settlement by clicking on the appropriate link(s) at this website. For more detailed information, please click on the Class Notice.

Certain documents are in Adobe Acrobat PDF format. If your computer is not already configured with the Acrobat software to view and print these documents, you may get Acrobat for free by clicking the logo below.