Sign in

**Google**

Web  Images  Video  News  Maps  more »

"A Million Little Pieces" "Settlement"  [Search]  Advanced Search / Preferences

---

**Web**  Results **1 - 10** of about **11,600** for **"A Million Little Pieces" "Settlement"**. (0.20 seconds)

**Law Blog - WSJ.com : The Unbelievable "A Million Little Pieces ...**
James Frey and Random House have agreed on a **settlement** with disgruntled readers who
sued them for fraud over **A Million Little Pieces**, the best-selling ...
blogs.wsj.com/law/2006/09/07/the-unbelievable-a-million-little-pieces-settlement/ - 48k -
Feb 6, 2007 - Cached - Similar pages

**TortsProf Blog: A Million Little Pieces = $2.35 Million Settlement ...**
**A Million Little Pieces** = $2.35 Million **Settlement** (Maximum). Definition of "nuisance
**settlement**"? You be the judge. (NYT story here.) ...
lawprofessors.typepad.com/tortsprof/2006/09/a_million_littl.html - 23k -
Cached - Similar pages

**Agreement Reached In James Frey Suits, 'A Million Little Pieces ...**
'**A Million Little Pieces**' Author And Publisher Will Settle With Readers ... Under terms of
the **settlement**, neither Frey nor the publisher has admitted any ...
www.showbuzz.cbsnews.com/stories/2006/09/07/books/main1981500.shtml - 50k -
Cached - Similar pages

**James Frey and Random House 'A Million Little Pieces' Settlement**
James Frey and Random House '**A Million Little Pieces**' **Settlement**.
www.lawyersand**settlement**s.com/case/million_little_pieces - 7k - Cached - Similar pages

**James Frey and Random House to Settle Reader Lawsuit - New York Times**
James Frey, author of "**A Million Little Pieces**" and his publisher, Random House, have
agreed in principle on a **settlement** with readers who filed lawsuits ...
www.nytimes.com/2006/09/07/arts/07frey.html?ex=1315281600&
en=78b5ed69fa228a0b&ei=5088&partner... - Similar pages

**5 Blogs Before Lunch: Frey's "A Million Little Pieces" Publisher ...**
Frey's "**A Million Little Pieces**" Publisher Settles Lawsuits ... have prevailed should the
legal case not been settled, but called the **settlement** sensible. ...
daveibsen.typepad.com/5_blogs_before_lunch/2006/09/freys_million_l.html - 41k -
Cached - Similar pages

**Frey, publisher settle suits over 'Pieces' - BOOKS - MSNBC.com**
Under a tentative legal **settlement**, readers who said they were defrauded by Frey's best
seller, "**A Million Little Pieces**," can claim refunds, an agreement ...
www.msnbc.msn.com/id/14715706/ - 48k - Cached - Similar pages

**Random House | Help**
What is the current status of **A MILLION LITTLE PIECES** by James Frey? ... This
**settlement** is still being finalized and must be approved by the Court. ...
www.randomhouse.com/about/faq/index.php?ToDo=view&questId=217&catId=1 - 18k -
Cached - Similar pages

**James Frey - Wikipedia, the free encyclopedia**
Amazon.com editors selected **A Million Little Pieces** as their favorite book ... Inc. reached
a tentative legal **settlement**, where readers who felt that they ...
en.wikipedia.org/wiki/James_Frey - 39k - Cached - Similar pages

Dockets.Justia.com

**DuPage Library System Here & Now: Watch Out! A Million Little ...**
**A Million Little Pieces** Might Lose A Page OR A Cover! ... Random House is issuing a refund for the book, thanks to the **settlement** of a lawsuit. ...
dls.typepad.com/news/2006/09/watch_out_a_mil.html - 12k - Cached - Similar pages

Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

---

"A Million Little Pieces" "Settlement"   [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google

Sign in

Google

Web   Images   Video   News   Maps   more »

A Million Little Pieces Settlement       [Search]   Advanced Search
                                                    Preferences

**Web**      Results **1 - 10** of about **1,090,000** for **A Million Little Pieces Settlement**. (0.34 seconds)

Law Blog - WSJ.com : The Unbelievable "**A Million Little Pieces** ...
James Frey and Random House have agreed on a **settlement** with disgruntled readers who
sued them for fraud over **A Million Little Pieces**, the best-selling ...
blogs.wsj.com/law/2006/09/07/the-unbelievable-a-million-little-pieces-settlement/ - 48k -
Feb 6, 2007 - Cached - Similar pages

maisonneuve :: eclectic curiosity : TEN **MILLION LITTLE PIECES**
TEN **MILLION LITTLE PIECES**. By Nick Haramis. January 26, 2007 ... The agreed upon
**settlement** is estimated at around $10 **million**, with an extra 2 **million** to ...
maisonneuve.org/index.php?&page_id=12&article_id=2600 - 34k - Cached - Similar pages

TortsProf Blog: **A Million Little Pieces** = $2.35 **Million Settlement** ...
**A Million Little Pieces** = $2.35 **Million Settlement** (Maximum). Definition of "nuisance
**settlement**"? You be the judge. (NYT story here.) ...
lawprofessors.typepad.com/tortsprof/2006/09/a_million_littl.html - 23k -
Cached - Similar pages

James Frey and Random House '**A Million Little Pieces**' **Settlement**
James Frey and Random House '**A Million Little Pieces**' **Settlement**.
www.lawyersand**settlement**s.com/case/**million_little_pieces** - 7k - Cached - Similar pages

Agreement Reached In James Frey Suits, '**A Million Little Pieces** ...
'**A Million Little Pieces**' Author And Publisher Will Settle With Readers ... Under terms of
the **settlement**, neither Frey nor the publisher has admitted any ...
www.showbuzz.cbsnews.com/stories/2006/09/07/books/main1981500.shtml - 50k -
Cached - Similar pages

Frey, publisher settle suits over '**Pieces**' - BOOKS - MSNBC.com
Under a tentative legal **settlement**, readers who said they were defrauded by Frey's best
seller, "**A Million Little Pieces**," can claim refunds, an agreement ...
www.msnbc.msn.com/id/14715706/ - 48k - Cached - Similar pages

**Million Little Pieces** NPR Stories - Reverbiage Feeds from National ...
Sep 7th, 2006 · Disgruntled readers of the memoir-like book **A Million Little Pieces** may
have a new recourse. Its author, James Frey, admitted earlier this ...
reverbiage.com/find/**million-little-pieces** - 17k - Cached - Similar pages

James Frey - Wikipedia, the free encyclopedia
Amazon.com editors selected **A Million Little Pieces** as their favorite book ... Inc. reached
a tentative legal **settlement**, where readers who felt that they ...
en.wikipedia.org/wiki/James_Frey - 39k - Cached - Similar pages

James Frey and Random House to Settle Reader Lawsuit - New York Times
James Frey, author of "**A Million Little Pieces**" and his publisher, Random House, have
agreed in principle on a **settlement** with readers who filed lawsuits ...
www.nytimes.com/2006/09/07/arts/07frey.html?ex=1315281600&
en=78b5ed69fa228a0b&ei=5088&partner... - Similar pages

Is James Frey A Plagiarist, Too?: **A Million Little Pieces** by James ...
After the Frey controversy, **A Million Little Pieces** stayed on the bestseller lists, selling well

and continuing to earn a ... James Frey Lawsuit **Settlement** ...
writingnonfiction.suite101.com/blog.cfm/is_james_frey_a_plagiarist_too - 22k -
Cached - Similar pages

Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

---

A Million Little Pieces Settlement   [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google