UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re "A Million Little Pieces Litigation" : : : | MDL Docket No. 1771 |
| THIS DOCUMENT RELATES TO ALL ACTIONS : : : : | |

## PROOF OF MAILING

I, Evan J. Smith, Esquire, am over the age of eighteen and on this 8th day of February 2007, I certify that I have filed the attached Reply Memorandum and Declaration of Evan Smith in Further Support of the AMLP Group's Motion to preliminarily approve a class action settlement and this Proof of Mailing with all attachments thereto via SDNY ecf filing in the above captioned action and sent a true and correct copy of these papers via first class regular mail postage pre-paid to the following individuals:

Christopher W. Taylor, Esquire
Gancedo & Nieves, LLP
144 West Colorado Boulevard
Pasadena, CA  91105

**Attorneys for Plaintiffs Garrett Hauenstein and Jean Taylor**

Mitch Kalcheim, Esquire
KALCHEIM SALAH
2049 Century Park East, Suite 2150
Los Angeles, CA  90067

**Attorney for Plaintiff Sara Rubenstein**

Ralph Stone, Esquire
Shalov, Stone & Bonner, LLP
485 Sebenth Avenue, Suite 1000
New York, NY 10018

**Attorney for Plaintiff Sara Rubenstein**

Mark B. Blocker, Esquire
Sidley Austin, LLP
One South Dearbon Street
Chicago, IL 60603

**Attorneys for Defendants Random House, Inc. and Doubleday**

Elizabeth McNamara, Esquire
Davis Wright Tremaine, LLP
1633 Broadway
New York, New York 10019

**Attorneys for Defendants Random House, Inc. and Doubleday**

Derek J. Meyer, Esquire
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**Attorneys for Defendant James Frey**

Brad Feuer, General Counsel
Barnes & Noble, Inc.
122 Fifth Avenue
New York, NY 10011

**Attorneys for Defendant Barnes & Noble, Inc.**

Alex Gigante, General Counsel
Penguin Group (USA), Inc.
375 Hudson Street
New York, NY 10014

**Attorneys for Defendant Sean McDonald**

Kassie Evashevski, Esquire
Brillstein Grey
9150 Wilshire Blvd.
Beverly Hills, CA 90212

**Defendant**


Dated: February 8, 2007                              */s/ Evan J. Smith, Esquire (ES3254)*
                                                     Evan J. Smith, Esquire (ES3254)