UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771 |
|---|---|

Hon. Richard J. Holwell

*Document Electronically Filed*

NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Shalov, Stone & Bonner LLP has changed its name to Shalov Stone Bonner & Rocco LLP. The office address, telephone and facsimile numbers, and e-mail and website addresses remain the same.

Dated: March 2, 2007

> Respectfully submitted,
>
> SHALOV STONE BONNER & ROCCO LLP
>
> By:  /s/ James P. Bonner
> James P. Bonner
> 485 7th Avenue - Suite 1000
> New York, NY 10018
> 212-239-4340
>
> *Counsel for Plaintiff*

Dockets.Justia.com