# CERTIFICATE OF SERVICE

I, David Perry, hereby certify that I filed the Notice of Change of Law Firm Name and Address via the ECF system of the Southern District of New York and served upon the following counsel via ECF filing only this 2nd day of March, 2007:

*Representing Doubleday & Company, Inc., Random House Inc., Alfred A. Knopf Inc., Anchor Books, Bantam Doubleday Dell Publishing Group, Barnes and Noble Booksellers, Inc., Barnes and Noble Publishing Inc., Barnes and Noble Inc., Knopf Publishing Group, Inc., Nan A. Talese Group/Doubleday, Random House, V.G. Inc., Vintage Anchor Publishing, Inc., and Nan A. Talese*

**Michael C. Andolina**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
(312)-853-7000
(312)-853-7036 (fax)
mandolina@sidley.com

*Representing Random House, V.G. Inc.*

**Matthew C. Blickensderfer**
Frost Brown Todd L.L.C.
201 East 5th Street
Cincinnati, OH 45202
(513) 651-6800

*Representing Doubleday & Company, Inc., Random House Inc., Alfred A. Knopf Inc., Anchor Books, Bantam Doubleday Dell Publishing Group, Barnes and Noble Booksellers, Inc., Barnes and Noble Publishing Inc., Barnes and Noble Inc., Knopf Publishing Group, Inc., Nan A. Talese Group/Doubleday, Random House, V.G. Inc., Vintage Anchor Publishing, Inc., and Nan A. Talese*

**Mark Bruce Blocker**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
(312)-853-6097
(312)-853-7036 (fax)
mblocker@sidley.com

*Representing Sara Rubenstein*

**James Patrick Bonner**
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
(212) 239-4310 (fax)
jbonner@lawssb.com

*Representing Garrett Hauenstein and Jean Taylor*

**Amy M. Boomhouwer**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
(626)-685-9800
(626)-685-9808 (fax)
amy@gancedonieves.com

*Representing Anchor Books and Nan A. Talese/Doubleday*

**Fred B. Burnside**
Davis Wright Tremaine, L.L.P.
1501 4th Avenue
Suite 2600
Seattle, WA 98101
(206) 622-3150

*Representing Marcia Vedral*

**Ilan J. Chorowsky**
Larry D. Drury, Ltd.
205 West Randolph
Suite 1430
Chicago, IL 60606
(312) 346-7950

*Representing Doubleday & Company, Inc. And Random House Inc.*

**Stephen G. Contopulos**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
(213) 896-6000

*Representing Marcia Vedral*

**Larry Daniel Drury**
Larry D. Drury Ltd
205 West Randolph Suite 1430
Chicago, IL 60606
(312)-346-7950
(312)-346-5777 (fax)
ldrurylaw@aol.com

*Representing Anchor Books and Nan A. Talese/Doubleday*

**Stuart R. Dunwoody**
Davis Wright Tremaine, L.L.P.
1501 4th Avenue
Suite 2600
Seattle, WA 98101
(206) 622-3150

*Representing James Frey*

**Jocelyn D. Francoeur**
McDermott, Will & Emery (Chicago )
227 W. Monroe Street
Chicago, IL 60606
(312)-372-2000
(312)-984-7700 (fax)
jfrancoeur@mwe.com

*Representing Jill Giles*

**Scott Carter Frost**
Statman, Harris, Siegel & Eyrich, L.L.C.
333 West Wacker Drive
Suite 1710
Chicago, IL 60606
(312) 263-1070
sfrost@shsechicago.com

*Representing Garrett Hauenstein and Jean Taylor*

**Hector G.. Gancedo**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
(626)-685-9800
(626)-685-9808 (fax)
hgancedo@gancedonieves.com

*Representing Doubleday & Company and Random House Inc.*

**Rebecca Green Goldstein**
Sidley Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
(213) 896-6000

*Representing Sara Rubenstein*

**Amber S. Healy**
Kalcheim Salah
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
(310) 461-1200

*Representing Jill Giles*

**Colleen Marie Hegge**
Statman, Harris, Siegel & Eyrich, L.L.C.
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
(513) 621-2666

*Representing Sara Rubenstein*

**Mitch H. Kalcheim**
Kalcheim Salah
2049 Century Park East
Suite 2150
Los Angeles, CA 90067
(310) 461-1200

*Representing Random House Inc.*

**Elizabeth A. McNamara**
Davis Wright Tremaine LLP (NYC)
1633 Broadway
New York, NY 10019
(212) 489-8230
(212) 489-8340 (fax)
lizmcnamara@dwt.com

*Representing James Frey*

**Derek J. Meyer**
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606
(312) 372-2000

*Representing Diane Marolda*

**Thomas M. Mullaney**
(212) 223-0800
(212) 661-9860 (fax)
Mulllaw@msn.com

*Representing Shera Paglinawan and Wendy Shaw*

**Michael David Myers**
Myers & Company
1809 7th Avenue
Suite 700
Seattle, WA 98101
(206) 398-1188

*Representing Big Jim Industries Inc. And James Frey*

**Matthew X. Oster**
McDermott, Will & Emery
2049 Century Park East
34th Floor
Los Angeles, CA 90067
(310) 277-4110


*Representing Piler More*

**Thomas E. Pakenas**
Dale & Pakenas
641 West Lake Street
Suite 400
Chicago, IL 60661
(312) 258-1800


*Representing Doubleday & Company, Inc. And Random House Inc.*

**Jennifer A. Ratner**
Sidley Austin
555 West 5th Street
Suite 4000
Los Angeles, CA 90013
(213) 896-6000

*Representing Doubleday & Company, Inc., Random House Inc., Alfred A. Knopf Inc., Anchor Books, Bantam Doubleday Dell Publishing Group, Barnes and Noble Booksellers, Inc., Barnes and Noble Publishing Inc., Barnes and Noble Inc., Knopf Publishing Group, Inc., Nan A. Talese Group/Doubleday, Random House, V.G. Inc., Vintage Anchor Publishing, Inc., and Nan A. Talese*

**Marissa J. Reich**
Sidley Austin, LLP(Chic.)
One South Dearborn
Chicago, IL 60603
(312)-853-7000
(312)-853-7036 (fax)
mreich@sidley.com


*Representing Jimmy Floyd and Karen Futernick*

**Alan Seth Ripka**
Ripka, Rotter & King, L.L.P.
275 Madison Avenue
New York, NY 10016
(212) 685-8888 x8653
(212) 532-0176 (fax)
aripka@ripkalaw.com


*Representing Michele Snow and "A Million Little Pieces" Plaintiffs' Group*

**Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
esmith@brodsky-smith.com

*Representing Jill Giles*
**Alan J. Statman**
Statman, Harris, Siegel & Eyrich, L.L.C.
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
(513) 621-2666


*Representing Garrett Hauenstein and Jean Taylor*

**Christopher Wren Taylor**
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
(626)-685-9800
(626)-685-9808 (fax)
chris@gancedonieves.com


*Representing Ann Marie Strack*
**Thomas A. Zimmerman, Jr.**
Zimmerman & Associates
100 West Monroe
Suite 1300
Chicago, IL 60603
(312) 440-0020




                                                                                                  /s/ David Perry