Maroldo et al v. Frey et al                                                                    Doc. 48
08/26/2006 12:06 FAX 212 805 7948    JUDGE HOLWELL    @002/002
Case 1:06-cv-01167-RJH    Document 48    Filed 03/20/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE "A MILLION LITTLE PIECES"　　　　　　　06 MD 1771 (RJH)
LITIGATION　　　　　　　　　　　　　　　　　　ALL CASES

　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

　　　　The parties are directed to appear for oral argument on the pending motion for preliminary approval of settlement, certification of settlement class, and approval of notice plan on Friday, April 6, 2007, at 10:00 a.m. The conference will be held in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
　　　　March 12, 2007

　　　　　　　　　　　　　　　　　　　　　　　Richard J. Holwell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge