USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE "A MILLION LITTLE PIECES"
LITIGATION

06 MD 1771 (RJH)
ALL CASES

**ORDER**

The parties are directed to appear for oral argument on the pending motion for preliminary approval of settlement, certification of settlement class, and approval of notice plan on Friday, April 6, 2007, at 10:00 a.m. The conference will be held in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
March 12, 2007

_____
Richard J. Holwell
United States District Judge