UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771<br>Hon. Richard J. Holwell |

**AMLP PLAINTIFFS' GROUP'S SECOND SUPPLEMENTAL
MEMORANDUM REGARDING ADDITIONAL NOTICE**

On Friday, April 26, 2007, subsequent to AMLP Plaintiffs' Group's filing of its Supplemental Memorandum Regarding Additional Notice (Document 60), AMLP Plaintiff's Group received an e-mail from September Wynn, Risk Manager & Associate General Counsel of Borders Group, Inc ("Borders").  *See* Second Declaration of Evan J. Smith, Esquire in support of the AMLP Plaintiffs' Group's Supplemental Memorandum Regarding Approval Of Notice Plan. In her e-mail, Ms. Wynne provides additional information to supplement Borders' response to the AMLP Groups' inquiry regarding the possibility of Borders providing supplemental notice of the class-wide settlement in this action.  So that the record contains the complete set of correspondence, the AMLP Group has attached Ms. Wynne's April 26, 2007 e-mail to the Smith Declaration as Exhibit "A".  For the Court's convenience, the AMLP Plaintiffs' Group's original correspondence to Borders and Borders first response are attached to the Smith Declaration as Exhibit "B".

Dated:  April 30, 2007                     Respectfully submitted,

**LAW OFFICES OF THOMAS M. MULLANEY**
Thomas M. Mullaney, Esquire
708 Third Avenue, Suite 2500
New York, NY  10017
Telephone:     (212) 223-0800

*Liaison Counsel for Class*

**BRODSKY & SMITH, LLC**
By: */s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:   (516) 741-4977
Facsimile:    (516) 741-0626

*Co-Lead Counsel for Class*

Larry D. Drury, Esquire (admitted *pro hac vice*)
**LARRY D. DRURY, LTD.**
205 W. Randolph Street, Suite 1430
Chicago, IL 60606
Telephone:   (312) 346-7950
Facsimile:    (312) 346-5777

*Co-Lead Counsel for Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re "A Million Little Pieces Litigation" | : : : : | MDL Docket No. 1771 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : : | |

**PROOF OF MAILING**

    I, Evan J. Smith, Esquire, am over the age of eighteen and on this 30th day of April, 2007, certify that I have filed the attached Second Supplemental Memorandum of Law and supporting papers via ECF system pursuant to the SDNY local rules.

Dated: April 30, 2007
                                                              */s/ Evan J. Smith, Esquire (ES3254)*
                                                              Evan J. Smith, Esquire (ES3254)