# EXHIBIT A

Hello,

Yes, I purchased a copy of "A million Little Pieces"
yes, I loved the story. End of subject.
Who would sue over a story — it was real,
I saw Oprah when she confronted
James. That was enough of an

ob*@!$*?
MERRY GRINCHMAS!
HAPPY WHO YEAR!

The *@!$@ of the book did not them
recount. Is that who is paying for the settlement??
Now, a ⌀ of an ad in the Sunday's paper
lawyers & judges get off for this, too!!
It's silly! Like the picture on this cond-
I do not wish to be a member of
the settlement class. I read a b@*!$*@ it was

6-6-07

