## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771<br><br>Hon. Richard J. Holwell |

### NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTAND AND ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE that, upon the Stipulation of Agreement of Settlement and the exhibits annexed thereto, and all other papers and proceedings herein, the *A Million Little Pieces* Plaintiffs' Group, on behalf of themselves, and all persons who purchased the book *A Million Little Pieces* (the "Class Members"), on or before January 26, 2006 (the "Class Period"), by and through Class Counsel, will move this Court pursuant to F.R.C.P. 23, before the Honorable Richard J. Holwell, located in Courtroom 17B, 500 Pearl Street, New York, New York, 10007, on November 2, 2007 at 9:00 A.M., or as soon as counsel may be heard, for an Order granting Final Approval to the Proposed Settlement pursuant to the terms of the Settlement Agreement dated January 2, 2007.

Dated: September 24, 2007              Respectfully submitted,

**LAW OFFICES OF THOMAS M. MULLANEY**
By:*/s/ Thomas M. Mullaney (TM4274)*
Thomas M. Mullaney, Esquire
708 Third Avenue, Suite 2500
New York, NY  10017
Telephone:     (212) 223-0800
Facsimile:      (212) 661-9860

*Liaison Counsel for Class*

[Additional Counsel Appear on Next Page]

**BRODSKY & SMITH, LLC**
By: */s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:   (516) 741-4977
Facsimile:   (516) 741-0626

*Co-Class Counsel*

Larry D. Drury, Esquire (admitted *pro hac vice*)
Larry D. Drury, Ltd.
205 W. Randolph Street, Suite 1430
Chicago, IL 60606
Telephone:   (312) 346-7950
Facsimile:   (312) 346-5777

*Co-Class Counsel*

John H. Alexander, Esquire
John H. Alexander & Associates, LLC
100 West Monroe, 21st Floor
Chicago, IL  60602

**Attorney for Plaintiff Marcia Vedral**

Alan S. Ripka, Esquire
Napoli Bern Ripka
115 Broadway
New York, NY  10006

**Attorney for Plaintiff Jimmy Floyd**

Thomas E. Pakenas, Esquire
Dale and Pakenas
641 Lake Street, Suite 400
Chicago, Il 60661

**Attorney for Plaintiff Pilar More**

[Additional Counsel Appear on Next Page]

2

Thomas A. Zimmerman, Jr., Esquire
Zimmerman and Associates, P.C.
100 West Monroe, Suite 1300
Chicago, IL  60603

**Attorney for Plaintiff Ann Marie Atrack**

Michael David Myers, Esquire
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, WA  98101

**Attorney for Plaintiffs Shera Paglinawan and Wendy Shaw**

Scott C. Frost, Esquire
Statman, Harris, Siegel & Eyrich, LLC
333 West Wacker Drive, Suite 1710
Chicago, IL  60606

**Attorney for Plaintiff Jill Giles**

Brian C. Witter, Esquire
DiTommaso Lubin
17 West 220, 22nd Street
Oakbrook Terrace, IL 60181

**Attorneys for Plaintiff Sara Brackenrich**