## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771<br>Hon. Richard J. Holwell |

### PROOF OF MAILING

I, Evan J. Smith, Esquire, am over the age of eighteen and am not a party to this action and I hereby certify that I filed Plaintiffs' Notice of Motion for Final Approval of a Class Settlement, Memorandum of Law in Support thereof, Declaration of Evan Smith, Declaration of Larry Drury, Proposed Order and this Proof of Mailing pursuant to the SDNY ECF filing on this 24th day of September, 2007.

*s/ Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES3254)