# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771<br><br>Hon. Richard J. Holwell |

### NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF COSTS.</u>

PLEASE TAKE NOTICE that, the *A Million Little Pieces* Plaintiffs' Groupwill move this Court pursuant to F.R.C.P. 23, before the Honorable Richard J. Holwell, located in Courtroom 17B, 500 Pearl Street, New York, New York, 10007, on November 2, 2007 at 9:00 A.M., or as soon as counsel may be heard, for an Order Approving the Request for Attorneys' Fees and Reimbursement of Costs. Plaintiffs rely upon the Memorandum of Law in Support thereof, the Declaration of Evan J. Smith, as well as the previously filed Plaintiffs' Motion for Final Approval of the Settlement in this Action and its supporting documents.

Dated: September 28, 2007

Respectfully submitted,

**LAW OFFICES OF THOMAS M. MULLANEY**
By:*/s/ Thomas M. Mullaney (TM4274)*
Thomas M. Mullaney, Esquire
708 Third Avenue, Suite 2500
New York, NY  10017
Telephone:     (212) 223-0800
Facsimile:      (212) 661-9860

*Liaison Counsel for Class*

[Additional Counsel Appear on Next Page]

dockets.Justia.com

**BRODSKY & SMITH, LLC**
By: /s Evan J. Smith, Esquire (ES3254)
Evan J. Smith, Esquire (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:    (516) 741-4977
Facsimile:     (516) 741-0626

*Co-Class Counsel*

Larry D. Drury, Esquire (admitted *pro hac vice*)
Larry D. Drury, Ltd.
205 W. Randolph Street, Suite 1430
Chicago, IL 60606
Telephone:    (312) 346-7950
Facsimile:     (312) 346-5777

*Co-Class Counsel*

John H. Alexander, Esquire
John H. Alexander & Associates, LLC
100 West Monroe, 21st Floor
Chicago, IL  60602

**Attorney for Plaintiff Marcia Vedral**

Alan S. Ripka, Esquire
Napoli Bern Ripka
115 Broadway
New York, NY  10006

**Attorney for Plaintiff Jimmy Floyd**

Thomas E. Pakenas, Esquire
Dale and Pakenas
641 Lake Street, Suite 400
Chicago, Il 60661

**Attorney for Plaintiff Pilar More**

[Additional Counsel Appear on Next Page]

2

Thomas A. Zimmerman, Jr., Esquire
Zimmerman and Associates, P.C.
100 West Monroe, Suite 1300
Chicago, IL  60603

**Attorney for Plaintiff Ann Marie Strack**

Michael David Myers, Esquire
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, WA  98101

**Attorney for Plaintiffs Shera Paglinawan and Wendy Shaw**

Scott C. Frost, Esquire
Statman, Harris, Siegel & Eyrich, LLC
333 West Wacker Drive, Suite 1710
Chicago, IL  60606

**Attorney for Plaintiff Jill Giles**

Brian C. Witter, Esquire
DiTommaso Lubin
17 West 220, 22nd Street
Oakbrook Terrace, IL 60181

**Attorneys for Plaintiff Sara Brackenrich**