UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | No. 06-md-1771<br>Hon. Richard J. Holwell |

**PROOF OF MAILING**

      I, Evan J. Smith, Esquire, am over the age of eighteen and am not a party to this action and I hereby certify that I filed Plaintiffs' Notice of Motion for Approval of Attorneys' Fees and Reimbursement of Costs, Memorandum of Law in Support thereof, Declaration of Evan Smith, and this Proof of Mailing pursuant to the SDNY ECF rules of e-filing on this 28th day of September, 2007.

Dated: September 28, 2007                                           *s/ Evan J. Smith, Esquire (ES3254)*
                                                                                         Evan J. Smith, Esquire (ES3254)