UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE "A MILLION LITTLE PIECES"
LITIGATION

No. 06-md-1771
Hon. Richard J. Holwell

**AFFIDAVIT OF THOMAS E. PAKENAS IN SUPPORT OF JOINT PETITION
FOR ATTORNEYS' FEES AND REIMBURSEMENTS OF COSTS
FILED BY DALE & PAKENAS**

STATE OF ILLINOIS    )
                                  )    ss.:
COUNTY OF COOK    )

Thomas E. Pakenas, being duly sworn, deposes and says:

1.    I am a partner of the firm of Dale & Pakenas, I am submitting this affidavit in support of

my firm's application for an award of attorneys' fees in connection with services rendered in the

above-entitled action ("The Action") and the reimbursement of expenses incurred by my firm in

the course of this litigation.

2.    My firm acted as one of plaintiff's counsel in this class action. The tasks undertaken by

my firm can summarized as follows:

> Research and evidence gathering via computer and media review. Preparation and
> filing of documents including pleadings and summonses. Multiple Appearances
> at judicial hearings in Cook County regarding the state filing Number 06 CH 772.
> Review and consideration of Filings, Pleadings, and Motions in the Federal MDL.
> Meetings and consultations with client and meetings with Chicago Counsel of
> defendants and fellow plaintiffs.

3.    The chart attached hereto as Exhibit A is a detailed summary indicating the amount of

time spent by the partners of my firm who were involved in this litigation, and the lodestar

calculation based upon my firm's current billing rates for such personnel in the final year of

employment by my firm. As reflected therein, my firm expended a total of 51.75 hours on this

Dockets.Justia.com

litigation from the inception of the case to the present, with a total lodestar amount of $15,525.00.[1] Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4.      The hourly rates for the partners in my firm included in Exhibit "A" are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other class action matters in this District.

5.      The chart attached hereto as Exhibit "B" is my firm's itemization of un-reimbursed expenses incurred in the total amount of $ 404.35. In connection with the prosecution of this litigation.

6.      The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred in connection with the prosecution of the litigation.

7.      With respect to the standing of counsel in this case, attached hereto as Exhibit "C" is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

        I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September, 2007.

SWORN TO BEFORE ME
this 27th day of September 2007

Notary Public

OFFICIAL SEAL, Pakenas
ANGELINA VANDERMOLEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/05/11

[1] The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available for inspection upon request of the Court.

2

09/28/2007  08:58   3123465777                DRURY                          PAGE  01/04

# EXHIBIT "A"

## IN RE "*A MILLION LITTLE PIECES*" LITIGATION 06-MD-1771

### BILLING

FIRM NAME: DALE & PAKENAS

REPORTING PERIOD: January 1, 2006 through September 25, 2007

| ATTORNEY NAME | TOTAL HOURS | HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|
| Thomas E. Pakenas | 51.75 | 300.00 | $ 15,525.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | N/A | $ 15,525.00 |

3

09/28/2007  08:58   3123465777                    DRURY                           PAGE  02/02

EXHIBIT "B"

## IN RE "A MILLION LITTLE PIECES" LITIGATION 06-MD-1771

EXPENSES

FIRM NAME: DALE & PAKENAS

REPORTING PERIOD: January 1, 2006 through September 25, 2007

| TYPE OF EXPENSE | CUMULATIVE TOTAL |
|---|---|
| Computerized Legal Research (Westlaw, Lexis, Dialog, etc.) | $ |
| Court Cost & Filing Fees | $    294.00 |
| Court Reporters & Transcripts | $ |
| Photocopying | $ |
| Postage, Messenger & Express Mail, FedEx | $ |
| Professional Services (Experts, Investigators, etc.) | $    65.40 |
| Telephone & Fax | $ |
| Travel, Hotels, Meals | $ |
| Miscellaneous | $    44.95 |
| TOTAL | $   404.35 |

4

PAGE  03/03                                            3122581004    22:28   09/27/2007

EXHIBIT "C"

Dale & Pakenas is a litigation firm exclusively representing plaintiffs in various tort litigation including but not limited to medical malpractice, products liability, construction negligence, and automotive liability. Thomas E. Pakenas the partner involved in the litigation at issue has been or is currently involved in class action disputes involving Jewel milk salmonella, breast implants, and McDonald's gluten. Mr. Pakenas was the first to file this action and a review of the various complaints clearly indicates his was the template for many of the subsequent filings.